IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION; AND FIREARMS POLICY COALITION, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; CLAYTON MYERS, in his official capacity as Sheriff for Kittitas County, Washington; JOHN HORCH, in his official capacity as Sheriff for Clark County, Washington; ADAM FORTNOY, in his official capacity as Sheriff for Snohomish County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; GREG ZEMPEL, in his official capacity as County Prosecutor for Kittitas County, Washington; TONY GOLIK, in his official capacity as County Prosecutor for Clark County, Washington; and JASON CUMMINGS, in his official capacity as County Prosecutor for Snohomish County, Washington,<br><br>*Defendants.* | No. 3:23-cv-05364<br><br>PLAINTIFF SECOND AMENDMENT FOUNDATION, INC.'S CORPORATE DISCLOSURE STATEMENT |

SAF LCR 7.1 CORPORATE DISCLOSURE

*Hartford v. Ferguson*, No. 3:23-cv-05364

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1  In accordance with Federal Rule of Civil Procedure 7.1(a), Plaintiff Second Amendment Foundation, Inc. submits the following corporate disclosure statement.

Second Amendment Foundation, Inc. is a nonprofit membership corporation, formed and in good standing in the State of Washington under Section 501(c)(4) of the Internal Revenue Code.

Second Amendment Foundation, Inc. is not publicly traded and has no parent corporation. There is no publicly held corporation that owns ten percent or more of its stock.

///

///

///

April 25, 2023.

Ard Law Group PLLC

By: _____

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys For Plaintiffs

SAF LCR 7.1 Corporate Disclosure

Hartford v. Ferguson, No. 3:23-cv-05364

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243