IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; CLAYTON MYERS, in his official capacity as Sheriff for Kittitas County, Washington; JOHN HORCH, in his official capacity as Sheriff for Clark County, Washington; ADAM FORTNOY, in his official capacity as Sheriff for Snohomish County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; GREG ZEMPEL, in his official capacity as County Prosecutor for Kittitas County, Washington; TONY GOLIK, in his official capacity as County Prosecutor for Clark County, Washington; and JASON CUMMINGS, in his official capacity as County Prosecutor for Snohomish County, Washington,<br><br>*Defendants*. | No. 3:23-cv-05364<br><br>PLAINTIFF FIREARMS POLICY COALITION, INC.'S CORPORATE DISCLOSURE STATEMENT |

FPC LCR 7.1 CORPORATE DISCLOSURE

*Hartford v. Ferguson*, No. 3:23-cv-05364

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

In accordance with Federal Rule of Civil Procedure 7.1(a), Plaintiff Firearms Policy Coalition, Inc. submits the following corporate disclosure statement.

Firearms Policy Coalition, Inc. is a nonprofit membership corporation, formed and in good standing in the State of Delaware under Section 501(c)(4) of the Internal Revenue Code. Firearms Policy Coalition, Inc. is not publicly traded and has no parent corporation. There is no publicly held corporation that owns ten percent or more of its stock.

///

///

///

April 25, 2023.

                                Ard Law Group PLLC

                                By: _____

                                Joel B. Ard, WSBA # 40104
                                Ard Law Group PLLC
                                P.O. Box 11633
                                Bainbridge Island, WA 98110
                                206.701.9243
                                Joel@Ard.law
                                Attorneys For Plaintiffs

FPC LCR 7.1 Corporate Disclosure

Hartford v. Ferguson, No. 3:23-cv-05364

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243