# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants. | NO. 3:23-cv-05364 <br><br> NOTICE OF APPEARANCE |

TO:      Joel B. Ard, Attorney for Plaintiffs;

AND TO:     Clerk of the Above-Entitled Court.

     YOU AND EACH OF YOU will please take notice that Defendant Bob Ferguson, in his official capacity as Washington State Attorney General, by and through his attorneys, Andrew R.W. Hughes, R. July Simpson, and William McGinty, Assistant Attorneys General, without waiving objections as to improper service, jurisdiction, or venue, hereby enter their appearance in the above-entitled action and request that notice of any and all further proceedings in said action be served upon the undersigned attorneys at the addresses stated below.

NOTICE OF APPEARANCE
NO. 3:23-cv-05364

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

|   |   |
|---|---|
| 1 | **TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT CONSTITUTE SERVICE, UNLESS AGREED IN WRITING OR UNLESS OTHERWISE REQUIRED BY COURT RULE.** |

DATED this 28th day of April, 2023.

> ROBERT W. FERGUSON
> Attorney General
>
> */s/ Andrew R.W. Hughes*
> ANDREW R.W. HUGHES, WSBA #49515
> Assistant Attorney General
> 800 Fifth Avenue, Suite 2000
> Seattle, WA 98104-3188
> Andrew.Hughes@atg.wa.gov
>
> *R. July Simpson*
> R. JULY SIMPSON, WSBA #45869
> Assistant Attorney General
> 1250 Pacific Avenue, Suite 105
> Tacoma, WA 98402
> July.Simpson@atg.wa.gov
>
> *William McGinty*
> WILLIAM MCGINTY, WSBA #41868
> Assistant Attorney General
> 7141 Cleanwater Dr SW
> Olympia, WA 98504
> William.McGinty@atg.wa.gov
>
> *Attorneys for State Defendants*

NOTICE OF APPEARANCE
NO. 3:23-cv-05364

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 28th day of April, 2023, at Seattle, Washington.

/s/ Andrew R.W. Hughes
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

NOTICE OF APPEARANCE
NO. 3:23-cv-05364

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200