**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; AND FIREARMS POLICY COALITION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br>Defendants. | NO. 3:23-cv-05364 <br><br>[AMENDED] <br>NOTICE OF APPEARANCE |

TO:         Joel B. Ard, Attorney for Plaintiffs;

AND TO:     Clerk of the Above-Entitled Court.

YOU AND EACH OF YOU will please take notice that Defendants Bob Ferguson, in his official capacity as Washington State Attorney General, and John R. Batiste, in his official capacity as Chief of the Washington State Patrol, by and through their attorneys, Andrew R.W. Hughes, R. July Simpson, and William McGinty, Assistant Attorneys General, without waiving objections as to improper service, jurisdiction, or venue, hereby enter their appearance in the above-entitled action and request that notice of any and all further proceedings in said action be served upon the undersigned attorneys at the addresses stated below.

NOTICE OF APPEARANCE
NO. 3:23-cv-05364

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT CONSTITUTE SERVICE, UNLESS AGREED IN WRITING OR UNLESS OTHERWISE REQUIRED BY COURT RULE.**

DATED this 28th day of April, 2023.

        ROBERT W. FERGUSON
        Attorney General

        */s/ Andrew R.W. Hughes*
        ANDREW R.W. HUGHES, WSBA #49515
        Assistant Attorney General
        800 Fifth Avenue, Suite 2000
        Seattle, WA 98104-3188
        Andrew.Hughes@atg.wa.gov

        *R. July Simpson*
        R. JULY SIMPSON, WSBA #45869
        Assistant Attorney General
        1250 Pacific Avenue, Suite 105
        Tacoma, WA 98402
        July.Simpson@atg.wa.gov

        *William McGinty*
        WILLIAM MCGINTY, WSBA #41868
        Assistant Attorney General
        7141 Cleanwater Dr SW
        Olympia, WA 98504
        William.McGinty@atg.wa.gov

        *Attorneys for State Defendants*

NOTICE OF APPEARANCE
NO. 3:23-cv-05364

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 28th day of April, 2023, at Seattle, Washington.

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

NOTICE OF APPEARANCE
NO. 3:23-cv-05364

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200