Hon. Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LAWRENCE HARTFORD; DOUGLAS
MITCHELL; BRETT BASS; SPORTING
SYSTEMS VANCOUVER, INC.; SECOND
AMENDMENT FOUNDATION; AND
FIREARMS POLICY COALITION, INC.,

       *Plaintiffs*,

    v.

BOB FERGUSON, in his official capacity as
Washington State Attorney General; JOHN R.
BATISTE, in his official capacity as Chief of the
Washington State Patrol; JOHN GESE, in his
official capacity as Sheriff for Kitsap County,
Washington; CLAYTON MYERS, in his official
capacity as Sheriff for Kittitas County,
Washington; JOHN HORCH, in his official
capacity as Sheriff for Clark County,
Washington; ADAM FORTNOY, in his official
capacity as Sheriff for Snohomish County,
Washington; CHAD M. ENRIGHT, in his
official capacity as County Prosecutor for Kitsap
County, Washington; GREG ZEMPEL, in his
official capacity as County Prosecutor for
Kittitas County, Washington; TONY GOLIK,
in his official capacity as County Prosecutor for
Clark County, Washington; and JASON
CUMMINGS, in his official capacity as County
Prosecutor for Snohomish County, Washington,

       *Defendants*.

No. 3:23-cv-05364-RJB

[PROPOSED]
ORDER GRANTING
PRELIMINARY INJUNCTION

1  This matter came to be heard upon Plaintiffs' motion for a preliminary injunction (the

2  "Motion," ECF No. ___).

3  The Court, having considered Plaintiffs' Complaint, the Motion, Declarations and

4  Exhibits, and all other evidence and argument presented regarding the Motion finds that a

5  preliminary injunction is warranted.

6  IT IS HEREBY ORDERED that Plaintiff's Motion is hereby GRANTED as to

7  Defendants. Defendants are hereby enjoined from enforcement of 2023 S.H.B. 1240.

8

9  Dated this day of _____, 2023.

10  _____

11  The Honorable Robert J. Bryan

12  United States District Judge

13  ///

14  ///

15  Presented this 4th of May, 2023 by:

16  ARD LAW GROUP PLLC

17

18  By: _____

19

20  Joel B. Ard, WSBA # 40104
   ARD LAW GROUP PLLC

21  P.O. Box 11633
   Bainbridge Island, WA 98110

22  206.701.9243
   Joel@Ard.law

23  ATTORNEYS FOR PLAINTIFFS

24

25

26

27

[PROPOSED] ORDER GRANTING PI
*HARTFORD V. FERGUSON*, No. 3:23-cv-05364-RJB

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243