Hon. Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION; AND FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; CLAYTON MYERS, in his official capacity as Sheriff for Kittitas County, Washington; JOHN HORCH, in his official capacity as Sheriff for Clark County, Washington; ADAM FORTNOY, in his official capacity as Sheriff for Snohomish County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; GREG ZEMPEL, in his official capacity as County Prosecutor for Kittitas County, Washington; TONY GOLIK, in his official capacity as County Prosecutor for Clark County, Washington; and JASON CUMMINGS, in his official capacity as County Prosecutor for Snohomish County, Washington,

Defendants.

No. 3:23-cv-05364-RJB

DECLARATION OF DOUGLAS MITCHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DOUGLAS MITCHELL DECL. ISO MOTION FOR PRELIMINARY INJUNCTION - i
HARTFORD V. FERGUSON, NO. 3:23-cv-05364-RJB

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

I, Douglas Mitchell, declare as follows:

1. I make this declaration in support of my Motion for Preliminary Injunction. I am over the age of 18, have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I am a member of both member of Second Amendment Foundation and Firearms Policy Coalition, Inc.

3. I want to acquire a Bravo Company EAG Tactical Carbine, which is an AR-type firearm.

4. If it were legal in the state of Washington to acquire a Bravo Company EAG Tactical Carbine, I would do so.

5. But for the recently enacted ban on transfer of any Bravo Company EAG Tactical Carbine, I would acquire one.

6. However, because I fear prosecution by Defendants if I did acquire a Bravo Company EAG Tactical Carbine, I cannot do so while the ban remains in force.

7. I am also unaware of any licensed, law-abiding dealer who would sell me a Bravo Company EAG Tactical Carbine, because such sales have been made illegal and a civil violation of the Washington Consumer Protection Act.

8. I am prepared to testify to the foregoing at trial of this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Signed this _____ day of May, 2023, at _____.

Douglas Mitchell

DOUGLAS MITCHELL DECL. ISO MOTION FOR PRELIMINARY INJUNCTION - 1
HARTFORD V. FERGUSON, NO. 3:23-cv-05364-RJB

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243