Hon. Robert J. Bryan

In The United States District Court
For The Western District Of Washington

LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; CLAYTON MYERS, in his official capacity as Sheriff for Kittitas County, Washington; JOHN HORCH, in his official capacity as Sheriff for Clark County, Washington; ADAM FORTNOY, in his official capacity as Sheriff for Snohomish County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; GREG ZEMPEL, in his official capacity as County Prosecutor for Kittitas County, Washington; TONY GOLIK, in his official capacity as County Prosecutor for Clark County, Washington; and JASON CUMMINGS, in his official capacity as County Prosecutor for Snohomish County, Washington,

Defendants.

No. 3:23-cv-05364-RJB

DECLARATION OF DANIEL MITCHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DANIEL MITCHELL DECL. ISO MOTION FOR PRELIMINARY INJUNCTION - i
HARTFORD V. FERGUSON, No. 3:23-cv-05364-RJB

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

I, Daniel Mitchell, declare as follows:

1. I make this declaration in support of my Motion for Preliminary Injunction. I am over the age of 18, have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I am a member of both member of Second Amendment Foundation and Firearms Policy Coalition, Inc.

3. I am the principal of Sporting Systems Vancouver, Inc.

4. Annually, Sporting Systems Vancouver, Inc. sold hundreds of semiautomatic rifles in the models, styles, and types, the transfer of which were recently banned in the state of Washington.

5. Prior to the ban, Sporting Systems Vancouver, Inc. did substantial business selling those firearms.

6. But for the recently enacted ban on transfer of those firearms, Sporting Systems Vancouver, Inc. would continue to make such sales.

7. However, because I fear prosecution by Defendants if Sporting Systems Vancouver, Inc. did make any such sales, and because I fear a ruinous civil damages claim under the Washington Consumer Protection Act, Sporting Systems Vancouver, Inc. cannot do so while the ban remains in force.

8. I am prepared to testify to the foregoing at trial of this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Signed this 2nd day of May, 2023, at VANCOUVER WASHINGTON.

Daniel Mitchell

DANIEL MITCHELL DECL. ISO MOTION FOR PRELIMINARY INJUNCTION - 1
HARTFORD V. FERGUSON, No. 3:23-cv-05364-RJB

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243