Hon. Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION; AND FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; CLAYTON MYERS, in his official capacity as Sheriff for Kittitas County, Washington; JOHN HORCH, in his official capacity as Sheriff for Clark County, Washington; ADAM FORTNOY, in his official capacity as Sheriff for Snohomish County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; GREG ZEMPEL, in his official capacity as County Prosecutor for Kittitas County, Washington; TONY GOLIK, in his official capacity as County Prosecutor for Clark County, Washington; and JASON CUMMINGS, in his official capacity as County Prosecutor for Snohomish County, Washington,

Defendants.

No. 3:23-cv-05364-RJB

DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

ALAN GOTTLIEB DECL. ISO MOTION FOR PRELIMINARY INJUNCTION - i

HARTFORD V. FERGUSON, NO. 3:23-cv-05364-RJB

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

I, Alan Gottlieb, declare as follows:

1. I make this declaration in support of my Motion for Preliminary Injunction. I am over the age of 18, have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I am the Executive Vice-President of Second Amendment Foundation.

3. Second Amendment Foundation is a nonprofit educational foundation that seeks to preserve the effectiveness of the Second Amendment through education, research, publishing, and legal action programs focused on the constitutionally protected right to possess firearms and firearm ammunition, and the consequences of gun control.

4. Second Amendment Foundation has thousands of members in Washington, including the named Plaintiffs, and brings this action to vindicate the rights of its members.

5. I am prepared to testify to the foregoing at trial of this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Signed this 4TH day of May, 2023, at BELLEVUE, WASHINGTON

_____
Alan Gottlieb

ALAN GOTTLIEB DECL. ISO MOTION FOR PRELIMINARY INJUNCTION - 1
HARTFORD V. FERGUSON, No. 3:23-cv-05364-RJB

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243