Hon. Robert J. Bryan

## In The United States District Court
## For The Western District Of Washington

Lawrence Hartford; Douglas Mitchell; Brett Bass; Sporting Systems Vancouver, Inc.; Second Amendment Foundation; and Firearms Policy Coalition, Inc.,

*Plaintiffs*,

v.

Bob Ferguson, in his official capacity as Washington State Attorney General; John R. Batiste, in his official capacity as Chief of the Washington State Patrol; John Gese, in his official capacity as Sheriff for Kitsap County, Washington; Clayton Myers, in his official capacity as Sheriff for Kittitas County, Washington; John Horch, in his official capacity as Sheriff for Clark County, Washington; Adam Fortnoy, in his official capacity as Sheriff for Snohomish County, Washington; Chad M. Enright, in his official capacity as County Prosecutor for Kitsap County, Washington; Greg Zempel, in his official capacity as County Prosecutor for Kittitas County, Washington; Tony Golik, in his official capacity as County Prosecutor for Clark County, Washington; and Jason Cummings, in his official capacity as County Prosecutor for Snohomish County, Washington,

*Defendants*.

No. 3:23-cv-05364-RJB

Declaration of Brandon Combs In Support Of Plaintiffs' Motion For Preliminary Injunction

Brandon Combs Decl. iso Motion for Preliminary Injunction - i

Hartford v. Ferguson, No. 3:23-cv-05364-RJB

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

I, Brandon Combs, declare as follows:

1. I make this declaration in support of my Motion for Preliminary Injunction. I am over the age of 18, have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I am the President of Firearms Policy Coalition, Inc.

3. Firearms Policy Coalition is a nonprofit organization that seeks to defend and promote the People's rights—especially the fundamental, individual Second Amendment right to keep and bear arms—advance individual liberty, and restore freedom.

4. Firearms Policy Coalition has members in Washington, including the named Plaintiffs, and brings this action to vindicate the rights of its members.

5. I am prepared to testify to the foregoing at trial of this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Signed this ___3rd___ day of May, 2023, at __Clark County, Nevada__.

_/s/ Brandon Combs_
Brandon Combs

Brandon Combs Decl. iso Motion for Preliminary Injunction - 1

Hartford v. Ferguson, No. 3:23-cv-05364-RJB

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243