The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; AND FIREARMS POLICY COALTION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; CLAYTON MYERS, in his official capacity as Sheriff for Kittitas County, Washington; JOHN HORCH, in his official capacity as Sheriff for Clark County, ADAM FORTNEY, in his official capacity as Sheriff for Snohomish County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; GREG ZEMPEL, in his official capacity as County Prosecutor for Kittitas County, Washington; TONY GOLIK, in his official capacity as County Prosecutor for Clark County, Washington; and JASON | NO. 3:23-cv-05364-RJB<br><br>NOTICE OF APPEARANCE FOR DEFENDANTS ADAM FORTNEY AND JASON CUMMINGS |

NOTICE OF APPEARANCE FOR DEFENDANTS'
ADAM FORTNEY AND JASON CUMMINGS - 1
(3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

CUMMINGS, in his official capacity as County Prosecutor for Snohomish County, Washington,

                Defendants.

TO:    Joel B. Ard, Plaintiffs' Counsel of Record; and

TO:    The Clerk of the Court

       PLEASE TAKE NOTICE that the above-named defendants ADAM FORTNEY, in his official capacity as Sheriff for Snohomish County, Washington, and JASON CUMMINGS, in his official capacity as County Prosecutor for Snohomish County, Washington, without waiving service or service of process, do hereby appear in the above-entitled action through the undersigned attorneys, without waiving objection to lack of jurisdiction over the person, insufficiency of process, or insufficiency of service of process or venue. This voluntary appearance does not preclude defendants' rights to challenge lack of jurisdiction, insufficiency of process, or insufficiency of service of process or venue. You are requested to serve all pleadings and other papers, except original process or venue, upon the undersigned attorneys at the address given below.

       DATED this 5th day of May, 2023.

                                          JASON J. CUMMINGS
                                          Snohomish County Prosecuting Attorney

                                          By:  *s/Lyndsey M. Downs*
                                          LYNDSEY M. DOWNS, WSBA #37453
                                          Deputy Prosecuting Attorney
                                          Snohomish County Prosecutor's Office
                                          Civil Division
                                          3000 Rockefeller Avenue, M/S 504
                                          Everett, WA 98201
                                          Ph: (425) 388-6330 / Fax: (425) 388-6333
                                          Lyndsey.downs@co.snohomish.wa.us

NOTICE OF APPEARANCE FOR DEFENDANTS' ADAM FORTNEY AND JASON CUMMINGS - 2
(3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

DATED this 5th day of May, 2023.

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney


By:  *s/Margaret A. Duncan*
MARGARET A. DUNCAN, WSBA #47876
Deputy Prosecuting Attorney
Snohomish County Prosecutor's Office
Civil Division
3000 Rockefeller Avenue, M/S 504
Everett, WA  98201
Ph: (425) 388-6330  /  Fax: (425) 388-6333
margaret.duncan@co.snohomish.wa.us

*Counsel for Defendants Adam Fortney and Jason Cummings*

NOTICE OF APPEARANCE FOR DEFENDANTS'
ADAM FORTNEY AND JASON CUMMINGS - 3
(3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that on May 5, 2023, I caused to be served a true and correct copy of the foregoing document upon the parties listed by the method(s) indicated:

| | |
|---|---|
| Joel B. Ard<br>Ard Law Group, PLLC<br>P.O. Box 11633<br>Bainbridge Island, WA  98110<br>Joel@Ard.law<br>*Attorney for Plaintiffs* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| *Andrew R.W. Hughes*<br>Andrew.hughes@atg.wa.gov<br>*R. July Simpson*<br>July.simpson@atg.wa.gov<br>*William McGinty*<br>William.mcginty@atg.wa.gov<br>*Assistant Attorney Generals*<br>*For Bob Ferguson* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 5th day of May, 2023.

*s/Nikki Michel*
Nikki Michel, Legal Assistant

NOTICE OF APPEARANCE FOR DEFENDANTS'
ADAM FORTNEY AND JASON CUMMINGS - 4
(3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333