THE HONORABLE JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br><br>　　　　　Plaintiffs,<br><br>-vs-<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>　　　　　Defendants. | NO. 3:23-cv-05364-RJB<br><br>NOTICE OF APPEARANCE |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

Please take notice that CHAD M. ENRIGHT and JOHN GESE, without waiving defenses, appears in the above-entitled action by and through the Kitsap County Prosecuting Attorney's Office, CHRISTINE M. PALMER, Senior Deputy Prosecuting Attorney, and requests all further pleadings, except original process in said matter, be served on CHRISTINE M. PALMER at the address stated below.

///

///

NOTICE OF APPEARANCE
(3:23-cv-05364-RJB) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

Respectfully submitted this 9th day of May, 2023.

        CHAD M. ENRIGHT
        Kitsap County Prosecuting Attorney

        */s/ Christine M. Palmer*
        CHRISTINE M. PALMER, WSBA No. 42560
        Senior Deputy Prosecuting Attorney
        Attorney for Defendants Chad M. Enright and John Gese

NOTICE OF APPEARANCE
(3:23-cv-05364-RJB) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I certify that on May 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Joel B Ard<br>Ard Law Group PLLC<br>PO Box 11633<br>Bainbridge Island, WA 98110<br>joel@ard.law | Lyndsey M. Downs<br>Margaret Duncan<br>Snohomish County Prosecutor's Office<br>Civil Division<br>3000 Rockefeller, M/S 504<br>Everett, WA 98201<br>lyndsey.downs@co.snohomish.wa.us<br>margaret.duncan@co.snohomish.wa.us |
| Andrew R.W. Hughes<br>Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>andrew.hughes@atg.wa.gov | R. July Simpson<br>William McGinty<br>Attorney General's Office<br>7141 Cleanwater Dr. SW<br>PO Box 40111<br>Olympia, WA 98504-0100<br>July.Simpson@atg.wa.gov<br>william.mcginty@atg.wa.gov |

SIGNED in Port Orchard, Washington this 9th day of May, 2023.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

NOTICE OF APPEARANCE
(3:23-cv-05364-RJB) – Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros