AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| Lawrence Hartford, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:23-cv-05362-RJB |
| Bob Ferguson, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Bob Ferguson and John R. Batiste                                                                  .

Date:     05/11/2023

s/ Kristin Beneski
*Attorney's signature*

Kristin Beneski, #45478
*Printed name and bar number*

800 Fifth Avenue, Suite 2000
Seattle, WA 98104

*Address*

kristin.beneski@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

*FAX number*