The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County Washington; CLAYTON MYERS, in his official capacity as Sheriff for Kittitas County Washington; JOHN HORCH, in his official capacity as Sheriff for Clark County Washington; ADAM FORTNOY, in his official capacity as Sheriff for Snohomish County Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County Washington; GREG ZEMPEL, in his official capacity as County Prosecutor for Kittitas County Washington; TONY GOLIK, in his official capacity as County Prosecutor for Clark County Washington; and JASON CUMMINGS, in his official capacity as County Prosecutor for Snohomish County Washington,<br><br>Defendants. | No. 3:23-cv-05364<br><br>NOTICE OF APPEARANCE FOR DEFENDANTS JOHN HORCH AND TONY GOLIK |

NOTICE OF APPEARANCE - 1 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

TO:   THE COURT CLERK; and

TO:   JOEL B. ARD, Plaintiff's Counsel of Record

COMES NOW Defendants, John Horch and Tony Golik, and, without waiving defenses or objections, including those relating to personal jurisdiction, enter this appearance herein and request that all further papers and pleadings, exclusive of original process, be served upon the undersigned at the address below.

Dated May 11, 2023.

*s/ Leslie A. Lopez*
Leslie A. Lopez, WSBA #46118
Chief Civil Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division
PO Box 5000
Vancouver WA  98666-5000
   Tele:   (360) 397-4755
   Email:  leslie.lopez@clark.wa.gov

*Attorney for Defendants, John Horch and Tony Golik*

NOTICE OF APPEARANCE - 2 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system which will serve a copy of such filing to the following:

Joel B. Ard
Ard Law Group PLLC
PO Box 11633
Bainbridge Island WA  98110
*Attorney for Plaintiffs*

Lyndsey Marie Downs
Margaret Duncan
Snohomish County Prosecuting Attorney
3000 Rockefeller Avenue, M/S 504
Everett WA  98201
*Attorneys for Defendant Adam Fortnoy*

R. July Simpson
William McGinty
Andrew W. Hughes
Attorney General
1125 Washington Street SE
PO Box 40100
Olympia WA  98504-0100
*Attorneys for Defendants Robert Ferguson and John R. Batiste*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

John Gese
Kitsap County Sheriff's Office
614 Division Street MS - 37
Port Orchard, WA 98366
*Defendant*

Chad M. Enright
Kitsap County Prosecuting Attorney
614 Division St.  MS - 35
Port Orchard, WA 98366
*Defendant*

Clayton Myers
Kitsap County Sheriff's Office
614 Division Street MS - 37
Port Orchard, WA 98366
*Defendant*

Gregory L. Zempel
Kittitas County Prosecuting Attorney
205 W 5th Ave, Suite 213
Ellensburg WA  98926
*Defendant*

Dated May 11, 2023.

*s/ Nichole Carnes*
Nichole Carnes, Legal Assistant

NOTICE OF APPEARANCE - 3 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)