HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| LAWRENCE HARTFORD, et al., PLAINTIFF, | 3:23-cv-05364-RJB |
|---|---|
| vs. | NOTICE OF APPEARANCE ON BEHALF OF AMICI CURIAE WASHINGTON GUN RIGHTS AND AMERICAN FIREARMS ASSOCIATION |
| BOB FERGUSON, et al. DEFENDANTS. | |

TO:         DEFENDANTS' ATTORNEYS

AND TO:   PLAINTIFFS' ATTORNEYS

AND TO:   THE CLERK OF THE ABOVE ENTITLED COURT

PLEASE BE ADVISED AND TAKE NOTICE that D. Angus Lee appears as counsel for *Amici Curiae* Washington Gun Rights and American Firearms Association.

Respectfully submitted this Thursday, May 11, 2023.

ANGUS LEE LAW FIRM, PLLC

<u>S// D. Angus Lee</u>
D. Angus Lee, WSBA# 36473
*Attorneys for Attorneys for Amici Curiae*
Angus Lee Law Firm, PLLC
9105A NE HWY 99 Suite 200
Vancouver, WA 98665
Phone: 360.635.6464 Fax: 888.509.8268
E-mail: Angus@AngusLeeLaw.com