HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON, et al. <br><br> Defendants. | No. 3:23-cv-05364-RJB <br><br> NOTICE OF APPEARANCE OF PROPOSED INTERVENOR-DEFENDANT THE ALLIANCE FOR GUN RESPONSIBILITY |

TO:         CLERK OF THE COURT

AND TO:   All Parties of Record

PLEASE TAKE NOTICE that Proposed Intervenor-Defendant Alliance for Gun Responsibility, without waiving any defenses or objections, hereby enters its appearance through the undersigned attorney. You are hereby notified that service of all further pleadings, notices, documents or other papers, exclusive of process, may be had upon it by serving the undersigned attorney of record at the address stated below.

NOTICE OF APPEARANCE
Case No. 3:23-cv-05364-RJB - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| | |
|---|---|
| 1 | DATED this 11th day of May, 2023. |
| 2 | PACIFICA LAW GROUP LLP |

*s/ Kai A. Smith*
Kai A. Smith, WSBA # 54749

Pacifica Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
Kai.Smith@pacificalawgroup.com

*Attorney for Proposed Intervenor-Defendant Alliance for Gun Responsibility*

NOTICE OF APPEARANCE
Case No. 3:23-cv-05364-RJB - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

Dated this 11th day of May, 2023.



---
Sydney Henderson

NOTICE OF APPEARANCE  
Case No. 3:23-cv-05364-RJB - 3

PACIFICA LAW GROUP LLP  
1191 SECOND AVENUE  
SUITE 2000  
SEATTLE, WASHINGTON 98101-3404  
TELEPHONE: (206) 245-1700  
FACSIMILE: (206) 245-1750