HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br><br>                              Plaintiffs,<br><br>    v.<br><br>BOB FERGUSON, et al.<br><br>                              Defendants. | No. 3:23-cv-05364-RJB<br><br>DECLARATION OF KAI A. SMITH IN SUPPORT OF PROPOSED INTERVENOR-DEFENDANT ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE |

1.    I am a partner at Pacifica Law Group LLP, and attorney of record in the above-captioned matter for Proposed Intervenor-Defendant Alliance for Gun Responsibility ("the Alliance"). I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge of the facts stated herein.

2.    Attached as Exhibit A is a true and correct copy of the Declaration of Renee Hopkins filed in *Guardian Arms LLC v. Inslee*, No. 23-2-00377-13 (Grant Cnty. Super. Ct.).

DECLARATION OF KAI A. SMITH
Case No. 3:23-cv-05364-RJB - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on May 11, 2023.

*s/ Kai A. Smith*
Kai A. Smith, WSBA #54749

DECLARATION OF KAI A. SMITH
Case No. 3:23-cv-05364-RJB - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2023, I electronically filed the foregoing document (including Exhibit) with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

Dated this 11th day of May, 2023.



_____
Sydney Henderson

DECLARATION OF KAI A. SMITH
Case No. 3:23-cv-05364-RJB - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750