HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br><br>       Plaintiffs,<br><br> v.<br><br>BOB FERGUSON, et al.<br><br>       Defendants. | No. 3:23-cv-05364-RJB<br><br>NOTICE OF APPEARANCE OF PROPOSED INTERVENOR-DEFENDANT THE ALLIANCE FOR GUN RESPONSIBILITY |

TO:   CLERK OF THE COURT

AND TO: All Parties of Record

PLEASE TAKE NOTICE that Proposed Intervenor-Defendant Alliance for Gun Responsibility, without waiving any defenses or objections, hereby enters its appearance through the undersigned attorney. You are hereby notified that service of all further pleadings, notices, documents or other papers, exclusive of process, may be had upon it by serving the undersigned attorney of record at the address stated below.

NOTICE OF APPEARANCE
Case No. 3:23-cv-05364-RJB - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    DATED this 16th day of May, 2023.

2                                               PACIFICA LAW GROUP LLP

3

4                                               *s/ Meha Goyal*
                                                Meha Goyal, WSBA # 56058

5                                               Pacifica Law Group LLP
                                                1191 Second Avenue, Suite 2000
6                                               Seattle, WA 98101
                                                Meha.Goyal@pacificalawgroup.com

7
                                                *Attorney for Proposed Intervenor-Defendant*
8                                               *Alliance for Gun Responsibility*

NOTICE OF APPEARANCE
Case No. 3:23-cv-05364-RJB - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750