The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; AND FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,

Defendants.

NO. 3:23-cv-05364-RJB

STIPULATION AND ORDER EXTENDING DEADLINE TO ANSWER

## I.    STIPULATION

The Parties, by and through their respective attorneys of record, hereby stipulate to the following:

1.    Under Federal Rule of Civil Procedure 12(a) Defendants' answers are due 21 days after service of the Complaint, or 60 days if the Defendants timely waived service under Rule 4(d) after the request for a waiver was sent.

2.    Plaintiffs have filed a motion for a preliminary injunction (ECF No. 10).

3.    It would not prejudice Plaintiffs to extend Defendants' deadline to respond until after the Motion for Preliminary Injunction is heard by this Court. Accordingly, the Parties

STIPULATION AND ORDER
EXTENDING DEADLINE FOR
DEFENDANTS' ANSWER TO
COMPLAINT
NO. 3:23-cv-05364

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

stipulate that Defendants and proposed Intervenor-Defendant Alliance for Gun Responsibility may answer, or otherwise respond to Plaintiffs' complaint, no later than 21 calendar days after (1) service is completed or (2) the date on which Plaintiffs' Motion for Preliminary Injunction is ruled on by this Court, whichever is later. To the extent, any of the Defendants timely waived service under Fed. R. Civ. P. 4(d), those Defendants may answer, or otherwise response to Plaintiffs' complaint, no later than (1) 60 calendar days after the request for waiver was sent or (2) 21 days from the date on which Plaintiffs' Motion for Preliminary Injunction is ruled on by this Court, whichever is later.

DATED this 16th day of May, 2023.

ROBERT W. FERGUSON
Attorney General

s/ Andrew R.W. Hughes
ANDREW R.W. HUGHES, WSBA #49515
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
*Attorneys for State Defendants*

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

s/ Lyndsey M. Downs
LYNDSEY M. DOWNS, WSBA #37453
MARGARET DUNCAN, WSBA #47876
Deputy Prosecuting Attorneys
*Attorneys for Snohomish County Defendants*

STIPULATION AND ORDER
EXTENDING DEADLINE FOR
DEFENDANTS' ANSWER TO
COMPLAINT
NO. 3:23-cv-05364

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

TONY GOLIK
Clark County Prosecuting Attorney

2

*s/ Leslie A. Lopez*

3

Leslie A. Lopez, WSBA #46118
Chief Civil Deputy Prosecuting Attorney

4

5

*s/ Amanda Migchelbrink*

Amanda M. Migchelbrink, WSBA #34223

6

Senior Deputy Prosecuting Attorney

7

*Attorneys for Defendants, John Horch and Tony
Golik*

8

9

PACIFICA LAW GROUP LLP

10

*s/ Kai A. Smith*
Zachary J. Pekelis, WSBA #44557

11

Kai A. Smith, WSBA #54749
*Attorneys for Proposed Intervenor-Defendant*

12

*Alliance for Gun Responsibility*

13

14

ARD LAW GROUP PLLC

15

*s/ Joel B. Ard*
JOEL B. ARD, WSBA #40104

16

*Attorney for Plaintiffs*

17

18

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney

19

*s/ Christine Palmer*

20

CHRISTINE PALMER, WSBA #42560
Senior Deputy Prosecuting Attorney

21

*Attorney for Defendants Chad M. Enright &
John Gese*

22

23

24

25

26

STIPULATION AND ORDER
EXTENDING DEADLINE FOR
DEFENDANTS' ANSWER TO
COMPLAINT
NO. 3:23-cv-05364

3

## II.     ORDER

**IT IS HEREBY ORDERED**:

That the stipulation of the Parties is APPROVED AND ADOPTED. Defendants' and proposed Intervenor-Defendant Alliance for Gun Responsibility's deadline for responding to Plaintiffs' Complaint (Dkt. # 1) under Federal Rule of Civil Procedure 12 is extended to no later than 21 calendar days after (1) service is completed or (2) the date on which Plaintiffs' Motion for Preliminary Injunction is ruled on by this Court, whichever is later. To the extent, any of the Defendants timely waived service under Fed. R. Civ. P. 4(d), those Defendants may answer, or otherwise response to Plaintiffs' complaint, no later than (1) 60 calendar days after the request for waiver was sent or (2) 21 days from the date on which Plaintiffs' Motion for Preliminary Injunction is ruled on by this Court, whichever is later.

DATED this 16th day of May, 2023.

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER
EXTENDING DEADLINE FOR
DEFENDANTS' ANSWER TO
COMPLAINT
NO. 3:23-cv-05364

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744