THE HONORABLE JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants. | NO. 3:23-cv-05364-RJB <br><br> [PROPOSED] ORDER GRANTING DEFENDANT ENRIGHT AND GESE'S MOTION TO DISMISS 42 U.S.C. §1983 & §1988 CLAIMS AND DAMAGES <br><br> NOTE ON MOTION CALENDAR: June 9, 2023 |

THIS MATTER having come on regularly for hearing before the undersigned Judge of the above-entitled Court upon Defendant Enright and Gese's Motion to Dismiss 42 U.S.C. §1983 & 1988 Claims and Damages; the Court having read the files and records herein and being fully advised in the premises; now, therefore, it is hereby

ORDERED that Defendant Enright and Gese's Motion to Dismiss 42 U.S.C. §1983 & 1988 Claims and Damages is GRANTED and that all claims and requests for relief brought by Plaintiffs against Defendant Chad Enright and John Gese pursuant to 42 U.S.C. §1983 and 42 U.S.C. §1988 are dismissed with prejudice.

[PROPOSED] ORDER GRANTING DEFENDANT ENRIGHT AND GESE'S MOTION TO DISMISS 42 U.S.C. §1983 & §1988 CLAIMS AND DAMAGES (3:23-cv-05364-RJB) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

DONE IN OPEN COURT this _____ day of _____, 2023.

_____
HON. ROBERT J. BRYAN
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT ENRIGHT AND GESE'S MOTION TO DISMISS 42 U.S.C. §1983 & §1988 CLAIMS AND DAMAGES (3:23-cv-05364-RJB) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros