THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br>　　　　　　　　PLAINTIFF,<br><br>vs.<br><br>BOB FERGUSON, et al.<br>　　　　　　　　DEFENDANTS. | No. 3:23-cv-05364-RJB<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE ON BEHALF OF WASHINGTON GUN RIGHTS AND AMERICAN FIREARMS ASSOCIATION<br>[PROPOSED] |

ORDER

THIS MATTER came before the Court on a Motion for leave to file a brief *amici curiae* in support of Plaintiffs' Motion for preliminary injunction. The Court having reviewed the Motion filed herein and any argument of counsel, it is ORDERED ADJUDGED AND DECREED that the motion is hereby GRANTED

　　　　　　　　DATED this _____ day of _____, 20____

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**HON. ROBERT J. BRYAN**

ORDER ON MOTION FOR AMICUS BY WGR & AFA [PROPOSED]
NO. 3:23-cv-05364-RJB

1

ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

TREVOR BURRUS
2301 S. June
Arlington, VA 22202
T: 720.231.4899

1   Presented by the below on Friday, May 19, 2023.

| ANGUS LEE LAW FIRM, PLLC | TREVOR BURRUS |
|---|---|
| */s/ D. Angus Lee* | */s/ Trevor Burrus* |
| D. Angus Lee, WSBA# 36473 | Trevor Burrus, DCBA#1048911 |
| *Attorneys for Attorneys for Amici Curiae* | *Pro Hac Vice* |
| 9105A NE HWY 99, Suite 200 | *Attorneys for Attorneys for Amici Curiae* |
| Vancouver, WA 98665 | 2301 S. June |
| P: 360.635.6464 F: 888.509.8268 | Arlington, VA 22202 |
| Angus@AngusLeeLaw.com | P: 720.231.4899 |
| | Trevorburrus@gmail.com |

2

ORDER ON MOTION FOR AMICUS BY WGR & AFA [PROPOSED]
NO. 3:23-cv-05364-RJB

2

ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

TREVOR BURRUS
2301 S. June
Arlington, VA 22202
T: 720.231.4899