The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON ET AL., <br><br> Defendants. | No. 3:23-cv-05364 <br><br> CLARK COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> Noting Date: May 26, 2023 |

COMES NOW Defendants, Prosecutor Anthony Golik and Sheriff John Horch (hereinafter "Clark County Defendants"), by and through their attorneys of record, ANTHONY GOLIK, Prosecuting Attorney, and LESLIE A. LOPEZ, Chief Civil Deputy Prosecuting Attorney and AMANDA M. MIGCHELBRINK, Senior Deputy Prosecuting Attorney, and file this response to Plaintiff's Motion for Preliminary Injunction.

Substitute House Bill 1240 was signed by Washington State Governor Jay Inslee on April 25, 2023, taking effect immediately. This new law prohibits the sale or manufacturing of assault weapons in Washington State. On the same day, the Plaintiffs filed a complaint challenging the constitutionality of the newly enacted law. See Docket No. 1. On May 5, Plaintiffs filed this motion for preliminary injunctions. Docket No. 10.

CLARK COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1 of 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE)  /  (564) 397-2184 (FAX)

The Plaintiffs' process server contacted the Chief Civil Deputy Prosecuting Attorney, inquiring about service for the Clark County Defendants. Exhibit 1, Declaration of Leslie A. Lopez. Those Defendants did waive service of the complaint on May 10, 2023 and the process server delivered the complaint, the preliminary injunction, and service waiver forms. *Id*. On May 11, 2023, Plaintiffs' counsel sent an email to the Clark County Defendants' Counsel, advising her that he had filed a preliminary injunction against the Clark County Defendants. *Id*. Because Plaintiffs noted the motion for May 26, 2023, Plaintiffs did not timely serve the Clark County Defendants pursuant to LCR 7 (d). Regardless, the Clark County Defendants do not take a position on the Plaintiffs' motion for preliminary injunction.

Dated May 22, 2023.

*s/ Leslie A. Lopez*
Leslie A. Lopez, WSBA #46118
Chief Civil Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division
PO Box 5000
Vancouver WA  98666-5000
   Tele:   (360) 397-4755
   Email:  leslie.lopez@clark.wa.gov

*s/ Amanda Migchelbrink*
Amanda M. Migchelbrink, WSBA #34223
Senior Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division
PO Box 5000
Vancouver WA  98666-5000
   Tele:   (360) 397-4764
   Email:  amanda.migchelbrink@clark.wa.gov

*Attorneys for Defendants, John Horch and Tony Golik*

CLARK COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 2 of 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE)  /  (564) 397-2184 (FAX)

# CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joel B. Ard
Ard Law Group PLLC
PO Box 11633
Bainbridge Island WA  98110
joel@ard.law
*Attorney for Plaintiffs*

Christine M. Palmer
Kitsap County Prosecuting Attorney
614 Division St. MS-35A
Port Orchard, WA 98366
cmpalmer@kitsap.gov
*Attorney for John Gese and Chad M. Enright*

Lyndsey Marie Downs
Margaret Duncan
Snohomish County Prosecuting Attorney
3000 Rockefeller Avenue, M/S 504
Everett WA  98201
lyndsey.downs@co.snohomish.wa.us
margaret.duncan@co.snohomish.wa.us
*Attorneys for Defendant Adam Fortnoy and Jason Cummings*

Zachary J. Pekelis
Kai A. Smith
Meha Goyal
Pacifica Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
Zach.Pekelis@pacificalawgroup.com
Kai.Smith@pacificalawgroup.com
Meha.Goyal@pacificalawgroup.com
*Attorneys for Intervenor-Defendant Alliance for Gun Responsibility*

R. July Simpson
William McGinty
Andrew W. Hughes
Kristin Beneski
Attorney General
1125 Washington Street SE
PO Box 40100
Olympia WA  98504-0100
rjulys@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
*Attorneys for Defendants Robert Ferguson and John R. Batiste*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

CLARK COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 3 of 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE)  /  (564) 397-2184 (FAX)

| | |
|---|---|
| Clayton Myers<br>Kittitas County Sheriff's Office<br>307 W Umptanum RD<br>Ellensburg, WA  98926<br>*Defendant* | Gregory L. Zempel<br>Kittitas County Prosecuting Attorney<br>205 W 5th Ave, Suite 213<br>Ellensburg, WA  98926<br>*Defendant* |

Dated May 22, 2023.

                                          *s/ Nichole Carnes*
                                      Nichole Carnes, Legal Assistant

CLARK COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 4 of 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE)  /  (564) 397-2184 (FAX)