Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON ET AL., <br><br> Defendants. | No. 3:23-cv-05364 <br><br> DECLARATION OF LESLIE A. LOPEZ IN SUPPORT OF CLARK COUNTY DEFENDANTS' RESPONSE TO PRELIMINARY INJUNCTION <br><br> Noting Date: May 26, 2023 |

I, Leslie A. Lopez, declare and state as follows:

1. I am over the age of eighteen years and am competent to testify. I make this declaration based upon my personal knowledge.

2. I am the Chief Civil Prosecuting Attorney, and I am the lead attorney who handles and manages civil matters for the Clark County Prosecuting Attorney's Office.

3. On May 8, 2023, I was contacted by a process server regarding this underlying matter. He asked if the Clark County Defendants would waive service. Ultimately, the defendants did agree to waive service on May 10, 2023.

4. I received the case documents from the process server on May 10, 2023, which included the complaint, the motion for preliminary injunction, and the waiver forms.

DECLARATION OF LESLIE A. LOPEZ IN SUPPORT OF CLARK COUNTY DEFENDANTS' RESPONSE TO PRELIMINARY INJUNCTION - 1 of 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

5.  Plaintiffs' counsel contacted me on May 11, 2023, and provided me with all of the documents related to the motion for preliminary injunction.

I declare under the penalty of perjury, according to the laws of the State of Washington, that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 22nd day of May, 2023, in Vancouver, Washington.

*s/ Leslie A. Lopez*
Leslie A. Lopez

DECLARATION OF LESLIE A. LOPEZ IN SUPPORT OF CLARK COUNTY DEFENDANTS' RESPONSE TO PRELIMINARY INJUNCTION - 2 of 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

# CERTIFICATE OF SERVICE

I hereby certify that on May 22nd, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Joel B. Ard<br>Ard Law Group PLLC<br>PO Box 11633<br>Bainbridge Island WA  98110<br>joel@ard.law<br>*Attorney for Plaintiffs* | Christine M. Palmer<br>Kitsap County Prosecuting Attorney<br>614 Division St. MS-35A<br>Port Orchard, WA 98366<br>cmpalmer@kitsap.gov<br>*Attorney for John Gese and Chad M. Enright* |
| Lyndsey Marie Downs<br>Margaret Duncan<br>Snohomish County Prosecuting Attorney<br>3000 Rockefeller Avenue, M/S 504<br>Everett WA  98201<br>lyndsey.downs@co.snohomish.wa.us<br>margaret.duncan@co.snohomish.wa.us<br>*Attorneys for Defendant Adam Fortnoy and Jason Cummings* | Zachary J. Pekelis<br>Kai A. Smith<br>Meha Goyal<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Zach.Pekelis@pacificalawgroup.com<br>Kai.Smith@pacificalawgroup.com<br>Meha.Goyal@pacificalawgroup.com<br>*Attorneys for Intervenor-Defendant Alliance for Gun Responsibility* |
| R. July Simpson<br>William McGinty<br>Andrew W. Hughes<br>Kristin Beneski<br>Attorney General<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia WA  98504-0100<br>rjulys@atg.wa.gov<br>William.McGinty@atg.wa.gov<br>Andrew.Hughes@atg.wa.gov<br>*Attorneys for Defendants Robert Ferguson and John R. Batiste* | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

DECLARATION OF LESLIE A. LOPEZ IN SUPPORT OF CLARK COUNTY DEFENDANTS' RESPONSE TO PRELIMINARY INJUNCTION - 3 of 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

| | |
|---|---|
| Clayton Myers<br>Kittitas County Sheriff's Office<br>307 W Umptanum RD<br>Ellensburg WA  98926<br>*Defendant* | Gregory L. Zempel<br>Kittitas County Prosecuting Attorney<br>205 W 5th Ave, Suite 213<br>Ellensburg WA  98926<br>*Defendant* |

Dated May 22nd, 2023.

           *s/ Nichole Carnes*
           Nichole Carnes, Legal Assistant

DECLARATION OF LESLIE A. LOPEZ IN SUPPORT OF CLARK COUNTY DEFENDANTS' RESPONSE TO PRELIMINARY INJUNCTION - 4 of 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)