The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; AND FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; et al.<br><br>Defendants. | NO. 3:23-cv-05364-RJB<br><br>[PROPOSED] ORDER GRANTING SNOHOMISH COUNTY DEFENDANTS FORTNEY AND CUMMINGS MOTION TO DISMISS PLAINTIFFS' 42 U.S.C. § 1983 AND 42 U.S.C. § 1988 CLAIMS AND DAMAGES |

Snohomish County Defendants Adam Fortney and Jason Cummings having filed a Motion to Dismiss Plaintiffs' 42 U.S.C. §1983 and 42 U.S.C. §1988 claims and damages in this matter, and the Court being fully advised and having examined the records and files herein, does hereby find and **ORDER**:

1.  Snohomish County Defendants Adam Fortney and Jason Cummings' Motion to Dismiss Plaintiffs' 42 U.S.C. § 1983 and 42 U.S.C. § 1988 claims and damages is **GRANTED**;

[PROPOSED] ORDER GRANTING SNOHOMISH COUNTY DEFENDANTS FORTNEY AND CUMMINGS MOTION TO DISMISS PLAINTIFFS' 42 U.S.C. § 1983 AND 42 U.S.C. §1988 CLAIMS AND DAMAGES 3:23-cv-05364-RJB

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

2.  All claims and requests for relief brought by Plaintiffs against Defendants Adam Fortney and Jason Cummings pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988 are dismissed with prejudice.

DATED this _____ day of _____, 2023.

_____
HON. ROBERT J. BRYAN
United States District Court Judge

*Presented by:*

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By:  *s/Lyndsey M. Downs*
LYNDSEY M. DOWNS, WSBA #37453
MARGARET A. DUNCAN, WSBA #47876
Deputy Prosecuting Attorneys
Snohomish County Prosecutor's Office-Civil Division
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201-4060
Phone: 425.388.6330 / Fax: 425.388.6333
Lyndsey.downs@co.snohomish.wa.us
Margaret.duncan@co.snohomish.wa.us
*Counsel for Defendants Adam Fortney and Jason Cummings*

[PROPOSED] ORDER GRANTING SNOHOMISH COUNTY DEFENDANTS FORTNEY AND CUMMINGS MOTION TO DISMISS PLAINTIFFS' 42 U.S.C. § 1983 AND 42 U.S.C. §1988 CLAIMS AND DAMAGES 3:23-cv-05364-RJB

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION**
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333