The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; AND FIREARMS POLICY COALTION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; et al.<br><br>Defendants. | NO. 3:23-cv-05364-RJB<br><br>DEFENDANTS JASON CUMMINGS AND ADAM FORTNEY'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

**RESPONSE**

This case presents the issue of whether Substitute House Bill 1240 ("SHB 1240") is constitutional. Snohomish County Sheriff Adam Fortney and Snohomish County Prosecuting Attorney Jason Cummings ("Snohomish County Defendants") have been named as Defendants in their official capacities because their respective offices possess the legal authority to enforce the criminal laws of Washington State and/or prosecute violations of those criminal laws. *See* RCW 36.28.010 and RCW 36.27.020; Dkt. 1, ¶¶21, 25. Snohomish County Defendants do not

DEFENDANTS CUMMINGS AND FORTNEY'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

take a position on whether SHB 1240 is constitutional.[1] However, to the extent relevant to the Court's consideration of Plaintiffs' Motion for Preliminary Injunction, Snohomish County Defendants supply the Court with the following facts and law.

In Washington, the offices of sheriffs and prosecuting attorneys are constitutional offices created by Article 11, § 5 of the Washington State Constitution (Amendment 12). Sheriffs' duties, including exercising law enforcement responsibilities, are outlined in RCW 36.28.010, while prosecuting attorneys' duties, including prosecuting violations of the law, are outlined in RCW 36.27.020. Sheriffs have discretion to determine how to prioritize and execute law enforcement functions and goals, while prosecuting attorneys have charging discretion. *See, e.g., Donaldson v. City of Seattle*, 65 Wn. App. 661, 672 (1992) ("Law enforcement must be vested with broad discretion to allocate limited resources among the competing demands."); *State v. Rice,* 174 Wn.2d 884, 901-904 (2012) ("a prosecutor's broad charging discretion is part of the inherent authority granted to prosecuting attorneys as executive officers under the Washington State Constitution.").

Plaintiff Brett Bass appears to be the only individual Plaintiff who resides in Snohomish County. *See* Dkt. 1, ¶10-12. Although Plaintiffs Second Amendment Foundation and Firearms Policy Coalition, Inc. allege they are bringing this action on behalf of their members who reside in the State of Washington, besides Plaintiff Bass, there are no allegations that any of these members reside in or otherwise have ties to Snohomish County. *See Id.*, ¶13-15. Additionally, Plaintiff Brett Bass has not alleged that Snohomish County Defendants have taken any steps to

---

[1] Snohomish County Defendants are named solely in their official capacities. Dkt. 1, ¶¶21, 25. Individual personal opinions about SHB 1240 are immaterial to this litigation.

DEFENDANTS CUMMINGS AND FORTNEY'S
RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION - 2
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

investigate or prosecute him and/or taken any steps to cause him to fear investigation or prosecution. Nor has he alleged any facts that would suggest he intends on engaging in any course of conduct in Snohomish County that would arguably violate SHB 1240.[2] *Id.*, ¶12.

Snohomish County Defendants defer to this Court regarding the constitutional issues presented in this case. Should the Court determine that SHB 1240 is constitutional, the Snohomish County Sheriff and Prosecuting Attorney maintain the discretionary authority to enforce the law and/or prosecute violations of law in Snohomish County.[3]

//
//
//
//
//
//
//
//
//
//
//

---

[2] Plaintiffs, individual and organizational, therefore lack standing to assert any claim against Snohomish County Defendants. *See, e.g., Thomas v. Anchorage Equal Rights Comm'n,* 220 F.3d 1134, 1139 (9th Cir. 2000); *Summers v. Earth Island Inst.,* 555 U.S. 488, 498 (2009). Additionally, Plaintiffs have failed to state a §1983 claim against Snohomish County Defendants as they have failed to adequately plead the elements for municipal liability. *See, e.g.,* Fed. R. Civ. P. 12(b)(6), *Monell v. Dep't of Soc. Servs. of City of New York,* 436 U.S. 658 (1978).

[3] To the extent the Court considers Plaintiffs' alternative request for summary judgment, Dkt. 10, p. 15, Snohomish County Defendants oppose such a request as to Plaintiffs' §1983 claims as Plaintiffs have failed to adequately plead any such claims. *See supra* n.1.

DEFENDANTS CUMMINGS AND FORTNEY'S
RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION - 3
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

I certify that this memorandum contains 579 words, in compliance with the Local Civil Rules.

DATED this 22nd day of May, 2023.

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By:   *s/Lyndsey M. Downs*
LYNDSEY M. DOWNS, WSBA #37453
MARGARET A. DUNCAN, WSBA #47876
Deputy Prosecuting Attorney
Snohomish County Prosecutor's Office
Civil Division
3000 Rockefeller Avenue, M/S 504
Everett, WA  98201
Ph: (425) 388-6330  /  Fax: (425) 388-6333
Lyndsey.downs@co.snohomish.wa.us
Margaret.duncan@co.snohomish.wa.us
*Counsel for Defendants Adam Fortney and Jason Cummings*

DEFENDANTS CUMMINGS AND FORTNEY'S
RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION - 4
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that on May 22, 2023, I caused to be served a true and correct copy of the foregoing document upon the parties listed by the method(s) indicated:

| | |
|---|---|
| Joel B. Ard<br>Ard Law Group, PLLC<br>P.O. Box 11633<br>Bainbridge Island, WA  98110<br>Joel@Ard.law<br>*Attorney for Plaintiffs* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Andrew R.W. Hughes<br>Andrew.hughes@atg.wa.gov<br>Kristin Beneski<br>Kristin.beneski@atg.wa.gov<br>R. July Simpson<br>July.simpson@atg.wa.gov<br>William McGinty<br>William.mcginty@atg.wa.gov<br>*Assistant Attorney Generals*<br>*For Bob Ferguson and John R. Batiste* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Christine M. Palmer<br>Senior Deputy Prosecuting Attorney<br>614 Division Street, MS-35A<br>Port Orchard, WA 98366-4676<br>Cmpalmer@kitsap.gov<br>*Attorney for Defendants*<br>*Chad M. Enright and John Gese* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

DEFENDANTS CUMMINGS AND FORTNEY'S
RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION - 5
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | |
|---|---|
| Kai A. Smith<br>Meha Goyal<br>Zachary J. Pekelis<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Kai.smith@pacificalawgroup.com<br>Meha.goyal@pacificalawgroup.com<br>Zach.pekelis@pacificalawgroup.com<br>*Attorneys for Proposed Intervenor-*<br>*Defendant Alliance for Gun Responsibility* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Derek A. Lee<br>Angus Lee Law Firm, PLLC<br>9105A NE Hwy 99, Suite 200<br>Vancouver, WA 98665<br>angus@angusleelaw.com<br>*For Amici Curiae Washington Gun Rights*<br>*and American Firearms Association* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Leslie A. Lopez<br>Amanda M. Migchelbrink<br>Clark County Prosecutor's Office<br>P.O. Box 5000<br>Vancouver, WA 98666-5000<br>Leslie.lopez@clark.wa.gov<br>Amanda.migchelbrink@clark.wa.gov<br>*Attorneys for Defendants*<br>*John Horch and Tony Golik* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. First Class Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 22nd day of May, 2023.

*s/Nikki Michel*_____
Nikki Michel, Legal Assistant

DEFENDANTS CUMMINGS AND FORTNEY'S
RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION - 6
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333