THE HONORABLE JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants. | NO. 3:23-cv-05364-RJB <br><br> DECLARATION OF CHRISTINE M. PALMER <br><br> NOTE ON MOTION CALENDAR: May 26, 2023 |

I, Christine Palmer, declare under penalty of perjury under the laws of the State of Washington and the laws of the United States that the following is true and correct:

1.  I am over the age of 18 and competent to testify to the matters set forth herein of which I have personal knowledge.

2.  I am a deputy prosecuting attorney for the Kitsap County Prosecuting Attorney's Office and I represent Defendants Chad Enright and John Gese in this matter.

3.  Defendants Gese and Enright were not served with the summons and complaint for this lawsuit until on or after May 3, 2023 when the service papers were served on my office. The service papers did not include a copy of Plaintiffs' motion for preliminary injunction. To my

DECLARATION OF CHRISTINE M. PALMER
(3:23-cv-05364-RJB) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

knowledge, Plaintiffs have never served Defendants Gese or Enright with a copy of this motion. My office only became aware of this motion sometime after my notice of appearance was entered, that is, sometime after May 9, 2023. While Defendants take no position on the preliminary injunction, Defendants wish to have more notice and sufficient notice before the Court considers a final trial on the merits.

Signed this 22nd day of May, 2023 in Port Orchard, Washington.

*/S/ Christine M. Palmer*
CHRISTINE M. PALMER

DECLARATION OF CHRISTINE M. PALMER
(3:23-cv-05364-RJB) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I certify that on May 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joel B Ard
Ard Law Group PLLC
PO Box 11633
Bainbridge Island, WA 98110
joel@ard.law

Lyndsey M. Downs
Margaret Duncan
Snohomish County Prosecutor's Office
3000 Rockefeller, M/S 504
Everett, WA 98201
lyndsey.downs@co.snohomish.wa.us
margaret.duncan@co.snohomish.wa.us

Andrew R.W. Hughes
Kristin Beneski
Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
andrew.hughes@atg.wa.gov
kristin.beneski@atg.wa.gov

R. July Simpson
William McGinty
Attorney General's Office
7141 Cleanwater Dr. SW/PO Box 40111
Olympia, WA 98504-0100
July.Simpson@atg.wa.gov
william.mcginty@atg.wa.gov

Amanda M. Migchelbrink
Leslie A. Lopez
Clark County Prosecutor's Office
P.O. Box 5000
Vancouver, WA 98666
amanda.migchelbrink@clark.wa.gov
leslie.lopez@clark.wa.gov

Derek A. Lee
Angus Lee Law Firm, PLLC
9105A NE HWY 99, Suite 200
Vancouver, WA 98665
angus@angusleelaw.com

Kai A. Smith
Meha Goyal
Zachary J. Pekelis
Pacifica Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
kai.smith@pacificalawgroup.com
meha.goyal@pacificalawgroup.com
zach.pekelis@pacificalawgroup.com

Trevor Burrus
2301 S June Street
Arlington, VA 22202
trevorburrus@gmail.com

SIGNED in Port Orchard, Washington this 22nd day of May, 2023.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA 98366
Phone: 360-337-7032

DECLARATION OF CHRISTINE M. PALMER
(3:23-cv-05364-RJB) – Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros