The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; AND FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,

Defendants.

NO. 3:23-cv-05364-RJB

DECLARATION OF ANDREW R.W. HUGHES IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

I, Andrew R.W. Hughes, declare as follows:

1. I am counsel for the State Defendants in the above captioned matter. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. Attached to this declaration as Exhibit A is a true and correct copy of an excerpt of the transcript of a September 23, 2022, scheduling conference in *Sullivan v. Ferguson*, No. 3:22-cv-5403-DGE (W.D. Wash.) (Dkt. # 71).

DECLARATION OF ANDREW HUGHES
NO. 3:23-cv-05364

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  I declare under penalty of perjury under the laws of the State of Washington that the
2  foregoing is true and correct.

4  DATED this 22 day of May, 2023 at Seattle, Washington.

*s/Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

DECLARATION OF ANDREW HUGHES
NO. 3:23-cv-05364

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 22nd day of May, 2023, at Seattle, Washington.

*s/ Andrew R. W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

DECLARATION OF ANDREW HUGHES
NO. 3:23-cv-05364

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744