1

2                                                          The Honorable Robert J. Bryan

3

4

5

6                        **UNITED STATES DISTRICT COURT**
                **FOR THE WESTERN DISTRICT OF WASHINGTON**
7                                    **AT TACOMA**

8    LAWRENCE HARTFORD; DOUGLAS              NO. 3:23-cv-05364-RJB
     MITCHELL; BRETT BASS; SPORTING
9    SYSTEMS VANCOUVER, INC.; SECOND         DECLARATION OF RYAN BUSSE IN
     AMENDMENT FOUNDATION, INC.; AND         SUPPORT OF STATE DEFENDANTS'
10   FIREARMS POLICY COALITION, INC.,        OPPOSITION TO MOTION FOR
                                             PRELIMINARY INJUNCTION
11                          Plaintiffs,

12              v.

13   BOB FERGUSON, in his official capacity as
     Washington State Attorney General, et al.,
14
                            Defendants.
15

16       I, Ryan Busse, declare as follows:

17       1.      I am over the age of 18, competent to testify as to the matters herein, and make

18   this declaration based on my personal knowledge. I am a former senior executive in the firearms

19   industry and the author of *Gunfight: My Battle Against the Industry that Radicalized America*

20   (New York: PublicAffairs, 2021).

21

22

23

DECLARATON OF RYAN BUSSE                        1              ATTORNEY GENERAL OF WASHINGTON
NO. 3:23-cv-05364                                                     Complex Litigation Division
                                                                      800 Fifth Avenue, Suite 2000
                                                                        Seattle, WA 98104-3188
                                                                            (206) 464-7744

1      2.     This declaration is based on my own personal knowledge and experience, and if

2  I am called to testify as a witness, I could and would testify competently to the truth of the matters

3  discussed in this declaration.

4               **I.      BACKGROUND AND QUALIFICATIONS**

5      3.     I was raised with firearms as an integral part of my life. I began shooting with

6  various guns as a young boy and continued to regularly use and study guns throughout my life

7  (I am now 53). After graduating college, I entered the firearms industry in 1992. I became a sales

8  executive in the firearms industry in 1995, and I spent more than 25 years in this role. While in

9  the industry, I developed innovative sales teams, maintained relationships with the largest

10  national retailers, and was responsible for worldwide sales of millions of firearms. I built a

11  dealer-direct sales network that included more than 2500 firearms dealers including locations in

12  all 50 states, and I regularly visited these dealers. In my job, I also studied and built sales

13  programs that relied on understanding the technical nature of most firearms available in the U.S.

14  market, including AR platform guns and other types of rifles. During my career, I played an

15  integral role in building one of the largest firearms companies in the United States, Kimber, and

16  I was nominated by shooting industry leadership many times for the SHOT Business "Shooting

17  Industry Person of the Year" Award. I served in an executive sales capacity as Vice President of

18  Sales until August 2020. While in the industry I served as an advisor to the United States Senate

19  Sportsmen's Caucus, and as the North American board chairman for Backcountry Hunters &

20  Anglers, a national wildlife conservation and hunting organization.

21      4.     I left the firearms industry because I was concerned about what I believed to be

22  irresponsible and dangerous marketing and sales practices. Since I left, I have served as an

23

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    advisor to the 2020 Biden presidential campaign, I have testified twice before the U.S. Congress

2    about the firearms industry and gun policy (before the House Committee on Oversight and

3    Reform and the Joint Economic Committee, respectively), I have been called to testify in closed

4    door briefings at the U.S. Senate, and I currently serve as a Senior Advisor to Giffords. I remain

5    a proud and active gun owner, outdoorsman, and advocate for responsible gun ownership. I have

6    provided expert witness testimony in *Miller v. Bonta*, No. 3:19-cv-01536-BEN-JLB (S.D. Cal.);

7    *Duncan v. Bonta*, No. 3:17-cv-1017-BEN-JLB (S.D. Cal.); *Oregon Firearms Federation Inc. v.*

8    *Oregon*, Case No, 2:22-cv-01815-IM (D. Or.); *National Association for Gun Rights v. City of*

9    *Highland Par, Illinois*, No. 1:22-cv-04774 (N.D. Ill.); *Brumback v. Ferguson*, No. 1:22-cv-

10   03093-MKD (E.D. Wash.), and *Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE (W.D. Wash.).

11                              **II.      OPINIONS**

12          5.       I have reviewed the pertinent Washington law which defines and governs the sale

13   of "Assault Weapons" and I am familiar with the history, features, and function of these guns.

14          6.       With regard to the opinions I offer below pertaining to the features and

15   characteristics of assault weapons or assault rifles, I focus on several prominent defining features

16   generally found on most such weapons regardless of platform. However, I pay particular

17   attention to AR-15 platform firearms and all such copies, duplicates or derivatives, because

18   firearms based on this particular platform are now by far the most prevalent assault weapons in

19   the United States and are therefore particularly illustrative of the issues in this case.

20          7.       Semiautomatic rifles, including AR and AK-platform rifles, as well as

21   semiautomatic pistols and shotguns, are capable of firing one shot per each pull of the trigger.

22   Each firearm is chambered for specific ammunition cartridges. Centerfire firearms are

23

1    chambered for specific centerfire cartridges, which have the primer (the component that ignites

2    the propellant) located in the center of the base of the cartridge case (as opposed to the rim of

3    the cartridge). Today's modern rimfire ammunition is almost always confined to small and less

4    powerful cartridges, such as the .22LR. Bullets fired from these cartridges are small and light

5    and move slower than almost all centerfire rifle ammunition. Rimfire chamberings are common

6    in youth and "beginner" hunting rifles because they are relatively quiet and inexpensive and have

7    low recoil. Conversely, modern centerfire ammunition requires a detonation of a primer in the

8    center of the cartridge (CENTERfire) and these cartridges are generally much more powerful

9    than rimfire cartridges. As an example, the .223, which is the most common AR-15 cartridge,

10   fires bullets at more than 3000 feet/second, whereas a rimfire cartridge typically propels bullets

11   at around 1100 feet/second. This increased centerfire velocity greatly increases the range and

12   lethality of centerfire cartridges.

13          8.      Most handgun cartridges are also now centerfire, and these cartridges generally

14   fire bullets much larger than rimfire cartridges, usually at velocities of between 800 and 1500

15   feet/second. Generally all AR-15 firearms are derivatives of the Armalite Rifle (AR) model 15,

16   which was originally designed for the United States Military in the late 1950s. The AR-15 was

17   specifically designed to satisfy clearly stated military requirements for an assault rifle. The AR-

18   15 incorporated features that achieved these requirements, which included: being lightweight,

19   easily portable, accurate, high-capacity-capable, low recoil, and fast-firing as these are the

20   features of an effective offensive weapon.

21          9.      The AR-15 was therefore adopted by the U.S. military in the early 1960s. The

22   standard cartridge for the AR-15 is a .223Rem (5.56 is NATO equivalent) which was selected

23

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364                                        4                    ATTORNEY GENERAL OF WASHINGTON
                                                                              Complex Litigation Division
                                                                              800 Fifth Avenue, Suite 2000
                                                                              Seattle, WA 98104-3188
                                                                              (206) 464-7744

1   by the military for very specific reasons. While it is commonly reported that the AR-15 is a "high

2   power" weapon, a singular .223 cartridge is not in fact "high power" compared to almost all

3   other hunting rifles that have been sold for more than a century in the United States. However,

4   it was the small size of the .223 and 5.56 cartridge that was particularly important to the military

5   because it allowed soldiers to greatly increase capacity in their rifles and magazines. Moreover,

6   smaller rounds weigh less, meaning that this also increased the number of extra rounds soldiers

7   could carry around.

8       10.     The bullets from these smaller and faster cartridges are very deadly at short and

9   medium ranges. These cartridge characteristics were selected because they result in a rifle that

10   can be high-capacity, accept loaded magazines which are easy to transport, and also be very easy

11   to fire repeatedly while staying on target. The reasoning for the military decision on this

12   chambering is summed up in this article from Business Insider: "The smaller rounds weighed

13   less, allowing troops to carry more ammunition into the fight. They also created less recoil,

14   making it easier to level the weapon back onto the target between rounds and making automatic

15   fire easier to manage. Tests showed that troops equipped with smaller 5.56 mm rounds could

16   engage targets more efficiently and effectively than those firing larger, heavier bullets."[1]   This

17   is why AR-15 and AK-47 platform weapons remain the assault weapon of choice for military

18   operations in short and medium range scenarios where repeated, high volume and accurate

19   offensive shooting is desired.

20       11.     While most assault rifles today are designed to fire .223 or 5.56 cartridges for

21   _____

22       [1] Alex Hollings, *The US military has been using the 5.56 mm round for nearly 60 years – here's how it all got started*, Business Insider, June 29, 2022, https://www.businessinsider.com/why-did-us-military-switch-from-762mm-round-to-556mm-2019-9   (last visited Jan. 27, 2023) (Story on background of AR-15 and chambering history).

23

1  reasons discussed above. Some are designed to fire more powerful rifle cartridges such as

2  .300Win., .277Fury, 6.5CM, .308Win., and many others. Chamberings such as these are

3  generally selected for longer-range engagements where low recoil and quick target engagement

4  are not as important. Rifles using these more powerful cartridges are much more difficult to

5  control during short and medium range rapid fire but are far more effective at penetrating helmets

6  and bulletproof vests, especially at longer ranges (up to 1000 yards).

7       12.    The AR-platform, in particular, is the civilian version of the military's select-fire

8  M-16 and M-4 rifles, which are capable of fully automatic or burst firing. Based on my

9  familiarity with the firearms industry, AR-platform rifles and similar semiautomatic rifles did

10 not begin to sell in significant numbers until the late 2000s and particularly after the 2012

11 shooting at Sandy Hook Elementary in Newtown, Connecticut.

12      13.    During the mid-2000s, and especially after Sandy Hook, the firearms industry

13 shifted towards marketing efforts specifically focused on developing the "tactical market." In

14 the industry, the term "tactical" generally refers to weapons and accessories that are meant for

15 offensive military or law enforcement operations. This market now generally includes AR-15s,

16 battle pistols and other handguns from various manufacturers and accessories such as bullet

17 proof vests and a wide variety of large capacity magazines.

18      14.    Here are two images which illustrate the dramatic transition in the gun industry

19 from the time when tactical guns were not accepted or normalized to the current when they are

20 a central business focus. The first is an image of the 2001 Smith and Wesson annual product

21 catalog cover in which a traditional revolver is featured, the second is the 2019 Smith and

22 Wesson catalog cover on which the Smith and Wesson M&P15 pistol and rifle are also featured

23

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364                                    6                 ATTORNEY GENERAL OF WASHINGTON
                                                                            Complex Litigation Division
                                                                            800 Fifth Avenue, Suite 2000
                                                                              Seattle, WA 98104-3188
                                                                                  (206) 464-7744

1  prominently. Neither of those additional "tactical" firearms existed in 2001:

2      15.    The AR-platform, in particular, is the civilian version of the military's select-fire

3  M-16 and M-4 rifles, which are capable of fully automatic or burst firing. Based on my

4  familiarity with the firearms industry, AR-platform rifles and similar semiautomatic rifles did

5  not begin to sell in significant numbers until the late 2000s and particularly after the 2012

6  shooting at Sandy Hook Elementary in Newtown, Connecticut.




15      16.    While the AR-15 and its derivatives are by far the most common assault-style

16  rifles in the United States, there are many other firearms that share the same purpose and

17  generally have the same defining features, including the ability to accept large capacity

18  magazines. Those firearms include firearms utilizing all or part of the AK-47 platform as well

19  as many others. The original patent for the gas operating system central to the AR-15 being

20  rapidly fired with minimal recoil expired in 1977,[2] which subsequently allowed the engineering

21

22  _____

23      [2]  Gas  Operated  Bolt  and  Carrier  System,  U.S.  Patent  No.  2,951,424  (accessible  at
https://patents.google.com/patent/US2951424A/en)

1    prints for the AR-15 to be publicly available to all firearms companies.

2        17.    From that point forward, there could have been a large-scale, immediate, and

3    legal proliferation of direct copies of these rifles and other high capacity semi-automatic guns

4    into the United States commercial market. But that did not happen, at least not until nearly two

5    decades later. In fact, when I first started my work in the gun industry in the 1990s, assault

6    weapons such as AR-15s and the 30-round magazines we see in advertising and mass shootings

7    today, were not common, and within the gun industry the acceptance or promotion of this product

8    category was thought to be irresponsible and potentially dangerous.

9        18.    This former self-imposed industry "regulation" about assault rifles and large

10   capacity magazines was publicly voiced by William B. Ruger, the widely revered founder of

11   Sturm Ruger, which is now one of the largest companies in the industry. During an interview

12   with Tom Brokaw, he stated what was common industry consensus: "No honest man needs more

13   than 10 rounds in any gun." Ruger went on to clarify what most industry executives believed to

14   be wise policy: "I never meant for simple civilians to have my 20 or 30 round magazines."[3]  For

15   decades, opinions like that of William Ruger were reinforced throughout the industry in

16   hundreds of large and small ways and this sentiment was still very prevalent when I entered the

17   industry in 1995. Almost everyone I encountered believed that AR-15s were military assault

18   weapons and the large capacity magazines which often accompanied these weapons were

19   dangerous and were not to be sold or displayed to the civilians.

20       19.    During the period between 1964 and 1994, first for Colt, and then also for all

21

22   ───────────────
     [3] *Magazine limits were first proposed by Connecticut gun maker*, Connecticut Magazine (April 1, 2013),
     https://www.nhregister.com/connecticut/article/Magazine-limits-were-first-proposed-by-11435654.php

23   (Last Viewed Feb 1 2023) (Article on William Ruger's position on LCMs).

1  companies who produced the guns after Colt's patent sunset, commercial AR-15 sales averaged

2  fewer than 27,000 units per year for a total of about 787,000 units in the 30-year period 1964

3  1994.[4] As an example of the rarity of assault weapons in the firearms industry during those years,

4  consider that in 1990, there were about 4.4 million guns sold in the United States. (total reported

5  U.S. production + total imports - total exports)[5,6,7] According to the NSSF, 74,000 of those were

6  assault weapons, which means that assault weapons were only 1.6% of 1990 domestic gun sales.

7      20.    Even after the federal legislation expired, the gun industry did not immediately

8  begin producing or selling these guns in large numbers. That is because there was a continued

9  general agreement by the vast majority of industry leaders that these guns, which were very

10  clearly designed for military-style, offensive (i.e., attacking) use, and related gun

11      paraphernalia—including virtually all large capacity magazines, which were generally

12  also considered to be for military-style, offensive use—would not be displayed at trade shows

13  or used at industry-sponsored shooting events.

14      21.    This is why until well into the mid-2000s, the industry would not allow any

15  company to display any "tactical" gear in the main section of the largest industry trade shows

16  like S.H.O.T. (the Shooting Hunting Outdoor Trade show which is governed by NSSF). At that

17

18

---

[4]    Estimating    AR-15    Production,    1964-2017    (Nov.    9,    2019), http://www.generalstaff.org/Firearms/Count/AR15_Production.htm (last visited Jan. 12, 2023) (compiling data from the Bureau of Alcohol Tobacco, *Firearms & Explosives' Annual Firearms Manufacturing and Export Reports*, among other sources).

[5] Bureau of Alcohol, Tobacco, Firearms and Explosives, *Firearms Commerce in the United States: Annual Statistical Update 2021* at 1–2, https://www.atf.gov/firearms/docs/report/2021-firearms-commerce-report/download (Exhibits 1–1a).

[6] Total firearms imported by year, Statista, https://www.statista.com/statistics/215569/number-of-imported-firearms-to-the-us/

[7] Total firearms exported by year, Statista, https://www.statista.com/statistics/215569/number-of-imported-firearms-to-the-us/

DECLARATON OF RYAN BUSSE            9            ATTORNEY GENERAL OF WASHINGTON
NO. 3:23-cv-05364                                 Complex Litigation Division
                                                800 Fifth Avenue, Suite 2000
                                                 Seattle, WA 98104-3188
                                                 (206) 464-7744

1    time, in order to enter the special Military and Law Enforcement section of the S.H.O.T show,

2    where this tactical gear was displayed, an attendee was required to present verified military or

3    law enforcement identification credentials. These rules were enforced by the industry because it

4    was universally accepted that firearms designed for tactical or "assault" purposes deserved this

5    special regulation or voluntary responsibility.

6    22.    This formerly understood voluntary prohibition also extended to the many gun

7    stores and all of the largest sporting goods retailers in the country. Almost none of which would

8    sell or display assault weapons or AR-15s or AK-47s in their stores until the mid-2000s. This

9    remained true as late as 2006. It was not until very recently that the gun industry began to push

10   AR-15s, LCMs, and other assault-style guns, leading to the more prominent marketing we see

11   today.

12   23.    The below table of data compiled by the National Shooting Sports Foundation

13   (NSSF), the firearms industry trade group, clearly illustrates that sales of such guns (MSR, AR

14   15 and AK-47) have increased dramatically. In 2020, assault weapons comprised 12.2% of total

15   gun sales, seven times higher than the 1990 percentage. In numeric terms sales have increased

16   by nearly 4000% from 1990 until now, despite the fact that no federal, and few state restrictions

17   on such guns existed in 1990. (74,000 units in 1990 versus 2,798,000 in 2020):[8]

---

[8]   ATF   AMER,   US   ITC,   *Industry   Estimates*,   National   Shooting   Sports   Foundation, https://www.nssf.org/wp-content/uploads/2022/07/EstMSR1990_2020.pdf (last visited Jan. 12, 2023).

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364

10

## Estimated Modern Sporting Rifles in the United States 1990 – 2020

| Year | US Production less exports of MSR/AR platform | US Import less exports of MSR/AR, AK platform | ANNUAL TOTAL |
|------|------|------|------|
| 1990 | 43,000 | 31,000 | 74,000 |
| 1991 | 46,000 | 69,000 | 115,000 |
| 1992 | 33,000 | 72,000 | 105,000 |
| 1993 | 62,000 | 226,000 | 288,000 |
| 1994 | 103,000 | 171,000 | 274,000 |
| 1995 | 54,000 | 77,000 | 131,000 |
| 1996 | 27,000 | 43,000 | 70,000 |
| 1997 | 44,000 | 81,000 | 125,000 |
| 1998 | 70,000 | 75,000 | 145,000 |
| 1999 | 113,000 | 119,000 | 232,000 |
| 2000 | 86,000 | 130,000 | 216,000 |
| 2001 | 60,000 | 119,000 | 179,000 |
| 2002 | 97,000 | 145,000 | 242,000 |
| 2003 | 118,000 | 262,000 | 380,000 |
| 2004 | 107,000 | 207,000 | 314,000 |
| 2005 | 141,000 | 170,000 | 311,000 |
| 2006 | 196,000 | 202,000 | 398,000 |
| 2007 | 269,000 | 229,000 | 498,000 |
| 2008 | 444,000 | 189,000 | 633,000 |
| 2009 | 692,000 | 314,000 | 1,006,000 |
| 2010 | 444,000 | 140,000 | 584,000 |
| 2011 | 653,000 | 163,000 | 816,000 |
| 2012 | 1,308,000 | 322,000 | 1,630,000 |
| 2013 | 1,882,000 | 393,000 | 2,275,000 |
| 2014 | 950,000 | 237,000 | 1,187,000 |
| 2015 | 1,360,000 | 245,000 | 1,605,000 |
| 2016 | 2,217,000 | 230,000 | 2,447,000 |
| 2017 | 1,406,000 | 158,000 | 1,564,000 |
| 2018 | 1,731,000 | 225,000 | 1,956,000 |
| 2019 | 1,679,000 | 169,000 | 1,848,000 |
| 2020 | 2,466,000 | 332,000 | 2,798,000 |
| TOTALS | 18,901,000 | 5,545,000 | 24,446,000 |

Source: ATF AFMER, US ITC, Industry estimates

24.     It is my experience that this proliferation is the result of a direct and purposeful industry marketing effort to assert that these guns are "common." In 2009, as part of this effort, the firearms industry through the NSSF, facilitated a public re-branding of assault rifles in an effort to make them more socially acceptable. As such, the NSSF broadly encouraged an industry-wide effort to rename such guns "Modern Sporting Rifles" or MSRs. This is not unlike the effort of Colt to market a "Sporting rifle" in previous decades, but unlike the failed marketing of Colt in the 1980s, beginning in the late 2000s the AR-15s were increasingly sold with LCMs

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364

11

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   and steadily "improved" in many functional areas that increase the lethality of a military assault

2   rifle.

3        25.    At the same time the NSSF was softening the public image of these weapons with

4   the MSR campaign, many individual assault rifle companies began to market the guns in ways

5   that dispensed with any attempt to pretend the guns were "sporting" firearms. Despite the fact

6   that the rifles and LCMs were not sporting guns, all industry members, including me, were

7   strongly encouraged to stop using the term "assault rifle" or even "tactical weapon" because

8   those terms were thought a too-transparent label that referenced offensive military assaults which

9   would therefore harm the public perception of such guns and decrease the sales of companies

10   that build them.

11        26.    The terms "Assault Rifle" and "Assault Weapon" were first used to describe the

12   German WW2 "Sturmgewehr"-44 rifle, which roughly translates to "Storm" or "Assault" rifle.[9]

13   The name was subsequently applied to many similar rifles in the coming decades including

14   dozens of models sold in the United States. Well into the 2000s, almost everyone I knew in the

15   industry used the terms "assault weapon" and "assault rifle." During my career, I personally

16   experienced the overt NSSF effort which sought to deflect away from that moniker by reframing

17   the origin of this terminology. This effort is still ongoing today and commonly referenced

18   industry instructions remain on the NSSF website: "If someone calls an AR-15 or other semi-

19   automatic rifle an "assault weapon," he or she either supports banning these firearms or does not

20   understand their function and sporting use, or both. Please correct them. "Assault weapon" is a

21

---

22        [9]  Aaron  Smith,  *The  Nazis'  assault  rifle  now  made  in  America*,  CNN Business
(June 29, 2016)  https://money.cnn.com/2016/06/29/smallbusiness/german-sturmgewehr-assault-rifle/index.html

23   (last viewed May 5, 2023) (CNN article on the derivation of the term "assault rifle").

DECLARATON OF RYAN BUSSE           12           ATTORNEY GENERAL OF WASHINGTON
NO. 3:23-cv-05364                                      Complex Litigation Division
                                                        800 Fifth Avenue, Suite 2000
                                                          Seattle, WA 98104-3188
                                                             (206) 464-7744

political term created by California anti-gun legislators to ban some semi-automatic rifles there in the 1980s."[10]

27.     The firearms industry openly referred to these and all similar weapons as "assault weapons" and "assault rifles" as late as 2008, as evidenced by this 2008 issue of Gun Digest, a publication which is commonly accepted in the industry as a prominent authority and advertising venue:[11]



---

[10] NSSF MSR marketing webpage https://www.nssf.org/msr/ (last visited Jan 20, 2023)
[11] One of many listing for archived issues of Gun Digest for sale from various resellers: https://www.amazon.com/Digest-Book-Assault-Weapons-Fifth/dp/087341778X (last visited Jan 30, 2023)

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364                               13            ATTORNEY GENERAL OF WASHINGTON
                                                                        Complex Litigation Division
                                                                          800 Fifth Avenue, Suite 2000
                                                                            Seattle, WA 98104-3188
                                                                                (206) 464-7744

1    28.    Since the late-2000s there has been a rapid increase in the number of companies

2    that manufacture and market versions of AR-15s, other similar assault weapons which are now

3    increasingly sold and marketed with LCMs. This has resulted in a transformation of the

4    marketplace from only a few AR-15 manufacturers in 2000, to several hundred AR-15/assault

5    rifle companies today. The list of AR-15 manufacturers now includes small, medium, and the

6    largest firearms companies in the United States, all of whom are striving to obtain market share

7    with derivatives of what is effectively the same product.

8    29.    This crowded marketplace has created a highly competitive environment

9    resulting in thousands of "continuous improvements" in AR-15-style firearms sold to the general

10   public as a way to encourage consumers to buy one rifle over another. Over time, these

11   improvements developed by various individual companies have generally been incorporated on

12   most rifles across the marketplace and the result are firearms that are almost universally more

13   accurate, more portable, and more specifically tailored to produce lethal outcomes.

14   30.    In my experience, most industry members commonly discuss the Heller decision

15   and openly discuss how to utilize the right to self-defense as established in that decision even if

16   many of the firearms being marketed are designed for offensive or tactical operations.

17   31.    Finally, because most industry members are aware of Heller and subsequent legal

18   decisions, they are savvy to the impact they can have on the marketplace. An illustrative example

19   of this industry-wide effort can be found in the mission statement of Palmetto Armory, which is

20   one of the largest retailers in the United States. Palmetto publicly partners with most of the

21   largest manufacturers and even hosts a large annual "gathering" which is supported and attended

22

23

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364                                    14                    ATTORNEY GENERAL OF WASHINGTON
                                                                            Complex Litigation Division
                                                                            800 Fifth Avenue, Suite 2000
                                                                            Seattle, WA 98104-3188
                                                                            (206) 464-7744

by leading industry companies.[12]  Palmetto's prominence is important because their well-known and openly-advertised mission, found in the image below, is not focused on self-defense or even profit, rather it is specifically focused on quickly establishing that certain guns and LCMs are "common" as mentioned in the Heller decision; "we want to sell as many AR-15 and AK-47 rifles as we can and put them into common use in America today."[13]



A.      **Features of AR15s and Other Assault Weapons and Their Necessity to Self Defense**

32.     While there is no universally accepted definition of "assault rifle," the term generally refers to a firearm that incorporates a set of physical features that increase the

---

[12] *See* https://palmettostatearmory.com/thegathering.html (last viewed March 21, 2023) (Website advertising Palmetto State Armory Industry "Gathering").
[13] Mission Statement, Palmetto State Armory, https://palmettostatearmory.com/about-psa.html (last viewed March, 22, 2023).

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   effectiveness of killing enemy combatants in offensive battlefield situations, usually in close and

2   medium-range warfare. This list of features generally includes, but is not limited to, the features

3   enumerated pertinent Washington law and includes pistol grips, semi-automatic or fully

4   automatic fire control systems, the capability to accept detachable magazines, folding or

5   telescoping stocks, and barrel shrouds.

6       33.     The AR-platform is highly modular, enabling owners to customize their rifles

7   with a variety of interchangeable components. Some components of a firearm are integral to its

8   operation, such as a trigger mechanism or barrel, and the firearm will not function properly

9   without them. But the particular components which qualify a weapon as an "assault weapon" if

10  it is equipped with them, are not integral to the basic operation of any firearm and are not

11  necessary to use a firearm effectively for self-defense or sporting purposes, such as hunting. I

12  address some of these features in the following points.

13      34.     **Pistol grip**. Pistol grips beneath the action of a rifle or shotgun are not necessary

14  to operate those weapons as designed. A pistol grip is a feature incorporated into some firearm

15  stocks or as a piece separate from the stock, that allows the shooter to control and aim the rifle

16  during periods of rapid fire. For many decades, non-pistol grip stock designs have been standard

17  on firearms such as Remington 870 shotguns which are widely accepted to be among the most

18  effective home defense guns ever built and which have been leading sellers in the firearms

19  market. Even on AR-15s and similar rifles, stocks that do not incorporate this feature are

20  currently sold in states such as California, and prominent, widely referenced firearms authorities

21  on these topics, such as www.caligunner.com, assess those options and the function of these

22  "compliant" (non-pistol grip) rifles in this manner: "Everyone has a preference on what looks

23

16

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

the 'best' but the top picks below are all *great functioning options*."[14]   As also noted on that website, while "[s]ome people that are critical of the featureless option complain of the aesthetics of the available options," "the overall function of the rifle is mostly maintained," and "several companies continue to innovate and provide new products that look decent and perform well considering the constraints of the law." While a pistol grip beneath the action of a rifle may be useful during military operations because it helps the shooter stabilize the weapon and reduce muzzle rise during rapid fire, a pistol grip is not necessary to operate a firearm safely in lawful self-defense situations.

35.   **Forward Grip, Foregrip, or Second Handgrip.** This feature is designed to aid in firearm stabilization during the rapid firing of assault rifles and assault pistols. The feature first gained prominence inside special operations military units where "cluttering" from accessories and extreme heat generated from the rapid firing of rifles were problems for troops in wartime situations. A concise description of the feature's first official origin is found in this firearms industry review from Lucky Gunner: "One of the items issued in this kit was a Knight's Armament vertical forward grip, and it was included in order to deal with the problem of the forward rails becoming too cluttered to hold correctly when the other accessories were mounted. It also retained the benefits of recoil control and heat mitigation that made it a popular feature on submachine guns."[15]   As this article details, forward grips can be an effective feature for

---

[14]   *2021 Featureless AR-15 Rifles: All You Need to Know!*, CaliGunner.com, https://caligunner.com/california-compliant-featureless-rifle/ (last visited Dec. 30, 2022)
[15]   Kyle Eggimann, *Stop Holding Your AR Like That*, Lucky Gunner (Aug. 7, 2014), https://www.luckygunner.com/lounge/how-to-hold-an-ar15-foregrip/ (last visited Jan. 10, 2023).

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   troops charged with fast and efficient killing of enemy combatants in warfare, but in my opinion,

2   they are not a necessary feature for self-defense.

3        36.   **Folding, telescoping, or thumbhole stock.** The stock is the part of a firearm that

4   allows it to be held at the shoulder for firing. A folding or telescoping stock can be collapsed to

5   shorten the length of the rifle (or extended to increase its length). A firearm does not need an

6   adjustable stock to operate as designed and can be equipped with fixed-length stocks instead.

7   Original rifles on which the currently existing and newly manufactured AR-15s are based, and

8   that were accepted by hundreds of thousands of military officers as their weapon of choice for

9   decades, did not incorporate a folding stock and no credible firearms authority I am aware of has

10   ever claimed that those firearms did not function effectively due to the lack of a folding stock.

11   Further, there are still non-folding stock options available today and all are sold and advertised

12   as fully functioning options for semiautomatic and bolt action rifles.

13        37.   **Barrel Shroud.** A barrel shroud wraps around the barrel of a rifle or pistol,

14   enabling the shooter to grasp the barrel during firing without burning the non-trigger hand as the

15   rifle heats up in rapid-fire and continuous-fire situations. A barrel shroud is not necessary to

16   operate a rifle or pistol as designed in self-defense situations.

17        38.   **Flash Suppressors, muzzle brakes, and muzzle compensators.** Muzzle brakes,

18   and compensators are devices added to the end of a firearm barrel that are designed to direct the

19   gas produced from firing in directions that result in reduced "felt recoil" and "muzzle rise."

20   These devices are therefore designed to aid the shooter in staying on target in extended rapid-

21   fire situations. Some of these devices are also commonly referred to as flash suppressors, which

22   are devices that are attached to the muzzle of a firearm to also reduce or redirect the flash when

23

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364

18

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   shooting. This feature is affixed to military rifles to redirect the light (muzzle flash) generated

2   from the burning of gasses while firing which reduces the prevalence of "night blindness" that

3   can develop during low-light firefights. A flash suppressor also disguises the origin of fire and

4   avoids detection by enemy forces but has marginal benefit in civilian self-defense situations,

5   even in low-light conditions. As evidence for the lack of self-defense necessity for this feature,

6   it is widely accepted that the most effective self-defense guns are handguns and home-defense

7   shotguns. These firearms also produce muzzle rise and muzzle flash just like an AR-15 (or other

8   assault rifles) and yet none require a "flash suppressor," "muzzle brake," or "compensator"

9   device to operate effectively in self-defense situations and I am not aware of any industry

10  authority or advertisement that has ever claimed that such a firearm will not function as designed

11  without such a device.

12       39.    **Detachable magazines.** Magazines are containers which hold ammunition in

13  spring-loaded preparation for feeding into the receiver of a firearm. Clips, while sometimes

14  confused with magazines, are different and can generally be described as small holding devices

15  that retain cartridges in preparation for faster loading into magazines. Magazines can either be

16  "fixed," meaning they are integral within the gun, or "detachable," meaning they are not

17  internally or permanently attached to the firearm. Many firearms, including some of the most

18  revered self defense firearms ever built, incorporate "fixed" magazines which means that these

19  containers are permanently affixed to or inside the firearm. Examples include most pump and

20  semiautomatic shotguns where a tubular magazine is affixed under the barrel. Magazines of this

21  sort can be temporarily or permanently "plugged" or shortened to regulate capacity. Many

22  rimfire rifles, including many semiautomatic designs, incorporate the same general fixed tubular

23

1    magazine design. Most lever-action rifles use the same sort of tubular magazine. Many bolt

2    action hunting rifles utilize a fixed "box magazine" design in which ammunition must be loaded

3    into the permanent "box" below the bolt, and then fed into the receiver from that magazine with

4    each cycle of the bolt. For "fixed magazine" firearms, in order to reload, the shooter must stop

5    shooting and reload the magazine one cartridge at a time before resuming shooting. Conversely,

6    detachable magazines enable a shooter to replace an empty or depleted magazine with a fresh

7    magazine to resume firing in a manner that is much faster than stopping to reload fixed

8    magazines. Unlike fixed magazines, detachable magazines can be preloaded and transported at

9    the ready with the gun, effectively greatly increasing the potential number of rounds fired in any

10   given period of time. For example, a component shooter with a common fixed-magazine bolt

11   action rifle may be able to accurately fire 15-20 rounds per minute with long pauses to reload

12   whereas a component shooter with an AR-15 and preloaded large capacity magazines can

13   accurately fire more than 100 rounds per minute with very short pauses to change magazines.

14   Detachable magazines may hold as many as 100 or more ammunition rounds but will also

15   function with a single round.

16       40.    It is my experience that magazines which limit capacity to as few as five rounds

17   are commonly available and are often legally mandated for hunting in many states. It is my

18   experience that even if large capacity magazines are available or sold with firearms today, all

19   firearms companies offer lower capacity options (often 10 round versions to comply with laws

20   in various states).

21       41.    Despite the recent proliferation of large capacity magazines, it is important to

22   note that there is no known firearm that requires a large-capacity magazine to function as

23

1   designed. By this I mean that all firearms that can accept a large-capacity magazine can also

2   accept a magazine that holds fewer rounds and still function precisely as intended. This is true

3   even of AR and AK platform rifles. Although many of these rifles are sold with a 30 round

4   magazine, the manufacturers all offer the optional purchase of 10 round or even lower capacity

5   magazines and could easily offer magazines limited to almost any given round count. There are

6   many pistols (such as the very popular Model 1911—which was the accepted defensive sidearm

7   of the U.S. Military for decades and is still one of the most widely owned guns in the United

8   States) that are built for magazines of eight rounds or less. Other widely popular guns such as

9   the Sig P938 are also designed to function with seven or eight round magazines and these guns

10  have been widely acclaimed by dozens of notable firearms industry experts as among the most

11  effective concealed carry/self-defense firearms on the market.[16]   While larger 10-plus round

12  magazines exist for these pistols, a smaller magazine (standard seven or eight round) is

13  considered preferable by almost all consumers because the physical size/profile of the shorter

14  magazine is easier to carry, shoot and conceal.

15      42. **Accessories to increase rate of fire.** It is also important to note that there are

16  accessories that are designed to modify a semi-automatic firearm in a manner that allows it to

17  fire at a rate that is nearly equal to that of a fully automatic firearm. These include bump stocks

18  (which are illegal in Washington), forced reset triggers, and binary triggers. Forced reset triggers

19  are aftermarket accessories which replace the standard trigger group and allow firearms to be

20  fired at a rate nearly equal to fully automatic firearms. They are easy to install and generally sell

21

22

23  _____

[16] Ben Findley, *Sig Sauer P938 Subcompact 9mm [FIREARM REVIEW]*, USA Carry (Dec. 29, 2021) https://www.usacarry.com/sig-sauer-p938-subcompact-9mm-review/ (last visited Jan. 10, 2023).

1   for between $300 and $500. Because of the debates as to the legality of these triggers, the

2   availability of these devices has been inconsistent. Binary Triggers are also aftermarket devices

3   that increase the potential rate of fire for many models of firearms including AR-15s and similar

4   rifles. Like forced reset triggers, these accessories replace the standard trigger group, are easy to

5   install and generally retail for between $300 and $500. Among the three devices discussed in

6   this section, binary triggers are the least controversial and therefore the most widely available.

7   These triggers essentially allow firing when the trigger finger of the shooter moves either

8   forward or backward and this results in a firearm that is capable of very high rates of fire.

9   According to United States Concealed Carry Association, "a 30-round magazine can be emptied

10  in about three seconds."  This means a competent shooter could fire between 400 and 600 rounds

11  per minute depending on magazine size. These triggers are widely available. Several models can

12  be found for sale at many retailers and on many websites. In my opinion none of these accessories

13  are applicable or desirable for self-defense.

14  **B.      Marketing of AR-15s and Similar "Assault Weapons"**

15         43.     Many of my opinions on these firearms and their histories are based directly on,

16  or reinforced by, the industry's own publicly available marketing. In other words, my opinions

17  are also the opinions of the industry itself. In the section that follows, I offer many pertinent

18  examples.

19         44.     The trend towards increased capacity and lethality is easy to see in AR-15s

20  especially when current rifles are compared to the assault rifles requested and then adopted by

21  the U.S. military or those sold by Colt 30 years ago. The commercially available AR-15s of

22  today are more reliable, more accurate, more ergonomic, and therefore more effective. This

23

1  trend of tactical "improvement" continues and is aggressively advertised each day by dozens of

2  firearms companies. For example, this is a typical marketing page[17] for an AR-15 manufacturer

3  in which a prominent company advertises the various ways in which its features "improve"

4  upon the basic AR-15 (additionally notice the large capacity magazine protruding in front of

5  the pistol grip):





17 https://danieldefense.com/daniel-dna  (last visited Jan. 10, 2023).

45.     The increase in the AR-15 market has also facilitated an increase in accessories availability for the AR-15 and similar firearms. These accessories are commonly referred to as "furniture" because they are items a rifle owner can add to the gun, just as a person would add furniture to personalize an apartment.

46.     Most AR-15s and similar firearms now incorporate features designed to accept one or more of dozens of accessories (furniture), all of which are designed and marketed to increase the effectiveness of the rifle in tactical battlefield situations.

47.     The list of accessories includes hundreds of LCM options, highly-effective electronic optics, more sensitive triggers, devices such as bump stocks and modified trigger systems that convert guns to near-fully-automatic rates of fire, forward and pistol grip options, tactical lights, laser-pointing devices, and many others. Almost none of these accessories were available to the United States military at the time of the rifle's adoption in the early 1960s, and in many cases, U.S. civilians can now outfit rifles in a manner more lethal than the rifles carried by the military. There are now hundreds of companies and retailers who encourage customers to make their rifles more effective by accessorizing. The following are examples of industry marketing efforts that illustrate this trend (*see* next page):[18]

///

---

[18] *Top 10 Black Guns AR Accessories*, Tactical Life (Dec. 5, 2013) https://www.tactical-life.com/gear/top-10-black-guns-ar-accessories/ (last visited Jan. 10, 2023); Eric Hung, *Best AR-15 Furniture & Accessories*, Pew Pew Tactical (Aug. 21, 2022), https://www.pewpewtactical.com/best-ar-15-furniture-accessories/ (last visited Jan. 10, 2023).

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364                                    24                    ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744




48.     The competitive AR-15/assault rifle marketplace has also resulted in manufacturers seeking to create new customers through professional, targeted marketing campaigns. Most of these campaigns overtly target young American males, such as this example from 2010:

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364

25

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

49.     The gun and LCMs advertised in this campaign (Bushmaster XM15 rifle) has been used by young men in notable mass shootings, including those in Sandy Hook, Connecticut, and Buffalo, New York.[19]

50.     It is sometimes argued that commercially available assault weapons are not offensive weapons of war. But this is regularly and directly contradicted by prevalent firearms industry AR-15 marketing that encourages potential customers to buy and deploy the same weaponry as elite Special Forces units of the U.S. military. It is my experience that most of these customers are young men. In other words, despite the "modern sporting rifle" claims, marketing within the firearms industry admits to, and capitalizes on, the AR-15-style weapons and large capacity magazines as offensive military weaponry sold to young men. Here is a notable example (*see* next page):

///

---

[19] F. Riehl, *Proof of Your Manhood – The Man Card from Bushmaster*, Ammoland (May 7, 2010), https://www.ammoland.com/2010/05/bushmaster-man-card/#axzz7q0HQao58 (last visited Jan. 10, 2023).

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744



51.     A version of the Daniel Defense rifle in this advertisement was the weapon used in the Uvalde, Texas, shooting.[20]

52.     Smith and Wesson's AR-15 variant is now widely reported to be the best-selling AR-15 in the United States. These rifles and their accompanying large capacity magazines have been used in notable mass shootings including in the Parkland, Florida, school shooting and in the Highland Park, Illinois, July 4th parade shooting. Smith and Wesson's primary customers

---

[20] Michael Daly, *Uvalde Shooter's Gunmaker Hypes 'Revolutionary' New Killing Machine*, The Daily Beast (Jun. 8, 2022, 5:18 AM) https://www.thedailybeast.com/uvalde-shooter-salvador-ramos-gunmaker-daniel-defense-hypes-revolutionary-new-killing-machine (last visited Jan. 10, 2023) (showing Daniel Defense advertisement).

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364

27

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

for this rifle are U.S. civilians who are generally not trained in military or police tactics nor monitored by military safety protocols, but the company's chosen name for this rifle—the M&P15, which means "Military and Police AR-15"—very directly trades on the concept that buyers of this rifle will be equipped with the same offensive rifles as trained military and police units.[21]  Here is an image of the rifle along with the conspicuous large-capacity magazine:



53.    An increasing number of smaller AR-15 manufacturers now regularly seek to grow their market by advertising in ways that depict young men with AR-15s inciting or engaging in armed urban warfare, such as in the below recent example from AR-15 maker Spike's Tactical, which encourages men to deploy their AR-15s (each one equipped with large

---

[21]  *Spec Sheet, M&P 15 Sport II Series*, Smith & Wesson, https://assets.contentstack.io/v3/assets/blt b61dcb3c40854cd9/blt1d654c3b1f9c4ce4/63b1d9077760ab1f00b00a3a/10202.pdf (last visited Jan. 10, 2023).

1  capacity magazine) in armed conflict across the United States:[22]



2
3
4
5
6
7
8

9  54.   Some AR-15 manufacturers now often seek to spur sales by depicting men

10  deploying their personal AR-15s and large capacity magazines in self-appointed armed offensive

11  vigilante actions, such as this advertising image supplied by the AR-15 maker Patriot Ordnance

12  Factory:[23]



13
14
15
16
17
18
19
20

21  ────────────────────────

22  [22] *Left-wing media outlets lose minds over gun ad, disregard basic rules of journalism*, Spikes Tactical (Jan. 11, 2018): https://www.spikestactical.com/press/left-wing-media-outlets-lose-minds-over-gun-ad-disregard-basic-rules-of-journalism/ (last visited Jan. 10, 2023).

23  [23] https://pof-usa.com/wallpapers/ (last visited Jan. 10, 2023).

55.    Many firearms companies now seek out, and celebrate placement of assault weapons in popular video games that are commonly played by children. The following is a notable example of an AR-15 company celebrating the placement of their gun into the Call of Duty Modern Warfare video game:[24]



56.    Some prominent AR-15 companies design and market their rifle models with specific suggested uses that bear obvious similarities to mass shooting events that have happened in U.S. urban environments such as the Pulse Nightclub, Las Vegas Concert Shooting, and the El Paso Walmart shooting. These campaigns typically do not reference self-defense and instead rely upon marketing assault rifles in offensive or "tactical" actions. Below is one relevant example from AR-15 maker Wilson Combat (*see* next page):[25]

///

---

[24] Ryan Busse, *The Gun Industry Created a New Consumer. Now It's Killing Us.*, The Atlantic (July 5, 2022) https://www.theatlantic.com/ideas/archive/2022/07/firearms-industry-marketing-mass-shooter/670621/ (last viewed Feb 1 2023)

[25] https://www.wilsoncombat.com/ar-calibers/224-valkyrie/super-sniper/ (last visited Jan. 10, 2023).

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744



57.     There are many AR-15 companies that combine the trends of continuous improvement, accessorization, and modern digital marketing to encourage potential customers to optimize their rifles through an online ordering process. Below is one such example.[26]  The official corporate name of this manufacturer further suggests the preferred use of their AR-15s is in offensive action from "rooftops," which is precisely how the shooter during the July 4th Highland Park, Illinois, parade deployed his AR-15 rifle and LCMs.

---

[26] https://rooftoparms.com/ (last visited Jan. 10, 2023).

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364

31

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

### III.   SUMMARY

58.    There may be arguments presented in this case that suggest that the assault weapons regulated by the Washington law have widespread and long-held sporting or self defense histories or that they have always been accepted and promoted by the firearms industry.

59.    It is my personal experience that these assertions are directly contradicted by both historical facts and industry marketing, both of which I experienced personally. These firearms were designed for and are often deployed as offensive or tactical weapons by police and military units.

60.    It is also my experience and opinion that the firearms regulated by this law are not necessary for self-defense.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 22 day of May, 2023, at Kalispell , Montana.

RYAN BUSSE

DECLARATON OF RYAN BUSSE
NO. 3:23-cv-05364

32

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1                              1.      **<u>DECLARATION OF SERVICE</u>**

2          I hereby declare that on this day I caused the foregoing document to be electronically

3 filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of

4 this document upon all counsel of record.

5          DATED this 22nd day of May, 2023, at Seattle, Washington.

6

7                                  *s/ Andrew R.W. Hughes*
                                 ANDREW R.W. HUGHES, WSBA #49515

8                                  Assistant Attorney General

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATON OF RYAN BUSSE           33           ATTORNEY GENERAL OF WASHINGTON
NO. 3:23-cv-05364                                   Complex Litigation Division
                                                      800 Fifth Avenue, Suite 2000
                                                       Seattle, WA 98104-3188
                                                         (206) 464-7744