# Exhibit D



Mass Shootings Resulting in Double-Digit Fatalities in American History (1776-2022)



Mass Shootings Resulting in Double-Digit Fatalities in American History (1949-2022)