# Exhibit B

EXHIBIT B

FIREARM HARDWARE RESTRICTIONS TABLE
(YEARS OF ENACTMENT)[1]

| STATE[2] | TRAP GUNS[3] | CONCEALED CARRY[4] | AUTOMATIC FIREARMS | SEMI-AUTOMATIC FIREARMS | AMMUNITION FEEDING DEVICES/ FIRING LIMITS |
|---|---|---|---|---|---|
| Alabama | | 1839, 1841 | | | |
| Alaska | | 1896 | | | |
| Arizona | | 1889 | | | |
| Arkansas | | 1820, 1837 | | | |
| California | | 1850, 1864 | 1927, 1933 | | 1927, 1933 |
| Colorado | | 1862 | | | |
| Connecticut | | 1890, 1923 | | | |
| Delaware | | 1852 | 1931 | | |
| District of Columbia | | 1857, 1871 | 1932 | 1932 | 1932 |
| Florida | | 1887 | 1913[5], 1933 | | |
| Georgia | | 1837 | | | |
| Hawaii | | 1913 | 1933 | | 1933 |
| Idaho | | 1909 | | | |
| Illinois | | 1881 | 1931 | 1931† | 1931 |
| Indiana | | 1820 | 1927, 1929 | | |
| Iowa | | 1882, 1887, 1897, 1929 | 1927 | | |
| Kansas | | 1901 | 1933 | | |
| Kentucky | | 1812, 1813 | | | |
| Louisiana | | 1813 | 1932 | 1932† | 1932 |
| Maine | | 1840 | | | |
| Maryland | 1910 | 1872 | 1927 | | |
| Massachusetts | | 1751 | 1927 | 1927 | 1927 |

| | | | | |
|---|---|---|---|---|
| Michigan | 1875, 1931 | 1887 | 1927, 1929 | 1927 |
| Minnesota | 1873, 1903 | 1881 | 1933 | 1933 |
| Mississippi | | 1878 | | |
| Missouri | 1891[6] | 1873 | 1929 | 1929 |
| Montana | | 1864, 1865 | | |
| Nebraska | | 1881 | 1929 | |
| Nevada | | 1881, 1925 | | |
| New Hampshire | 1915 | *[7] | | |
| New Jersey | 1771 | 1686 | 1927, 1934 | 1920, 1927 |
| New Mexico | | 1852, 1853 | | |
| New York | 1870[8] | 1891 | 1931, 1933 | |
| North Carolina | | 1792 | | 1917 |
| North Dakota | 1891, 1895 | 1895 | 1931 | 1931 |
| Ohio | | 1859 | 1933 | 1933 |
| Oklahoma | | 1890 | | |
| Oregon | 1925 | 1853 | 1933 | 1933 |
| Pennsylvania | | 1851 | 1929 | 1929 |
| Rhode Island | 1890, 1892 | 1893 | 1927 | 1927 |
| South Carolina | 1855, 1931 | 1880 | 1934 | 1934[†] |
| South Dakota | 1909 | 1877 | 1933 | 1933 |
| Tennessee | | 1821 | | |
| Texas | | 1870 | 1933 | 1933 |
| Utah | 1865, 1901 | 1877, 1888 | | |
| Vermont | 1884, 1912 | 1895, 1897 | 1923 | 1923 |
| Virginia | | 1794, 1838 | 1934 | 1934 |
| Washington | 1909 | 1881 | 1933 | 1933 |
| West Virginia | | 1870 | 1925 | |
| Wisconsin | 1872, 1921 | 1858 | 1929, 1933 | 1933 |
| Wyoming | | 1876 | 1933 | |

2

| Total Laws | 24 | 65 | 39 | 8–11 | 25 |

SOURCE: Duke Law, Duke Center for Firearms Law, Repository of Historical Gun Laws, https://firearmslaw.duke.edu/repository/search-the-repository/

† Ambiguous law that could apply to semi-automatic in addition to automatic firearms.

[1] Further research may yield additional laws regulating firearm hardware.

[2] In addition to state laws, this chart provides the year of enactment of local ordinances adopted within the states.

[3] Sometimes trap guns were also referred to as "infernal machines."

[4] These laws prohibited the concealed carrying of certain enumerated weapons or types of weapons. The early laws restricted general weapons carrying, whether concealed or open.

[5] "It shall, at any time, be unlawful to hunt wild game in Marion County with guns–known as Automatic guns."

[6] Chillicothe, Mo.: "George Dowell, a young farmer, was fined $50 under an old law for setting a trap-gun. Dowell set the gun in his corn-crib to catch a thief, but his wife was the first person to visit the crib and on opening the door was shot dead." "Shot by a Trap-Gun," South Bend Tribune, Feb. 11, 1891, https://bit.ly/3CtZsfk.

[7] Up to 2010, New Hampshire had this law on the books: "159:16 Carrying or Selling Weapons. Whoever, except as provided by the laws of this state, sells, has in his possession with intent to sell, or carries on his person any stiletto, switch knife, blackjack, dagger, dirk-knife, slung shot, or metallic knuckles shall be guilty of a misdemeanor; and such weapon or articles so carried by him shall be confiscated to the use of the state." In 2010, the law was amended when it enacted HB 1665 to exclude stilettos, switch knives, daggers, and dirk-knives. Compare N.H. Rev. Stat. § 159:16 with 2010 New Hampshire Laws Ch. 67 (H.B. 1665).

[8] New York City, NY: A burglar was killed by a gun-trap set by a shopkeeper at 301 East 23rd St. A jury concluded that the burglar's death was caused by the trap-gun. The article notes: "As there is a statute against the use of such infernal machines, which might cause loss of life to some innocent person, the jury censured

3

Agostino." After the verdict the man continued to be held under $2000 bail. "The Man Trap," The Buffalo Commercial, Nov. 1, 1870; from the N.Y. Standard, Oct. 29, 1870, https://bit.ly/3SDv2Nf.

4