# Exhibit H

## EXHIBIT H: BOWIE KNIFE LAWS BY TYPE

| STATE | No Concealed Carry | No Carry | Greater Criminal Penalty | Tax/Punish for Sale | Tax Ownership | No Sale to Barred Groups* | No brandish |
|---|---|---|---|---|---|---|---|
| Alabama | 1839,1841 1876,1879 | | 1837 | 1837,1897 | 1837,1867 | 1876 | |
| Alaska | | | | | | | |
| Arizona | 1893,1901 | 1889 | | | | | |
| Arkansas | 1875 | 1881 | 1871 | | | | 1855,1858 |
| California | 1896 | | | | | 1896 | |
| Colorado | 1862,1877 | 1881 | | | | | |
| Connecticut | | | | | | | |
| Delaware | | | | | | | |
| District of Columbia | 1871 | | | | | | |
| Florida | | | | 1838a | | | |
| Georgia | 1837***,1873 | | | 1837*** | | 1860 | |
| Hawaii | | 1852,1913 | | | | | |
| Idaho | 1909 | 1879 | | | | | |
| Illinois | 1876,1881 1883 | | | | | 1881 | |
| Indiana | | 1859 | | | | | |
| Iowa | 1882,1887 1900 | | | | | | |
| Kansas | 1862,1863 1887 | | | | | 1883 | |
| Kentucky | | | | | | 1859 | |
| Louisiana | 1855 | 1870 | | | | | |
| Maine | | | | | | | |
| Maryland | 1872,1884 1886,1890 | | | | | | |
| Massachusetts | | | | | | | |
| Michigan | 1891 | | | | | | |

| State | | | | | | |
|---|---|---|---|---|---|---|
| Minnesota | 1884 | | | | | |
| Mississippi | 1878,1896^ | | 1837,1838 | 1841** | | 1840 |
| Missouri | 1871,1883 1890,1897 | 1917,1923 | | | | |
| Montana | 1864 | | 1879 | | | |
| Nebraska | 1890,1899 | 1872 | | | | |
| Nevada | | | 1873 | | | |
| New Hampshire | | | | | | |
| New Jersey | | | | | | |
| New Mexico | 1859,1887 | | | | | |
| New York | | 1885 | | | | |
| North Carolina | 1879 | | | 1856,1858 | 1846b | |
| North Dakota | | | | | | |
| Ohio | 1859,1880 | | | | | |
| Oklahoma | 1890,1903 | 1890,1891 | | | | |
| Oregon | | | | | | |
| Pennsylvania | 1897 | | | | | |
| Rhode Island | 1893,1896 1908 | | | | | |
| South Carolina | | | | | | |
| South Dakota | | | | | 1923 | |
| Tennessee | 1838,1863 1867 | 1869,1881 1893 | 1838,1856 | 1838,1867 | 1856,1867 | |
| Texas | | 1871 | | | 1897 | |
| Utah | | 1877 | | | | |
| Vermont | | | | | | |
| Virginia | 1838,1867, 1887 | | 1838 | | | |
| Washington | | | | | | 1854,1859 1869 |
| West Virginia | 1870 | 1882,1891 1925 | | | | |
| Wisconsin | 1883 | | | | | |
| Wyoming | | | | | | 1884 |

Source:  https://firearmslaw.duke.edu/repository/search-the-repository/ unless otherwise noted.

*Barred groups included Native Americans/Indians, African Americans/Enslaved, minors.

#Table excludes laws that punish carry/use of "knives" or "sharp or dangerous weapons" but do not mention Bowie knives by name.

** 1841 Miss. Chap. 1, p. 52. See https://reason.com/volokh/2022/11/20/bowie-knife-statutes-1837-1899/

^ 1896 Miss. L. chap. 104, pp. 109-10. See https://reason.com/volokh/2022/11/20/bowie-knife-statutes-1837-1899/

***https://dlg.galileo.usg.edu/georgiabooks/pdfs/gb0439.pdf, pp. 210-211.

a 1838 Fla. Laws ch. 24, p. 36 (Feb. 10, 1838). See https://reason.com/volokh/2022/11/20/bowie-knife-statutes-1837-1899/

b 1846 N.C. L. chap. 42. See https://reason.com/volokh/2022/11/20/bowie-knife-statutes-1837-1899/