UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; and FIREARMS POLICY COALITION, INC,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County Washington; CLAYTON MYERS, in his official capacity as Sheriff for Kittitas County Washington; JOHN HORCH, in his official capacity as Sheriff for Clark County Washington; ADAM PORTNOY, in his official capacity as Sheriff for Snohomish County Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County Washington; GREG ZEMPEL, in his official capacity as County Prosecutor for Kittitas County Washington; TONY GOLIK, in his official capacity as County Prosecutor for Clark County Washington; and JASON CUMMINGS, in his official capacity as County Prosecutor for Snohomish County Washington,<br><br>Defendant(s). | NO. 3:23-cv-05364<br><br>**NOTICE OF APPEARANCE FOR DEFENDENTS GREG ZEMPEL AND CLAYTON MYERS** |

**NOTICE OF APPEARANCE HORNER**

P a g e | 1

**GREGORY L. ZEMPEL**
KITTITAS COUNTY PROSECUTOR
KITTITAS COUNTY COURTHOUSE - ROOM 213
ELLENSBURG, WASHINGTON 98926-3129
TELEPHONE 509 962-7520

TO: THE COURT CLERK; and

AND TO: JOEL B. ARD, Plaintiff's Counsel of Record

COMES NOW Defendants, Greg Zempel and Clayton Meyers and, without waiving defenses or objections, including those relating to personal jurisdiction, enter this appearance herein and request that all further papers and pleadings, exclusive of original process, be served upon the undersigned at the address below.

DATED this ____ day of May, 2023.

/s/ Christopher Horner
_____
CHRISTOPHER HORNER, WSBA #42152
Civil Deputy Prosecuting Attorney
Kittitas County, Washington
Room 213, Kittitas County Courthouse
205 West Fifth
Ellensburg, WA 98926
Telephone: (509) 962-7520
christopher.horner@co.kittitas.wa.us

NOTICE OF APPEARANCE HORNER

Page | 2

GREGORY L. ZEMPEL
KITTITAS COUNTY PROSECUTOR
KITTITAS COUNTY COURTHOUSE - ROOM 213
ELLENSBURG, WASHINGTON 98926-3129
TELEPHONE 509 962-7520