UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; and FIREARMS POLICY COALITION, INC,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County Washington; CLAYTON MYERS, in his official capacity as Sheriff for Kittitas County Washington; JOHN HORCH, in his official capacity as Sheriff for Clark County Washington; ADAM PORTNOY, in his official capacity as Sheriff for Snohomish County Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County Washington; GREG ZEMPEL, in his official capacity as County Prosecutor for Kittitas County Washington; TONY GOLIK, in his official capacity as County Prosecutor for Clark County Washington; and JASON CUMMINGS, in his official capacity as County Prosecutor for Snohomish County Washington,<br><br>Defendants. | No. 3:23-cv-05364<br><br>**CERTIFICATE OF SERVICE** |

The undersigned states as follows:

CERTIFICATE OF SERVICE – p.1

1. I am a citizen of the State of Washington, am over the age of 18 years, and am not a party to this action.

2. On May 25th, 2023, at Ellensburg, WA, I sent, via the Clerk of the Court using the CM/ECF system, one copy of the:

- **NOTICE OF APPEARANCE, and the**
- **CERTIFICATE OF SERVICE**

To the following individuals at the specified addresses,

Joel B. Ard
Ard Law Group PLLC
PO Box 11633
Bainbridge Island, WA 98110
Joel@Ard.law

Lyndsey M. Downs
Marget Duncan
Snohomish County Prosecutor's Office
3000 Rockefeller Ave, M/S 504
Everett, WA 98201
lyndsey.downs@co.snohomish.wa.us
margaret.duncan@co.snohomish.wa.us

R. July Simpson
William McGinty
Attorney General's Office
PO Box 40111
Olympia, WA 98504-0100
july.simpson@atg.wa.gov
William.mcginty@atg.wa.gov

Leslie A Lopez
Clark County Prosecutor's Office
PO Box 5000
Vancouver, WA 98666-5000
leslie.lopez@clark.wa.gov

Christine M. Palmer
Kitsap County Prosecutor's Office
614 Division Sr MS-35A
Port Orchard, WA 98366

Andrew W. Hughes
Attorney General's Office
800 Fifth Ave, Suite 2000
Seattle, WA 98104-3188
andrew.hughes@atg.wa.gov

by placing said copies in a sealed envelope with postage prepaid thereon.

I CERTIFY under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 25th, 2023, at Ellensburg, Washington.

_____
Christine Rice
Legal Assistant

CERTIFICATE OF SERVICE – p.2

**GREGORY L. ZEMPEL**
KITTITAS COUNTY PROSECUTOR
KITTITAS COUNTY COURTHOUSE
ELLENSBURG, WA 98926
TELEPHONE: 509-962-7520