HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE HARTFORD, *et al.*,<br><br>        Plaintiffs,<br><br> v.<br><br>BOB FERGUSON, et al.<br><br>        Defendants. | No. 3:23-cv-05364-RJB<br><br>DECLARATION OF ZACHARY J. PEKELIS IN SUPPORT OF ALLIANCE FOR GUN RESPONSIBILITY'S REPLY IN SUPPORT OF MOTION TO INTERVENE AS DEFENDANT<br><br>NOTE ON MOTION CALENDAR: MAY 26, 2023 |

  1. I am a partner at Pacifica Law Group LLP, and represent Proposed Intervenor-Defendant Alliance for Gun Responsibility (the Alliance) in this matter. I am over the age of 18, competent to testify, and make this declaration based on my personal knowledge.

  2. I also represent (or represented) the Alliance or its political committee in the following matters in which it successfully intervened as a defendant to defend Washington gun safety laws: *Banta v. Ferguson*, No. 2:23-CV-00112-MKD (E.D. Wash. May 19, 2023); *Brumback v. Ferguson*, No. 1:22-cv-03093-MKD (E.D. Wash.); *Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE (W.D. Wash.); *Mitchell v. Atkins*, No. 3:19-cv-05106 (W.D. Wash.); *Slone v. State*, No. 20-2-07296-1 (Pierce Cnty. Super. Ct.). In addition, I represent the Alliance's sister organization, the Oregon Alliance for Gun Safety (the Oregon Alliance), in cases in which the Oregon Alliance has

PEKELIS DECL. ISO ALLIANCE FOR GUN RESPONSIBILITY'S REPLY ISO MOTION TO INTERVENE AS DEFENDANT - 1
Case No. 3:23-cv-05364-RJB

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  successfully intervened to defend an Oregon gun safety law: *Oregon Firearms Fed'n, Inc. v. Kotek*, No. 2:22-cv-01815-IM (D. Or.); *Eyre v. Rosenblum*, No. 3:22-cv-01862-IM (D. Or.).

3. Attached as Exhibit A is a true and correct copy of the court's September 25, 2020 order granting intervention to the Alliance's political committee, Safe Schools Safe Communities, in *Slone v. State* (Pierce Cnty. Super Ct.).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26th day of May, 2023, at Seattle, Washington.

*s/ Zachary J. Pekelis*
ZACHARY J. PEKELIS, WSBA #44557

PEKELIS DECL. ISO ALLIANCE FOR GUN RESPONSIBILITY'S REPLY ISO MOTION TO INTERVENE AS DEFENDANT - 2
Case No. 3:23-cv-05364-RJB

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

Dated this 26th day of May, 2023.

_____
Erica Knerr

PEKELIS DECL. ISO ALLIANCE FOR GUN RESPONSIBILITY'S REPLY ISO MOTION TO INTERVENE AS DEFENDANT - 3
Case No. 3:23-cv-05364-RJB

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A



HONORABLE GRANT BLINN
Hearing Set: September 25, 2020
Time: 9:00 AM

FILED
DEPT. 8
IN OPEN COURT
SEP 25 2020
PIERCE COUNTY, Clerk
By_____ DEPUTY

SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

KERRY SLONE, a resident of the state of Washington, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,

Plaintiffs,

v.

STATE OF WASHINGTON,

Defendant,

No. 20-2-07296-1

[~~PROPOSED~~] ORDER GRANTING SAFE SCHOOLS SAFE COMMUNITIES' MOTION TO INTERVENE AS A DEFENDANT

THIS MATTER came before the Court on Safe Schools Safe Communities' (the "Campaign's") Motion to Intervene as a Defendant ("Motion"). The Court has considered the papers and pleadings filed herein, including the following:

1. The Campaign's Motion;

2. Declaration of Renee Hopkins in Support of the Motion, and exhibits thereto;

3. Declaration of Nicholas W. Brown in Support of the Motion, and exhibits thereto;

4. The Campaign's Answer to Plaintiffs' Complaint (Proposed);

5. Plaintiffs' Opposition and supporting declarations, if any;

6. The Campaign's Reply in Support of the Motion, if any;

[PROPOSED] ORDER GRANTING SAFE SCHOOLS SAFE
COMMUNITIES' MOTION TO INTERVENE AS A
DEFENDANT - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

7. _____

Based on the above, the Court ORDERS as follows:

1. The Campaign's Motion to Intervene as a Defendant is GRANTED.

Dated this 25th day of September, 2020.

_____
HONORABLE GRANT BLINN

*Presented by:*

PACIFICA LAW GROUP LLP

By  *s/ Gregory J. Wong*
    Gregory J. Wong, WSBA #39329
    Nicholas W. Brown, WSBA #33586
    Kai A. Smith, WSBA #54749

*Attorneys for Intervenor-Defendant Safe Schools Safe Communities*



FILED
DEPT. 8
IN OPEN COURT
SEP 2 5 2020
PIERCE COUNTY, Clerk
By_____ DEPUTY

[PROPOSED] ORDER GRANTING SAFE SCHOOLS SAFE COMMUNITIES' MOTION TO INTERVENE AS A DEFENDANT - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750