The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAWRENCE HARTFORD, DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; AND FIREARMS POLICY COALTION, INC.,

Plaintiffs,

vs.

BOB FERGUSON, in his official capacity as Washington State Attorney General; et al.

Defendants.

NO. 3:23-cv-05364-RJB

SNOHOMISH COUNTY DEFENDANTS FORTNEY AND CUMMINGS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' 42 U.S.C. §1983 AND 42 U.S.C. §1988 CLAIMS AND DAMAGES

NOTE ON MOTION CALENDAR:
June 16, 2023

## I.   REPLY

Plaintiffs challenge the constitutionality of SHB 1240 pursuant to 28 U.S.C. §§1651, 2201, and 2202, and 42 U.S.C. §1983 and §1988, as well as *Ex parte Young*, 209 U.S. 123 (1908). Dkt. 1, ¶8.[1] However, Plaintiffs' Complaint fails to allege any facts to suggest Defendants Fortney or Cummings ("Snohomish County Defendants"), either personally or

---

[1] *See also* Dkt. 1, pg 18, Cause of Action, A. and ¶88 (citing to 42 U.S.C. §1983). Despite these references in the complaint, Plaintiffs state they are not seeking damages under 42 U.S.C. §1983.

DEFENDANTS FORTNEY AND CUMMINGS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS - 1
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

through their roles as Snohomish County officials, engaged in a Second Amendment violation. Because these facts are necessary in any cause of action brought under 42 U.S.C. §1983, the Court should grant Snohomish County Defendants' motion to dismiss claims for relief under 42 U.S.C. §1983 and §1988 with prejudice.[2]

### A. Plaintiffs have failed to sufficiently plead any cause of action under 42 U.S.C. §1983 against the Snohomish County Defendants; the Court should therefore dismiss such claims.

"Official capacity" lawsuits under 42 U.S.C §1983 ("§1983") must include allegations sufficient to support a *Monell* claim. *See, e.g., Kentucky v. Graham*, 473 U.S. 159, 166 (1985) ("Thus, in an official-capacity suit the entity's 'policy or custom' must have played a part in the violation of federal law."). The requirement to satisfy *Monell* applies to actions under §1983 whether the actions are for damages or prospective relief. *Los Angeles County v. Humphries*, 562 U.S. 29, 39 (2010) (holding "that *Monell*'s 'policy or custom' requirement applies in § 1983 cases irrespective of whether the relief sought is monetary or prospective."). Plaintiffs concede that they "have not pleaded a claim under *Monell*." Dkt. 53, at 5. This concession is fatal to Plaintiffs' "official capacity" §1983 cause of action against Snohomish County Defendants and it must be dismissed.

In the absence of *Monell* allegations, Plaintiffs argue they can still proceed against Snohomish County Defendants under 42 U.S.C. §1983 because those officers have a duty to enforce state law and are therefore "representatives of the *state*." Dkt. 53, at 5. Plaintiffs rely on *Mitchell v. Atkins*, 387 F. Supp. 3d 1193, 1195 (W.D. Wash. 2019), to claim that county sheriffs

---

[2] From Plaintiffs' Response, it appears they misunderstand Defendants' Motion, in part. Defendants' Motion seeks dismissal of all claims for relief under 42 U.S.C. §1983 and §1988. The Motion does not address Plaintiffs' *Ex parte Young* or other claims.

DEFENDANTS FORTNEY AND
CUMMINGS' REPLY IN SUPPORT OF
THEIR MOTION TO DISMISS - 2
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

and prosecutors have a "direct duty" to enforce state law. Dkt. 53, at 5-6. *Mitchell* is distinguishable. In *Mitchell,* plaintiffs sought declaratory relief challenging amendments to Washington's gun control laws as unconstitutional, particularly a prohibition on sales to individuals under the age of 21. *Id.* at 1195. The suit was brought against the county sheriff and city police chief in their official capacities. *Id.*[3] Under the statute, a dealer could not deliver a pistol or semiautomatic assault rifle to a purchaser until the dealer delivered the purchaser's application to the local police chief or sheriff and waited for a response. *Id.* at 1200. The police chief or sheriff was required to deny the application if the purchaser was ineligible. *Id.* Thus, in *Mitchell* the sheriff or police chief had a "direct duty" to enforce the restrictions. *Id.* at 1200.[4]

In contrast, SHB 1240 does not dictate or direct a county sheriff or prosecutor's actions. Instead, enforcement of SHB 1240 falls within the county sheriff and prosecutor's broad discretion to determine the proper method and mechanism to enforce the law. How to enforce state law is "fundamental" to the office of sheriff, and it allows for significant discretion in deciding "how, when, and against whom to enforce the law." *Matter of Recall of Snaza*, 197 Wn.2d 104, 112-14, 480 P.3d 404 (2021). Similarly, an elected prosecutor has no "duty" to prosecute any particular crime. *State v. Rice*, 174 Wn.2d 884, 905, 279 P.3d 849 (2012). "The very concept of a locally elected 'prosecuting attorney' includes the core function of exercising broad charging discretion on behalf of the local community," and the state legislature cannot interfere with that core function. *Id.*

---

[3] In *Mitchell*, the court granted the County defendant's motion to dismiss the 42 U.S.C. §1983 claims against them.
[4] Plaintiffs' reliance on *Buffin v. California,* 23 F.4th 951 (9th Cir. 2022) is also misplaced as the sheriff in *Buffin* lacked discretion as it was "charged by state law with enforcing a state-mandated bail regime." *Id.* at 962.

DEFENDANTS FORTNEY AND
CUMMINGS' REPLY IN SUPPORT OF
THEIR MOTION TO DISMISS - 3
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

In the absence of any specific statutory duty, Plaintiffs' 42 U.S.C. §1983 claim appears to rely on a general allegation regarding the duty to enforce state law. "[A] generalized duty to enforce state law," however, does not subject a government official to §1983 liability. *Los Angeles Cty. Bar Ass'n v. Eu*, 979 F.2d 697, 704 (9th Cir. 1992); *see also Mitchell v. Atkins*, 387 F. Supp. 3d 1193, 1201 (W.D. Wash. 2019) (law enforcement entities' general obligation to apply the criminal code cannot make them liable in a §1983 action); *Surplus Store & Exch., Inc. v. City of Delphi*, 928 F.2d 788, 791–92 (7th Cir. 1991) (a policy of enforcing state law is not sufficient to ground liability against a municipality). Plaintiffs' §1983 allegations are generalized and, therefore, must be dismissed.

Additionally, while a county prosecutor may act as a state official *when performing the function* of criminal prosecutor, Plaintiffs do not allege that the Snohomish County prosecutor is engaging in this function here. *See Whatcom Cty. v. State*, 99 Wn. App. 237, 250, 993 P.2d 273 (2000) (county prosecutor is a "state official" when performing the function of criminal prosecutor). The determination regarding whether an official's action falls within a county or state function is a fact specific inquiry that requires the court to review the official's alleged action and state law. *See id*. at 243-46 (employing a two-part test to determine whether the County official was entitled to indemnification by the state); *McMillian v. Monroe County, Ala.*, 520 U.S. 781, 784-87, 117 S.Ct. 1734, 138 L.Ed.2d 1 (1997) (to determine whether an official is acting for the state, county, or city the court must examine the function the official is performing, and then define the official's functions under state law). The Complaint in this case, however, lacks any factual allegations related to Snohomish County Defendants' performance

DEFENDANTS FORTNEY AND CUMMINGS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS - 4
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

or conduct. Accordingly, there is no basis to find that the County Defendants have taken any action – much less acted in a representative capacity.

Plaintiffs' theory of liability is based solely on the existence of Snohomish County Defendants' generalized ability to enforce state law. The Court should dismiss Plaintiffs' §1983 claim against Snohomish County Defendants.

**B. Plaintiffs are not entitled to attorney's fees and costs under 42 U.S.C. §1988 because their §1983 claim fails as a matter of law.**

Curiously, despite claiming they are not seeking damages under 42 U.S.C. §1983, Plaintiffs assert they are entitled to attorney fees under 42 U.S.C. §1988. Under §1988, a court, in its discretion, may award "a reasonable attorney's fee" to "the prevailing party" in suits brought under §1983, and certain other statutes which are not applicable here. Because Plaintiffs have failed to articulate a cause of action under §1983 against the Snohomish County Defendants, they are not entitled to an award of attorney's fees under §1988.

## II.   CONCLUSION

Plaintiffs concede they are not bringing a *Monell* claim and have not alleged any personal participation or act by the Snohomish County Defendants resulting in any constitutional violation. As a result, Plaintiffs' claims for relief under 42 U.S.C. §1983 and §1988 against Defendants Fortney and Cummings should be dismissed with prejudice.

I certify this memorandum contains 1,263 words, in compliance with the Local Civil Rules.

DEFENDANTS FORTNEY AND CUMMINGS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS - 5
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

DATED this 9th day of June, 2023.

        JASON J. CUMMINGS
        Snohomish County Prosecuting Attorney

        By:  *s/Lyndsey M. Downs*
        LYNDSEY M. DOWNS, WSBA #37453
        MARGARET A. DUNCAN, WSBA #47876
        Deputy Prosecuting Attorney
        Snohomish County Prosecutor's Office
        Civil Division
        3000 Rockefeller Avenue, M/S 504
        Everett, WA  98201
        Ph: (425) 388-6330  /  Fax: (425) 388-6333
        Lyndsey.downs@co.snohomish.wa.us
        Margaret.duncan@co.snohomish.wa.us
        *Counsel for Defendants Adam Fortney and Jason Cummings*

DEFENDANTS FORTNEY AND CUMMINGS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS - 6
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that on June 9, 2023, I caused to be served a true and correct copy of the foregoing document upon the parties listed by the method(s) indicated:

| | |
|---|---|
| Joel B. Ard<br>Ard Law Group, PLLC<br>P.O. Box 11633<br>Bainbridge Island, WA  98110<br>Joel@Ard.law<br>*Attorney for Plaintiffs* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Andrew R.W. Hughes<br>Andrew.hughes@atg.wa.gov<br>Kristin Beneski<br>Kristin.beneski@atg.wa.gov<br>R. July Simpson<br>July.simpson@atg.wa.gov<br>William McGinty<br>William.mcginty@atg.wa.gov<br>*Assistant Attorney Generals*<br>*For Bob Ferguson and John R. Batiste* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Christine M. Palmer<br>Senior Deputy Prosecuting Attorney<br>614 Division Street, MS-35A<br>Port Orchard, WA 98366-4676<br>Cmpalmer@kitsap.gov<br>*Attorney for Defendants*<br>*Chad M. Enright and John Gese* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

DEFENDANTS FORTNEY AND CUMMINGS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS - 7
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | |
|---|---|
| Kai A. Smith<br>Meha Goyal<br>Zachary J. Pekelis<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Kai.smith@pacificalawgroup.com<br>Meha.goyal@pacificalawgroup.com<br>Zach.pekelis@pacificalawgroup.com<br>*Attorneys for Proposed Intervenor-*<br>*Defendant Alliance for Gun Responsibility* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Derek A. Lee<br>Angus Lee Law Firm, PLLC<br>9105A NE Hwy 99, Suite 200<br>Vancouver, WA 98665<br>angus@angusleelaw.com<br>*For Amici Curiae Washington Gun Rights and American Firearms Association* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Leslie A. Lopez<br>Amanda M. Migchelbrink<br>Clark County Prosecutor's Office<br>P.O. Box 5000<br>Vancouver, WA 98666-5000<br>Leslie.lopez@clark.wa.gov<br>Amanda.migchelbrink@clark.wa.gov<br>*Attorneys for Defendants*<br>*John Horch and Tony Golik* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Christopher Horner<br>Civil Deputy Prosecuting Attorney<br>Kittitas County, Washington<br>205 West Fifth<br>Ellensburg, WA 98926<br>Christopher.horner@co.kittitas.wa.us<br>*Attorney for Defendants*<br>*Greg Zempel and Clayton Myers* | ☒ Electronic Filing (CM/ECF)<br>☐ Email<br>☐ U.S. First Class Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

DEFENDANTS FORTNEY AND CUMMINGS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS - 8
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

I declare under the penalty of perjury of the laws of the State of Washington the foregoing is true and correct to the best of my knowledge.

DATED this 9th day of June, 2023.

                                        *s/Nikki Michel*
                                        Nikki Michel, Legal Assistant

DEFENDANTS FORTNEY AND CUMMINGS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS - 9
(USDC 3:23-cv-05364-RJB)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333