Hon. Robert J. Bryan

1

2

3

4

5

In The United States District Court
For The Western District Of Washington

6

7   Lawrence Hartford; Douglas
    Mitchell; Brett Bass; Sporting
8   Systems Vancouver, Inc.; Second
    Amendment Foundation; and
9   Firearms Policy Coalition, Inc.,

10          *Plaintiffs*,

11       v.

12  Bob Ferguson, in his official capacity as
    Washington State Attorney General; John R.
13  Batiste, in his official capacity as Chief of the
    Washington State Patrol; John Gese, in his
14  official capacity as Sheriff for Kitsap County,
    Washington; Clayton Myers, in his official
15  capacity as Sheriff for Kittitas County,
    Washington; John Horch, in his official
16  capacity as Sheriff for Clark County,
    Washington; Adam Fortnoy, in his official
17  capacity as Sheriff for Snohomish County,
    Washington; Chad M. Enright, in his
18
    official capacity as County Prosecutor for Kitsap
19  County, Washington; Greg Zempel, in his
    official capacity as County Prosecutor for
20  Kittitas County, Washington; Tony Golik,
21  in his official capacity as County Prosecutor for
    Clark County, Washington; and Jason
22  Cummings, in his official capacity as County
    Prosecutor for Snohomish County, Washington,
23

24          *Defendants*.

25

26

27

No. 3:23-cv-05364-RJB

Response to Kittitas County
Defendants' Motion to Dismiss

Plaintiffs oppose the Motion of Kittitas County Defendants Zempel and Myers (Dkt. No. 61) for the reasons stated in Plaintiffs' Opposition (Dkt. No. 53) to the Kitsap County (Dkt. No. 32) and Snohomish County (Dkt. No. 38) Motions to Dismiss.

Plaintiffs acknowledge that under the reasoning of this Court's Order granting those Motions (Dkt. No. 60), this Motion will be granted as to the Plaintiffs' claims against the Kittitas County Defendants under 42 U.S.C. § 1983 and 42 U.S.C. § 1988. Plaintiffs note that their claims under *Ex parte Young* remain against all county Defendants, and reserve their right to appeal this Court's adverse ruling.

///

///

///

June 22, 2023.

Ard Law Group PLLC

By: _____

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys For Plaintiffs

Response re: Kittitas MtD - 1
*Hartford v. Ferguson*, No. 3:23-cv-05364-RJB

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243