HONORABLE ROBERT J. BRYAN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

LAWRENCE HARTFORD, *et al.*,

                         Plaintiffs,

    v.

BOB FERGUSON, *et al.*

                        Defendants,

and

ALLIANCE FOR GUN
RESPONSIBILITY,

                 Intervenor-Defendant.

No. 3:23-cv-05364-RJB

ALLIANCE FOR GUN
RESPONSIBILITY'S ANSWER TO
PLAINTIFF'S COMPLAINT

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Intervenor-Defendant Alliance for Gun Responsibility (the "Alliance") answers the Complaint of Plaintiffs Lawrence Hartford, Douglas Mitchell, Brett Bass, Sporting Systems Vancouver, Inc., Second Amendment Foundation, Inc., and Firearms Policy Coalition, Inc. ("Plaintiffs") as follows:

The unnumbered paragraph at the outset of the Complaint contains characterizations of this action and legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

## I.    INTRODUCTION

1.    Paragraph 1 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

2.    The Alliance admits that Substitute House Bill 1240 ("SHB 1240" or the "Law") regulates assault weapons in two respects. First, it prohibits as a gross misdemeanor any person in Washington from manufacturing, importing, distributing, selling, or offering for sale any assault weapon. *Id*. § 3. The Law creates exceptions for: any branch of the armed forces of the United States or the State of Washington; law enforcement agencies in Washington; out-of-state residents by a licensed firearms manufacturer; persons who no longer wish to own an assault weapon; out-of-state sale or transfer of the existing stock of assault weapons by a licensed dealer for a limited period of time; and the receipt of an assault weapon through inheritance. *Id*. Second, SHB 1240 makes the manufacturing, importation, distribution, sale, or offering for sale of any assault weapon "an unfair or deceptive act in trade or commerce and an unfair method of competition" under the Consumer Protection Act, RCW ch. 19.86. Id. § 4 (to be codified at ch. 9.41 RCW). Except as expressly admitted above, Paragraph 2 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

24

25

3.      Paragraph 3 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The Alliance specifically denies that assault weapons are commonly used today for self-defense or are well-suited for that purpose.

4.      Paragraph 4 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

5.      Paragraph 5 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

6.      Paragraph 6 consists of characterizations of this action or legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

## II.      JURISDICTION AND VENUE

7.      Paragraph 7 consists of legal conclusions or argument to which no response is required.

8.      Paragraph 8 consists of characterizations of this action or legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

9.      Admit.

## III.      PARTIES

10.      The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 10, which shall have the effect of a denial.

11.      The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 11, which shall have the effect of a denial.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 3

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

12.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 12, which shall have the effect of a denial.

13.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 13, which shall have the effect of a denial.

14.     The fifth sentence of Paragraph 14 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 14, which shall have the effect of a denial.

15.     The allegation in Paragraph 15, which states that FPC brings "this action on behalf of its members, including the individual Plaintiffs, who are adversely and directly harmed by Defendant's enforcement of the laws, regulations, policies, practices, and customs challenged herein," consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 15, which shall have the effect of a denial.

16.     The first sentence of Paragraph 16 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The second sentence of Paragraph 16 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

17.     The first sentence of Paragraph 17 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The second sentence of Paragraph 17 consists of legal conclusions or argument to

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 4

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

which not response is required. To the extent a response is deemed required, the Alliance denies the same.

18.     The first sentence of Paragraph 18 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The second sentence of Paragraph 18 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

19.     The first sentence of Paragraph 19 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The second sentence of Paragraph 19 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

20.     The first sentence of Paragraph 20 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The second sentence of Paragraph 20 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

21.     The first sentence of Paragraph 21 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The second sentence of Paragraph 21 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

22.     The first sentence of Paragraph 22 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 5

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

the same. The second sentence of Paragraph 22 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

23.     The first sentence of Paragraph 23 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The second sentence of Paragraph 23 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

24.     The first sentence of Paragraph 24 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The second sentence of Paragraph 24 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

25.     The first sentence of Paragraph 25 consists of characterizations of this action to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The second sentence of Paragraph 25 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

### IV.     FACTUAL ALLEGATIONS

26.     The Alliance admits that Governor Jay Inslee signed SHB 1240 into law on April 25, 2023. The remaining allegations in Paragraph 26 relate to cited bill and statutory provisions, which speak for themselves. The Alliance denies all allegations and characterizations in Paragraph 26 inconsistent with the cited provisions.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 6

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

27.     The bill provisions cited in Paragraph 27 speak for themselves. The Alliance denies all allegations and characterizations in Paragraph 27 inconsistent with the cited provisions.

28.     Paragraph 28 contains allegations related to statutory provisions, which speak for themselves. The Alliance denies all allegations and characterizations in Paragraph 28 inconsistent with the cited provisions. The remainder of Paragraph 28 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same..

29.     Paragraph 29 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

30.     The bill and statutory provisions cited in Paragraph 30 speak for themselves. The Alliance denies all allegations and characterizations in Paragraph 30 inconsistent with the cited provisions.

31.     Admitted.

32.     The statutory provisions cited in Paragraph 32 speak for themselves. The Alliance denies all allegations and characterizations in Paragraph 32 inconsistent with the cited provisions.

33.     The statutory provisions cited in Paragraph 33 speak for themselves. The Alliance denies all allegations and characterizations in Paragraph 33 inconsistent with the cited provisions.

34.     The bill and statutory provisions cited in Paragraph 34 speak for themselves. The Alliance denies all allegations and characterizations in Paragraph 34 inconsistent with the cited provisions.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 7

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

35.     Paragraph 35 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the allegations in Paragraph 35.

36.     Paragraph 36 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the allegations in Paragraph 36.

37.     The first sentence of Paragraph 37 consists of subjective characterizations and does not require a response by way of factual pleading; but to the extent a response is required, the Alliance denies the same. The publications cited in Paragraph 37 speak for themselves. The Alliance denies all allegations, inferences, and characterizations in Paragraph 37 inconsistent with the cited publications. To the extent Paragraph 37 alleges facts as to the veracity of the publications' findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks sufficient knowledge or information to form a belief as to the truth, which shall have the effect of a denial.

38.     The publications cited in Paragraph 38 speak for themselves. The Alliance denies all allegations, inferences, and characterizations in Paragraph 38 inconsistent with the cited publications. To the extent Paragraph 38 alleges facts as to the veracity of the publications' findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks sufficient knowledge or information to form a belief as to the truth, which shall have the effect of a denial.

39.     Paragraph 39 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the allegations in Paragraph 39. The Alliance specifically denies that "assault weapons" is a "misnomer."

40.     The first sentence of Paragraph 40 consists of subjective characterizations and does not require a response by way of factual pleading; but to the extent a response is required,

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    the Alliance denies the same. The publication cited in Paragraph 40 speaks for itself. The

2    Alliance denies all allegations, inferences, and characterizations in Paragraph 40 inconsistent

3    with the cited publication. To the extent Paragraph 40 alleges facts as to the veracity of the

4    publication's findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks

5    sufficient knowledge or information to form a belief as to the truth, which shall have the effect of

6    a denial.

7          41.    The first sentence of Paragraph 41 consists of subjective characterizations and

8    does not require a response by way of factual pleading; but to the extent a response is required,

9    the Alliance denies the same. The Alliance specifically denies that assault weapons and AR-style

10   rifles in particular are commonly used today for self-defense, including home self-defense, or are

11   well-suited for that purpose. The publications cited in Paragraph 41 speak for themselves. The

12   Alliance denies all allegations, inferences, and characterizations in Paragraph 41 inconsistent

13   with the cited publications. To the extent Paragraph 41 alleges facts as to the veracity of the

14   publications' findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks

15   sufficient knowledge or information to form a belief as to the truth, which shall have the effect of

16   a denial.

17         42.    The first three sentences of Paragraph 42 consist of subjective characterizations

18   and do not require a response by way of factual pleading; but to the extent a response is required,

19   the Alliance denies the same. The Alliance specifically denies that assault weapons and AR-15

20   rifles in particular are commonly used today for self-defense, including home self-defense, or are

21   well-suited for that purpose. The publications cited in Paragraph 42 speak for themselves. The

22   Alliance denies all allegations, inferences, and characterizations in Paragraph 42 inconsistent

24   with the cited publications. To the extent Paragraph 42 alleges facts as to the veracity of the

25   publications' findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 9

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1   sufficient knowledge or information to form a belief as to the truth, which shall have the effect of

2   a denial.

3          43.     Paragraph 43 consists of legal conclusions or argument to which no response is

4   required. To the extent a response is deemed required, the Alliance denies the allegations in

5   Paragraph 43.

6          44.     The first sentence of Paragraph 44 consists of subjective characterizations and

7   does not require a response by way of factual pleading; but to the extent a response is required,

8   the Alliance denies the same. The publications cited in Paragraph 44 speak for themselves. The

9   Alliance denies all allegations, inferences, and characterizations in Paragraph 44 inconsistent

10  with the cited publications. To the extent Paragraph 44 alleges facts as to the veracity of the

11  publications' findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks

12  sufficient knowledge or information to form a belief as to the truth, which shall have the effect of

13  a denial.

14         45.     The first sentence of Paragraph 45 consists of subjective characterizations and

15  does not require a response by way of factual pleading; but to the extent a response is required,

16  the Alliance denies the same. The Alliance specifically denies that assault weapons are

17  commonly used today for self-defense, including home self-defense, or are well-suited for that

18  purpose. The publication cited in Paragraph 45 speaks for itself. The Alliance denies all

19  allegations, inferences, and characterizations in Paragraph 45 inconsistent with the cited

20  publication. To the extent Paragraph 45 alleges facts as to the veracity of the publication's

21  findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks sufficient

22  knowledge or information to form a belief as to the truth, which shall have the effect of a denial.

24         46.     The publication cited in Paragraph 46 speaks for itself. The Alliance denies all

25  allegations, inferences, and characterizations in Paragraph 46 inconsistent with the cited

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
Case No. 3:23-cv-05364-RJB - 10

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

publication. To the extent Paragraph 46 alleges facts as to the veracity of the publication's findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks sufficient knowledge or information to form a belief as to the truth, which shall have the effect of a denial. The Alliance specifically denies that assault weapons are commonly used today for self-defense, including home self-defense, or are well-suited for that purpose.

47.     The publication cited in Paragraph 47 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 47 inconsistent with the cited publication. To the extent Paragraph 47 alleges facts as to the veracity of the publication's findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks sufficient knowledge or information to form a belief as to the truth, which shall have the effect of a denial. The Alliance specifically denies that assault weapons are commonly used today for self-defense, including home self-defense, or are well-suited for that purpose.

48.     The publication cited in Paragraph 48 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 48 inconsistent with the cited publication. To the extent Paragraph 48 alleges facts as to the veracity of the publication's findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks sufficient knowledge or information to form a belief as to the truth, which shall have the effect of a denial. The Alliance specifically denies that assault weapons are commonly used today for self-defense, including home self-defense, or are well-suited for that purpose.

49.     The Alliance admits that most modern semiautomatic rifles accept detachable magazines. The remainder of Paragraph 49 consists of subjective characterizations and do not require a response by way of factual pleading; but to the extent a response is required, the Alliance denies the same. The Alliance specifically denies that assault weapons are commonly used today for self-defense, including home self-defense, or are well-suited for that purpose.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 11

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

50.     The first sentence of Paragraph 50 consists of subjective characterizations and does not require a response by way of factual pleading; but to the extent a response is required, the Alliance denies the same. The publications cited in Paragraph 50 speak for themselves. The Alliance denies all allegations, inferences, and characterizations in Paragraph 50 inconsistent with the cited publication. To the extent Paragraph 50 alleges the facts as to the veracity of the publications' findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks sufficient knowledge or information to form a belief as to the truth, which shall have the effect of a denial.

51.     Paragraph 51 consists of subjective characterizations and does not require a response by way of factual pleading; but to the extent a response is required, the Alliance denies the same.

52.     The first sentence of Paragraph 52 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same. The remaining allegations in Paragraph 52 consist of subjective characterizations and do not require a response by way of factual pleading; but to the extent a response is required, the Alliance denies the same.

53.     Paragraph 53 consists of subjective characterizations and does not require a response by way of factual pleading; but to the extent a response is required, the Alliance denies the same.

54.     The first sentence of Paragraph 54 consists of subjective characterizations and does not require a response by way of factual pleading; but to the extent a response is required, the Alliance denies the same. The publications cited in Paragraph 54 speak for themselves. The Alliance denies all allegations, inferences, and characterizations in Paragraph 54 inconsistent with the cited publication. To the extent Paragraph 54 alleges the facts as to the veracity of the

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 12

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

publication's findings or conclusions, or as to any inferences drawn therefrom, the Alliance lacks sufficient knowledge or information to form a belief as to the truth, which shall have the effect of a denial.

55.     The first two sentences of Paragraph 55 consist of subjective characterizations and do not require a response by way of factual pleadings; but to the extent a response is required, the Alliance denies the same. The last sentence of Paragraph 55 consists of legal conclusions or argument to which not response is required. To the extent a response is deemed required, the Alliance denies the same. The Alliance specifically denies that assault weapons are not dangerous or unusual.

56.     Paragraph 56 consists of subjective characterizations that do not require a response by way of factual pleadings; but to the extent a response is required, the Alliance denies the same. The Alliance specifically denies that assault weapons are commonly used today for self-defense.

57.     Denied.

58.     The Alliance incorporates its responses as set forth above.

59.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 59, which shall have the effect of a denial.

60.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 60, which shall have the effect of a denial.

61.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 61, which shall have the effect of a denial.

62.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of whether or not "Mr. Hartford would buy a BCM M4 Mod 2" which shall have the effect of a denial. The remaining allegations in Paragraph 62 consist of subjective characterizations and

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 13

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

do not require a response by way of factual pleading; but to the extent a response is deemed required, the Alliance denies the same.

63.     Paragraph 63 contains legal conclusions or argument to which not response is required, but to the extent a response is deemed required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 63, which shall have the effect of a denial.

64.     Paragraph 64 contains legal conclusions or argument and subjective characterizations to which no response is required, but to the extent a response is deemed required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 64, which shall have the effect of a denial.

65.     The Alliance incorporates its responses as set forth above.

66.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 66, which shall have the effect of a denial.

67.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 67, which shall have the effect of a denial.

68.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 68, which shall have the effect of a denial.

69.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of whether or not "Mr. Mitchell would purchase a Sig Sauer MCX Spear LT," which shall have the effect of a denial. The remaining allegations in Paragraph 69 consist of subjective characterizations and do not require a response by way of factual pleading; but to the extent a response is deemed required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 14

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

70.     Paragraph 70 contains legal conclusions or argument and subjective characterizations to which no response is required, but to the extent a response is deemed required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 70, which shall have the effect of a denial.

71.     The Alliance incorporates its responses as set forth above.

72.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 72, which shall have the effect of a denial.

73.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 73, which shall have the effect of a denial.

74.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 74, which shall have the effect of a denial.

75.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of whether or not "Mr. Bass owns a semiautomatic pistol which he would equip with a threaded barrel," which shall have the effect of a denial. The remaining allegations in Paragraph 75 consist of subjective characterizations and do not require a response by way of factual pleading; but to the extent a response is deemed required, the Alliance denies the same.

76.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of whether or not "Mr. Bass would buy a Palmetto State Armory AK-103," which shall have the effect of a denial. The remaining allegations in Paragraph 76 consist of subjective characterizations and do not require a response by way of factual pleading; but to the extent a response is deemed required, the Alliance denies the same.

77.     Paragraph 77 contains legal conclusions or argument and subjective characterizations to which no response is required, but to the extent a response is deemed

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
Case No. 3:23-cv-05364-RJB - 15

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 77, which shall have the effect of a denial.

78.     The Alliance incorporates its responses as set forth above.

79.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 79, which shall have the effect of a denial.

80.     Paragraph 80 contains legal conclusions or argument and subjective characterizations to which no response is required, but to the extent a response is deemed required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 80, which shall have the effect of a denial.

81.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 81, which shall have the effect of a denial.

82.      Paragraph 82 contains characterizations of this action and legal conclusions and argument to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 82, which shall have the effect of a denial.

## V.      CAUSE OF ACTION

**Count One:  42 U.S.C. § 1983 & *Ex Parte Young*, 209 U.S. 123 (1908)- Deprivation of Plaintiffs' Rights under the Second and Fourteenth Amendments of the United States Constitution.**

83.     The Alliance incorporates its responses as set forth above.

84.     The Alliance admits that the text of the Second Amendment is, "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.".

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 16

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

85.     Paragraph 85 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

86.     Paragraph 86 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

87.     Denied.

88.     Paragraph 88 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

89.     Paragraph 89 consists of legal conclusions or argument to which no response is required. To the extent a response is deemed required, the Alliance denies the same.

90.      Paragraph 90 contains legal conclusions and argument to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 90, which shall have the effect of a denial.

91.     Denied.

92.     Denied.

## VI.     PRAYER FOR RELIEF

The Prayer for Relief portion of the Complaint makes no allegation to which an answer is required. To the extent a response is required, the Alliance denies that Plaintiffs are entitled to the requested relief or any other relief.

## OMNIBUS DENIAL

Unless otherwise specifically admitted above, the Alliance denies each and every remaining allegation in the Complaint.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Alliance asserts the following defenses:

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1.      Plaintiffs fail to state a claim upon which relief can be granted.

The Alliance incorporates by reference and adopts as its own any defense asserted by any other Defendant, and reserves the right to amend this Answer to assert additional defenses and affirmative defenses as additional facts are obtained through investigation and discovery.

### ALLIANCE'S PRAYER FOR RELIEF

WHEREFORE, having fully answered the Complaint and having asserted defenses and affirmative defenses, the Alliance respectfully requests the following relief:

1.      That the Complaint be dismissed with prejudice and that no relief be granted to Plaintiffs;

2.      That the Court enter final judgment in the Alliance's favor;

3.      That the Court award the Alliance its reasonable expenses, costs, and attorney fees incurred in defending this action as authorized by law or equity; and

4.      All other relief as the Court deems just and equitable.

DATED this 27th day of June, 2023.


PACIFICA LAW GROUP LLP


*s/ Kai A. Smith*
Zachary J. Pekelis, WSBA #44557
Kai A. Smith, WSBA # 54749
Meha Goyal, WSBA # 56058

*Attorneys for Intervenor-Defendant Alliance
for Gun Responsibility*

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 18

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on this 27th day of June, 2023, I electronically filed the foregoing

3  document with the Clerk of the United States District Court using the CM/ECF system which

4  will send notification of such filing to all parties who are registered with the CM/ECF system.

5      Dated this 27th day of June, 2023.

6

7

8                                          Erica Knerr, Legal Assistant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

24

25

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFF'S COMPLAINT
 Case No. 3:23-cv-05364-RJB - 19

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750