THE HONORABLE JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br><br>　　　　　Plaintiffs,<br><br>-vs-<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>　　　　　Defendants. | NO. 3:23-cv-05364-RJB<br><br>NOTICE OF UNAVAILABILITY |

TO:      THE CLERK OF THE COURT

AND TO:      ALL PARTIES AND THEIR COUNSEL OF RECORD

　　　　PLEASE TAKE NOTICE that CHRISTINE M. PALMER, attorney for Defendants Chad M. Enright and John Gese, will be unavailable on the following dates:      July 10-12, 2023.  The undersigned respectfully requests that no matters be scheduled on these dates which require the attention of the undersigned.

　　　　Respectfully submitted this 29th day of June, 2023.

　　　　　　　　　　　CHAD M. ENRIGHT
　　　　　　　　　　　Kitsap County Prosecuting Attorney

　　　　　　　　　　　*/s/ Christine M. Palmer*
　　　　　　　　　　　CHRISTINE M. PALMER, WSBA No. 42560
　　　　　　　　　　　Attorney for Defendants Chad M. Enright and John Gese

NOTICE OF UNAVAILABILITY
(3:23-cv-05364-RJB) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I certify that on June 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Joel B Ard<br>Ard Law Group PLLC<br>PO Box 11633<br>Bainbridge Island, WA 98110<br>joel@ard.law | Lyndsey M. Downs<br>Margaret Duncan<br>Snohomish County Prosecutor's Office<br>3000 Rockefeller, M/S 504<br>Everett, WA 98201<br>lyndsey.downs@co.snohomish.wa.us<br>margaret.duncan@co.snohomish.wa.us |
| Andrew R.W. Hughes<br>Kristin Beneski<br>Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>andrew.hughes@atg.wa.gov<br>kristin.beneski@atg.wa.gov | R. July Simpson<br>William McGinty<br>Attorney General's Office<br>7141 Cleanwater Dr. SW/PO Box 40111<br>Olympia, WA 98504-0100<br>July.Simpson@atg.wa.gov<br>william.mcginty@atg.wa.gov |
| Amanda M. Migchelbrink<br>Leslie A. Lopez<br>Clark County Prosecutor's Office<br>P.O. Box 5000<br>Vancouver, WA 98666<br>amanda.migchelbrink@clark.wa.gov<br>leslie.lopez@clark.wa.gov | Derek A. Lee<br>Angus Lee Law Firm, PLLC<br>9105A NE HWY 99, Suite 200<br>Vancouver, WA 98665<br>angus@angusleelaw.com |
| Kai A. Smith<br>Meha Goyal<br>Zachary J. Pekelis<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>kai.smith@pacificalawgroup.com<br>meha.goyal@pacificalawgroup.com<br>zach.pekelis@pacificalawgroup.com | Trevor Burrus<br>2301 S June Street<br>Arlington, VA 22202<br>trevorburrus@gmail.com |
| Christopher E. Horner<br>Kittitas County Prosecutor's Office<br>205 W. 5th, Room 213<br>Ellensburg, WA 98926<br>christopher.horner@co.kittitas.wa.us | |

NOTICE OF UNAVAILABILITY
(3:23-cv-05364-RJB) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

SIGNED in Port Orchard, Washington this 29th day of June, 2023.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

NOTICE OF UNAVAILABILITY
(3:23-cv-05364-RJB) – Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros