The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOB FERGUSON ET AL.,<br><br>    Defendants. | No. 3:23-cv-05364<br><br>*[PROPOSED]* ORDER GRANTING DEFENDANTS JOHN HORCH AND TONY GOLIK'S MOTION TO DISMISS |

THIS MATTER COMES BEFORE THIS COURT on Defendants, John Horch and Tony Golik's Motion to Dismiss Pursuant to FRCP 12(b). The Court, having considered the records and files herein, including:

1. Plaintiffs' Complaint and the documents attached thereto;

2. Defendants John Horch and Tony Golik's motion to dismiss;

3. Any Response filed by Plaintiff; and

4. Any reply documents.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants, John Horch and Tony Golik's Motion to Dismiss is GRANTED. Plaintiff's Complaint is hereby DISMISSED with prejudice.

ORDER GRANTING DEFENDANTS JOHN HORCH AND TONY GOLIK'S MOTION TO DISMISS - 1 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

Dated the _____ day of July, 2023.

                                               _____
                                               Honorable Robert J. Bryan
                                               U.S.D.C. Judge

Presented by:

*s/ Leslie A. Lopez*
Leslie A. Lopez, WSBA #46118
Chief Civil Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division
PO Box 5000
Vancouver WA  98666-5000
      Tele:   (564) 397-4755
      mail:  leslie.lopez@clark.wa.gov

*s/ Amanda Migchelbrink*
Amanda M. Migchelbrink, WSBA #34223
Senior Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division
PO Box 5000
Vancouver WA  98666-5000
      Tele:   (564) 397-4764
      Email:  amanda.migchelbrink@clark.wa.gov

*Attorneys for Defendants, John Horch and Tony Golik*

ORDER GRANTING DEFENDANTS JOHN HORCH AND TONY GOLIK'S MOTION TO DISMISS - 2 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29th, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system which will serve a copy of such filing to all parties of record as follows:

| | |
|---|---|
| Joel B. Ard<br>Ard Law Group PLLC<br>PO Box 11633<br>Bainbridge Island WA  98110<br>joel@ard.law<br>*Attorney for Plaintiffs* | Christine M. Palmer<br>Kitsap County Prosecuting Attorney<br>614 Division St. MS-35A<br>Port Orchard, WA 98366<br>cmpalmer@kitsap.gov<br>*Attorney for John Gese and Chad M. Enright* |
| Lyndsey Marie Downs<br>Margaret Duncan<br>Snohomish County Prosecuting Attorney<br>3000 Rockefeller Avenue, M/S 504<br>Everett WA  98201<br>lyndsey.downs@co.snohomish.wa.us<br>margaret.duncan@co.snohomish.wa.us<br>*Attorneys for Defendant Adam Fortnoy and Jason Cummings* | Zachary J. Pekelis<br>Kai A. Smith<br>Meha Goyal<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Zach.Pekelis@pacificalawgroup.com<br>Kai.Smith@pacificalawgroup.com<br>Meha.Goyal@pacificalawgroup.com<br>*Attorneys for Intervenor-Defendant Alliance for Gun Responsibility* |
| R. July Simpson<br>William McGinty<br>Andrew W. Hughes<br>Kristin Beneski<br>Attorney General<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia WA  98504-0100<br>rjulys@atg.wa.gov<br>William.McGinty@atg.wa.gov<br>Andrew.Hughes@atg.wa.gov<br>*Attorneys for Defendants Robert Ferguson and John R. Batiste* | Christopher E. Horner<br>Kittitas County Prosecuting Attorney<br>Room 213, Kittitas County Courthouse<br>205 W 5th<br>Ellensburg, WA 98926<br>christpher.horner@co.kittitas.wa.us<br>Attorney for Defendants,<br>*Clayton Myers and Gregory L. Zempel* |

Dated June 29th, 2023.

*s/ Nichole Carnes*
Nichole Carnes, Legal Assistant

ORDER GRANTING DEFENDANTS JOHN HORCH AND TONY GOLIK'S MOTION TO DISMISS - 3 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380  •  PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)