1

2

3

4

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

5

6

7    LAWRENCE HARTFORD; DOUGLAS
MITCHELL; BRETT BASS; SPORTING          NO. 3:23-cv-05364
8    SYSTEMS VANCOUVER, INC.; SECOND
AMENDMENT FOUNDATION, INC.; and          **REPLY IN SUPPORT OF**
FIREARMS POLICY COALITION, INC,          **DEFENDANTS ZEMPEL AND**
9                                         **MYERS' MOTION TO**
                    Plaintiffs,           **DISMISS 42 U.S.C. §1983 &**
10   v.                                    **§1988 CLAIMS AND**
                                          **DAMAGES**
11   BOB FERGUSON, in his official capacity as
Washington State Attorney General; et al.
12
                                          **NOTE ON MOTION**
13                  Defendant(s).          **CALENDAR: July 14, 2023**

14          As acknowledged by Plaintiffs' Opposition to Kittitas County's Motion to Dismiss

15   (Dkt. No. 62), Kittitas County's Motion to Dismiss should be granted given the reasoning of

16   this Court's Order granting Kitsap and Snohomish Counties' Motions to Dismiss (Dkt. No.

17   60).

18          As such, no further substantive argument is necessary in this Reply.  Kittitas County

19   Defendants Zempel and Myers respectfully request this Court dismiss Plaintiffs' claims for

20   relief under 42 U.S.C. §1983 & §1988.

21   / / /

22

23

24
REPLY IN SUPPORT OF DEFENDANTS ZEMPEL
AND MYERS MOTION TO DISMISS              P a g e |1
25   (USDC 3:23-cv-05364-RJB)

I certify that this memorandum contains 72 words, in compliance with Local Civil Rules.

DATED this 29th day of June, 2023.

GREGORY L. ZEMPEL

/s/ Christopher Horner

CHRISTOPHER HORNER, WSBA #42152
Deputy Prosecuting Attorney
Kittitas County Prosecutor's Office
205 West Fifth, Room 213
Ellensburg, WA 98926
Telephone: (509) 962-7520
christopher.horner@co.kittitas.wa.us
*Counsel for Defendants Greg Zempel and Clay Myers*

REPLY IN SUPPORT OF DEFENDANTS ZEMPEL
AND MYERS MOTION TO DISMISS
(USDC 3:23-cv-05364-RJB)

Page | 2

GREGORY L. ZEMPEL
KITTITAS COUNTY PROSECUTOR
KITTITAS COUNTY COURTHOUSE - ROOM 213
ELLENSBURG, WASHINGTON 98926-3129
TELEPHONE 509 962-7520

**CERTIFICATE OF SERVICE**

1

2      The undersigned certifies as follows:

3      1.   I am an employee of the Civil Division of the Kittitas County Prosecuting
            Attorney.

4      2.   On June 2̶9̶t̶h̶, 2023, at Ellensburg, WA, I sent, via the Clerk of the Court using the
            CM/ECF system, a true and correct copy of foregoing document:

5
            • **KITTITAS COUNTY DEFENDANTS ZEMPEL AND MYERS**
6
              **REPLY IN SUPPORT OF MOTION TO DISMISS,**
7
       To the following individuals at the specified addresses via CM/ECF,

8
                Joel B. Ard                          Lyndsey M. Downs
9               Ard Law Group PLLC                   Marget Duncan
                PO Box 11633                         Snohomish County Prosecutor's Office
10              Bainbridge Island, WA 98110          3000 Rockefeller Ave, M/S 504
                Joel@Ard.law                         Everett, WA 98201
11                                                   lyndsey.downs@co.snohomish.wa.us
                                                     margaret.duncan@co.snohomish.wa.us
12
                Kai A. Smith
13              Meha Goyal                           Leslie A Lopez
                Zachary Pekelis                      Clark County Prosecutor's Office
14              Pacifica Law Group LLP               PO Box 5000
                1191 Second Ave, Suite 2000          Vancouver, WA 98666-5000
15              Seattle, WA 98101                    leslie.lopez@clark.wa.gov
                kai.smith@pacificalawgroup.com       amanda.migchelbrink@clark.wa.gov
16              meha.goyal@pacificalawgroup.com
                zach.pekelis@pacificalawgroup.com
17                                                   Andrew W. Hughes
                                                     Assistant Attorney General's Office
18              Christine M. Palmer                  800 Fifth Ave, Suite 2000
                Kitsap County Prosecutor's Office    Seattle, WA 98104-3188
19              614 Division Sr MS-35A               andrew.hughes@atg.wa.gov
                Port Orchard, WA 98366               Kristin.beneski@atg.wa.gov
20              Cmpalmer@kitsap.gov                  William.mcginty@atg.wa.gov
                                                     july.simpson@atg.wa.gov
21

22

23
                                                              **GREGORY L. ZEMPEL**
24                                                            KITTITAS COUNTY PROSECUTOR
                                                         KITTITAS COUNTY COURTHOUSE - ROOM 213
       REPLY IN SUPPORT OF DEFENDANTS ZEMPEL                ELLENSBURG, WASHINGTON 98926-3129
25     AND MYERS MOTION TO DISMISS          P a g e | 3         TELEPHONE 509 962-7520
       (USDC 3:23-cv-05364-RJB)

Derek Lee
Angus Lee Law Firm, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98666-5000
angus@angusleelaw.com

I CERTIFY under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated:  June ⟨signature⟩ 2023, at Ellensburg, Washington.

_Christine Rice_

Christine Rice
Legal Assistant

**GREGORY L. ZEMPEL**
KITTITAS COUNTY PROSECUTOR
KITTITAS COUNTY COURTHOUSE - ROOM 213
ELLENSBURG, WASHINGTON 98926-3129
TELEPHONE 509 962-7520