Hon. Robert J. Bryan

# In The United States District Court
# For The Western District Of Washington

Lawrence Hartford; Douglas Mitchell; Brett Bass; Sporting Systems Vancouver, Inc.; Second Amendment Foundation; and Firearms Policy Coalition, Inc.,

*Plaintiffs*,

v.

Bob Ferguson, in his official capacity as Washington State Attorney General; John R. Batiste, in his official capacity as Chief of the Washington State Patrol; John Gese, in his official capacity as Sheriff for Kitsap County, Washington; Clayton Myers, in his official capacity as Sheriff for Kittitas County, Washington; John Horch, in his official capacity as Sheriff for Clark County, Washington; Adam Fortnoy, in his official capacity as Sheriff for Snohomish County, Washington; Chad M. Enright, in his official capacity as County Prosecutor for Kitsap County, Washington; Greg Zempel, in his official capacity as County Prosecutor for Kittitas County, Washington; Tony Golik, in his official capacity as County Prosecutor for Clark County, Washington; and Jason Cummings, in his official capacity as County Prosecutor for Snohomish County, Washington,

*Defendants*.

No. 3:23-cv-05364-RJB

Response to Clark County Defendants' Motion to Dismiss

Response re: Clark MtD - i

*Hartford v. Ferguson*, No. 3:23-cv-05364-RJB

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

Plaintiffs oppose the Motion of Clark County Defendants Horch and Golik (Dkt. No. 67) for the reasons stated in Plaintiffs' Opposition (Dkt. No. 53) to the Kitsap County (Dkt. No. 32) and Snohomish County (Dkt. No. 38) Motions to Dismiss.

Plaintiffs acknowledge that under the reasoning of this Court's Order granting those Motions (Dkt. No. 60), this Motion will be granted as to the Plaintiffs' claims against the Clark County Defendants under 42 U.S.C. § 1983 and 42 U.S.C. § 1988. Plaintiffs note that their claims under *Ex parte Young* remain against all county Defendants, and reserve their right to appeal this Court's adverse ruling.

///

///

///

July 6, 2023.

Ard Law Group PLLC

By: /s/ Joel B. Ard

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys For Plaintiffs

Response re: Clark MtD - 1

*Hartford v. Ferguson*, No. 3:23-cv-05364-RJB

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243