# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LAWRENCE HARTFORD et al.,

              Plaintiff(s),

    v.

ROBERT FERGUSON et al.,

             Defendant(s).

CASE NO. 3:23−cv−05364−RJB

MINUTE ORDER SETTING TRIAL AND PRETRIAL DATES

| | |
|---|---|
| EIGHT DAY BENCH TRIAL set for | July 29, 2024 at 09:30 AM |
| Deadline for the FILING of any motion to join parties | September 1, 2023 |
| Disclosure of expert testimony under FRCP 26(a)(2) | January 31, 2024 |
| All motions related to discovery must be FILED by | March 11, 2024 |
| Discovery COMPLETED by | April 1, 2024 |
| All dispositive motions must be FILED by | April 30, 2024 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | July 1, 2024 |
| Agreed pretrial order LODGED with the court by | July 12, 2024 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | July 18, 2024 at 08:30 AM |
| Trial briefs due | July 18, 2024 |

Minute Order Setting Trial, Pretrial Dates and Ordering Mediation – Page 1

1  PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be
2 submitted unless specifically requested by the Judge.

3  If any of the dates identified in this Order or the Local Civil Rules fall on a
4 weekend or federal holiday, the act or event shall be performed on the next business day.
5 These are firm dates that can be changed only by order of the Court.

6  If this case is settled, please advise Tyler Campbell, Courtroom Deputy to Judge
7 Bryan, immediately at (253) 882–3822. If this case is not settled, it will go to trial on the
8 date set or as soon thereafter as the court is available.

10  DATED:  August 4, 2023

12  The foregoing Minute Order entered by  /s/ Tyler Campbell   Deputy Clerk, **BY**
13 **DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED**
14 **STATES DISTRICT JUDGE.**