THE HONORABLE JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br><br>　　　　　Plaintiffs,<br><br>-vs-<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>　　　　　Defendants. | NO.  3:23-cv-05364-RJB<br><br>NOTICE OF APPEARANCE |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

　　　PLEASE TAKE NOTICE that Katherine A. Cummings, Deputy Prosecuting Attorney, hereby appears as co-counsel of record for CHAD M. ENRIGHT and JOHN GESE in the above-captioned matter, and requests all further pleadings, except original process, be served on the undersigned.

　　　Respectfully submitted this 6th day of November, 2023.

　　　　　　　　　　　　　　　　CHAD M. ENRIGHT
　　　　　　　　　　　　　　　　Kitsap County Prosecuting Attorney

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KATHERINE A. CUMMINGS, WSBA NO. 51646
　　　　　　　　　　　　　　　　Deputy Prosecuting Attorney
　　　　　　　　　　　　　　　　Attorney for Defendants Chad Enright and John Gese

NOTICE OF APPEARANCE
(3:23-cv-05364-RJB) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

SIGNED in Port Orchard, Washington this 6th day of November, 2023.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

NOTICE OF APPEARANCE
(3:23-cv-05364-RJB) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros