THE HONORABLE JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAWRENCE HARTFORD, et al.,

    Plaintiffs,

-vs-

BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,

    Defendants.

NO. 3:23-cv-05364-RJB

NOTICE OF ATTORNEY WITHDRAWAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

AND TO: THE CLERK OF THE COURT

YOU ARE HEREBY NOTIFIED of a change of attorneys for Defendants Chad Enright and John Gese in the above-entitled action. Effective immediately, Christine M. Palmer, Senior Deputy Prosecuting Attorney, has withdrawn as attorney of record for Defendants Chad Enright and John Gese. Please also take notice that Katherine A. Cummings, Deputy Prosecuting Attorney, remains counsel of record for Defendants Chad Enright and John Gese.

///

///

NOTICE OF ATTORNEY WITHDRAWAL
(3:23-cv-05364-RJB) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

Respectfully submitted this 17th day of November, 2023.

    CHAD M. ENRIGHT
    Kitsap County Prosecuting Attorney

    */s/ Christine M. Palmer*
    CHRISTINE M. PALMER, WSBA No. 42560
    Senior Deputy Prosecuting Attorney
    Withdrawing Attorney for Defendants Chad
    Enright and John Gese

NOTICE OF ATTORNEY WITHDRAWAL
(3:23-cv-05364-RJB) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

SIGNED in Port Orchard, Washington this 17th day of November, 2023.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

NOTICE OF ATTORNEY WITHDRAWAL
(3:23-cv-05364-RJB) – Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros