The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>    Defendants. | NO. 3:23-cv-05364-RJB<br><br>[PROPOSED] ORDER GRANTING STATE DEFENDANTS' MOTION TO COMPEL THIRD-PARTY WILLIAM ENGLISH TO COMPLY WITH SUBPOENA<br><br>NOTE ON MOTION CALENDAR:<br>January 26, 2024 |

This Court has considered State Defendants' Motion to Compel Third-Party William English to Comply with Subpoena, their supporting declarations and exhibits, Plaintiffs' opposition and their supporting declarations and exhibits, the additional materials submitted by State Defendants, the applicable law, and all the papers, pleadings, and records of this Court in this matter.

The Court, finding itself fully informed, hereby GRANTS State Defendants' Motion to Compel Third-Party William English to Comply with Subpoena. William English must produce records per State Defendants' Subpoena within seven (7) days of this Order.

[PROPOSED] ORDER GRANTING STATE DEFENDANTS' MOTION TO COMPEL THIRD-PARTY WILLIAM ENGLISH TO COMPLY WITH SUBPOENA --
NO. 3:23-cv-05364-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this ___ day of _____ 2024.

HONORABLE ROBERT J. BRYAN
Senior United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ R. July Simpson*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
ANDREW R.W. HUGHES, WSBA #49515
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
Kristin.Beneski@atg.wa.gov
Andrew.Hughes@atg.wa.gov
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
*Attorneys for State Defendants*

[PROPOSED] ORDER GRANTING STATE DEFENDANTS' MOTION TO COMPEL THIRD-PARTY WILLIAM ENGLISH TO COMPLY WITH SUBPOENA --
NO. 3:23-cv-05364-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744