# Exhibit A

| | |
|---|---|
| **From:** | Johnson, Victoria (ATG) |
| **To:** | Hughes, Andrew (ATG) |
| **Subject:** | FW: Service to Washington DC - Subpoenas |
| **Date:** | Monday, November 27, 2023 11:07:09 AM |

**From:** Jozette Brooks <Jozette@pnwlsi.com>
**Sent:** Monday, November 27, 2023 11:03 AM
**To:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>; Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Buswell, Jessica D. (ATG)
<jessica.buswell@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

[EXTERNAL]

Hi Victoria,
Hope you had a nice Thanksgiving weekend.
Still not found at the school.
The server has reported that there has been no answer at the door in MD.
There have been a few cars in the driveway, a white female with blonde hair was inside yesterday,
looked at the door then turned away, will not acknowledge the server or answer the door.
Please advise on how you would like us to proceed.
Thank you,
Jozette

Jozette Brooks
Pacific Northwest Legal Support

**From:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>
**Sent:** Thursday, November 16, 2023 1:49 PM
**To:** Jozette Brooks <Jozette@pnwlsi.com>; Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Buswell, Jessica D. (ATG)
<jessica.buswell@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

Hi Jozette,

Can you provide any updates on service to William English at his home address? Thank you!

*Victoria Johnson (she/her)*
Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

**From:** Johnson, Victoria (ATG)
**Sent:** Wednesday, November 15, 2023 9:56 AM
**To:** Jozette Brooks <Jozette@pnwlsi.com>; Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

Hi Jozette,

Thank you for the update. Yesterday I sent a few emails, one of which with instructions to attempt service at an address in Chevy Chase. I've attached the email again here for reference. This should be his home address.

Let me know how this one goes! Thank you.

*Victoria Johnson* (she/her)
Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

**From:** Jozette Brooks <Jozette@pnwlsi.com>
**Sent:** Tuesday, November 14, 2023 1:01 PM
**To:** Process <Process@pnwlsi.com>; Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

[EXTERNAL]

Hi Victoria,
This was attempted again yesterday here are the notes from the server:
Nov 13, 2023, 4:37 pm EST at 3700 O Street Northwest, Washington, DC 20057
Upon arriving to the address I knocked on the office door of the subject but received no answer. The lights are off. I was able to find a class schedule online that said the subject was the assistant

professor for a class in room 250 until 4:50pm on Mondays. I went to that classroom and spoke to the professor, who was not the subject. He said he does not know the subjects schedule but could show me to his office, which is where I knocked originally. I tried the subjects office one more time before leaving but there was still no answer.

Tried calling the subject with no answer as well.

Keep trying?
Please advise.
Thank you,
Jozette


Jozette Brooks
Pacific Northwest Legal Support

**From:** Process
**Sent:** Thursday, November 9, 2023 3:36 PM
**To:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>; Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

Will do.
Thank you,
Jozette

Jozette Brooks
Pacific Northwest Legal Support

**From:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>
**Sent:** Thursday, November 9, 2023 3:26 PM
**To:** Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

Please instruct the local process servers to reattempt service at his work until we can get a home address for him.

Thank you,
*Victoria Johnson* (she/her)
Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.

If you received this email in error, please notify us by return email and delete this message.

Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

---

**From:** Process <Process@pnwlsi.com>
**Sent:** Thursday, November 9, 2023 3:09 PM
**To:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>; Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

[EXTERNAL]

Hi Victoria,

The server reported that the service for Georgetown University, was served yesterday 11/8 @ 12:56pm to Amy Kim, Assistant General Counsel, authorized to accept. Awaiting the declaration of service to send over.

The one for Mr. English was not served, they attempted, then called the subject with no answer, server was directed to his office, they knocked several times with no answer. Walked around trying to locate him in the class rooms but was unable to locate him. Waited around for a while but still could not locate him.

Please advise on how you want us to proceed with his service.

Thank you,

Jozette

Jozette Brooks
Pacific Northwest Legal Support

---

**From:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>
**Sent:** Thursday, November 9, 2023 2:27 PM
**To:** Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

Hi Jozette,

This was guaranteed to be completed by COB yesterday, but I don't have any confirmation yet. Can you look into that for me and let me know if anything turns up? Thanks so much.

Thank you,

*Victoria Johnson* (she/her)
Paralegal
Office of the Attorney General
Complex Litigation Division

7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

---

**From:** Johnson, Victoria (ATG)
**Sent:** Tuesday, November 7, 2023 12:17 PM
**To:** 'Process' <Process@pnwlsi.com>
**Subject:** RE: Service to Washington DC - Subpoenas

Thank you so much Jozette!

It's possible that this link here might be more helpful. It is buried within the content of the previous link, but this is a little more straightforward. Thanks for all your help! My apologies for the mix-up.
TOP | williamenglish (williamenglish1.wixsite.com)

*Victoria Johnson* (she/her)

Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

---

**From:** Process <Process@pnwlsi.com>
**Sent:** Tuesday, November 7, 2023 10:23 AM
**To:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>; Process <Process@pnwlsi.com>
**Subject:** RE: Service to Washington DC - Subpoenas

[EXTERNAL]

OK, thank you.
Jozette

Jozette Brooks

Pacific Northwest Legal Support

**From:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>
**Sent:** Tuesday, November 7, 2023 10:19 AM
**To:** Process <Process@pnwlsi.com>
**Subject:** RE: Service to Washington DC - Subpoenas

Hi Jozette,

Per Civil Rules, William English must be served personally. But he can be served at his office if he can't be tracked down at home.

Thanks for reaching out, please let us know if you have any other questions.

*Victoria Johnson* (she/her)
Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

**From:** Process <Process@pnwlsi.com>
**Sent:** Tuesday, November 7, 2023 9:33 AM
**To:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>; Process <Process@pnwlsi.com>
**Subject:** RE: Service to Washington DC - Subpoenas

[EXTERNAL]

Hi Victoria,
I need to know if William English, can be sub-served if he is not there at the provided address.
Not sire if this is a residence, if a business, then we know it needs to be personal service.
Please let me know.
Thank you,
Jozette

Jozette Brooks
Pacific Northwest Legal Support

**From:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>
**Sent:** Monday, November 6, 2023 3:53 PM

**To:** Process <Process@pnwlsi.com>
**Subject:** Service to Washington DC - Subpoenas

Good afternoon,

I spoke with Karen earlier about service to Washington DC by COB tomorrow, and I understand that service can only be guaranteed on Nov. 8th, not the 7th. That's fine. I've attached both subpoenas above and am available for any questions via email or phone call.

Please let us know when these are confirmed as served. Thank you!

*Victoria Johnson (she/her)*

Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

# Exhibit B

| | |
|---|---|
| **From:** | Johnson, Victoria (ATG) |
| **To:** | "Process" |
| **Cc:** | Truong, Christine (ATG) |
| **Subject:** | RE: Service to Washington DC - Subpoenas |
| **Date:** | Tuesday, November 14, 2023 12:14:53 PM |

Jozette,

If William English has not yet been successfully served, please instruct the local process servers to attempt service again at this address: 8300 TWIN FORKS LN CHEVY CHASE, MD 20815-4847.

Thank you,

*Victoria Johnson* (she/her)

Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

---

**From:** Johnson, Victoria (ATG)
**Sent:** Tuesday, November 14, 2023 10:30 AM
**To:** Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

Good morning Jozette,

Have there been any updates on the declaration of service from the first service to Georgetown? Or on the attempts to serve Mr. English at his office or during lecture?

Thank you,

*Victoria Johnson* (she/her)

Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

---

**From:** Process <Process@pnwlsi.com>
**Sent:** Thursday, November 9, 2023 3:36 PM
**To:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>; Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

[EXTERNAL]

Will do.
Thank you,
Jozette

Jozette Brooks
Pacific Northwest Legal Support

---

**From:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>
**Sent:** Thursday, November 9, 2023 3:26 PM
**To:** Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

Please instruct the local process servers to reattempt service at his work until we can get a home address for him.

Thank you,

*Victoria Johnson (she/her)*

Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

---

**From:** Process <Process@pnwlsi.com>
**Sent:** Thursday, November 9, 2023 3:09 PM

**To:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>; Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

[EXTERNAL]

Hi Victoria,
The server reported that the service for Georgetown University, was served yesterday 11/8 @ 12:56pm to Amy Kim, Assistant General Counsel, authorized to accept. Awaiting the declaration of service to send over.
The one for Mr. English was not served, they attempted, then called the subject with no answer, server was directed to his office, they knocked several times with no answer. Walked around trying to locate him in the class rooms but was unable to locate him. Waited around for a while but still could not locate him.
Please advise on how you want us to proceed with his service.
Thank you,
Jozette


Jozette Brooks
Pacific Northwest Legal Support

**From:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>
**Sent:** Thursday, November 9, 2023 2:27 PM
**To:** Process <Process@pnwlsi.com>
**Cc:** Truong, Christine (ATG) <christine.truong@atg.wa.gov>
**Subject:** RE: Service to Washington DC - Subpoenas

Hi Jozette,

This was guaranteed to be completed by COB yesterday, but I don't have any confirmation yet. Can you look into that for me and let me know if anything turns up? Thanks so much.

Thank you,

*Victoria Johnson* (she/her)
Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

**From:** Johnson, Victoria (ATG)
**Sent:** Tuesday, November 7, 2023 12:17 PM
**To:** 'Process' <Process@pnwlsi.com>
**Subject:** RE: Service to Washington DC - Subpoenas

Thank you so much Jozette!

It's possible that this link here might be more helpful. It is buried within the content of the previous link, but this is a little more straightforward. Thanks for all your help! My apologies for the mix-up.
TOP | williamenglish (williamenglish1.wixsite.com)

*Victoria Johnson* (she/her)
Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

**From:** Process <Process@pnwlsi.com>
**Sent:** Tuesday, November 7, 2023 10:23 AM
**To:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>; Process <Process@pnwlsi.com>
**Subject:** RE: Service to Washington DC - Subpoenas

[EXTERNAL]

OK, thank you.
Jozette

Jozette Brooks
Pacific Northwest Legal Support

**From:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>
**Sent:** Tuesday, November 7, 2023 10:19 AM
**To:** Process <Process@pnwlsi.com>
**Subject:** RE: Service to Washington DC - Subpoenas

Hi Jozette,

Per Civil Rules, William English must be served personally. But he can be served at his office if he can't be tracked down at home.

Thanks for reaching out, please let us know if you have any other questions.

*Victoria Johnson* (she/her)
Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

**From:** Process <Process@pnwlsi.com>
**Sent:** Tuesday, November 7, 2023 9:33 AM
**To:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>; Process <Process@pnwlsi.com>
**Subject:** RE: Service to Washington DC - Subpoenas

[EXTERNAL]

Hi Victoria,
I need to know if William English, can be sub-served if he is not there at the provided address.
Not sire if this is a residence, if a business, then we know it needs to be personal service.
Please let me know.
Thank you,
Jozette

Jozette Brooks
Pacific Northwest Legal Support

**From:** Johnson, Victoria (ATG) <victoria.johnson@atg.wa.gov>
**Sent:** Monday, November 6, 2023 3:53 PM
**To:** Process <Process@pnwlsi.com>
**Subject:** Service to Washington DC - Subpoenas

Good afternoon,

I spoke with Karen earlier about service to Washington DC by COB tomorrow, and I understand that service can only be guaranteed on Nov. 8th, not the 7th. That's fine. I've attached both subpoenas

above and am available for any questions via email or phone call.

Please let us know when these are confirmed as served. Thank you!

*Victoria Johnson* (she/her)

Paralegal
Office of the Attorney General
Complex Litigation Division
7141 Cleanwater Drive
PO Box 40111
Olympia, WA 98504-0111
(360) 586-3639 | Victoria.Johnson@atg.wa.gov

NOTICE: This email may contain confidential information which is legally privileged.
If you received this email in error, please notify us by return email and delete this message.
Any disclosure, copying, distribution, or other use of the contents of this information is prohibited.

Exhibit C

# USPS Tracking®

**FAQs** ›

**Tracking Number:**

**70222410000202640194**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to the original sender at 9:54 am on December 27, 2023 in OLYMPIA, WA 98501.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, To Original Sender**
OLYMPIA, WA 98501
December 27, 2023, 9:54 am

**Out for Delivery**
OLYMPIA, WA 98501
December 27, 2023, 6:10 am

**Arrived at Post Office**
OLYMPIA, WA 98501
December 27, 2023, 2:53 am

**Arrived at USPS Regional Facility**
TACOMA WA DISTRIBUTION CENTER
December 26, 2023, 9:03 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
December 25, 2023, 8:21 am

**Arrived at USPS Regional Facility**

Feedback

SEATTLE WA DISTRIBUTION CENTER
December 25, 2023, 3:18 am

**Moved, Left no Address**

CHEVY CHASE, MD 20815
December 20, 2023, 11:40 am

**Out for Delivery**

BETHESDA, MD 20817
December 19, 2023, 7:27 am

**Arrived at Post Office**

BETHESDA, MD 20817
December 19, 2023, 7:16 am

**Arrived at USPS Regional Facility**

WASHINGTON DC NETWORK DISTRIBUTION CENTER
December 19, 2023, 2:08 am

**Arrived at USPS Regional Facility**

SOUTHERN MD DISTRIBUTION CENTER ANNEX
December 18, 2023, 8:34 pm

**Addressee Unknown**

CHEVY CHASE, MD 20815
December 16, 2023, 7:38 am

**In Transit to Next Facility**

December 10, 2023

**Arrived at USPS Regional Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
December 5, 2023, 1:40 pm

**Departed USPS Regional Facility**

TACOMA WA DISTRIBUTION CENTER
December 2, 2023, 10:39 am

**Arrived at USPS Regional Facility**

TACOMA WA DISTRIBUTION CENTER
December 1, 2023, 7:50 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Exhibit D

# USPS Tracking®

**FAQs** ›

**Tracking Number:**

**Remove** ✕

## 70222410000202640200

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

### Moving Through Network
**In Transit to Next Facility**

December 9, 2023

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
December 5, 2023, 12:46 pm

**Departed USPS Regional Facility**

TACOMA WA DISTRIBUTION CENTER
December 2, 2023, 10:39 am

**Arrived at USPS Regional Facility**

TACOMA WA DISTRIBUTION CENTER
December 1, 2023, 7:50 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

Text & Email Updates ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

---

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Exhibit E

January 05, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 774454952953

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | W.ENGLISH | Delivery Location: | 8300 TWIN FORKS LN |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday;<br>Residential Delivery;<br>Adult Signature Required | | CHEVY CHASE, MD, 20815 |
| | | Delivery date: | Dec 13, 2023 12:33 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774454952953 | Ship Date: | Dec 12, 2023 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:**
William English,
8300 Twin Forks Ln
CHEVY CHASE, MD, US, 20815

**Shipper:**
Complex Litigation,
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA, US, 98504

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature

images may take up to 5 days after delivery date. Please try later, or contact Customer Service at

1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx

Exhibit F

January 05, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 774455119856

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | B.WELCH | Delivery Location: | 3700 O ST NW |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | Washington DC, DC, 20057 |
| | | Delivery date: | Dec 13, 2023 10:41 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774455119856 | Ship Date: | Dec 12, 2023 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:**
William English,
3700 O St. NW
Washington DC, DC, US, 20057

**Shipper:**
Complex Litigation,
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA, US, 98504

**Reference**          10983063



Thank you for choosing FedEx