The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al., | NO. 3:23-cv-05364-RJB |
| Plaintiffs, | NOTICE OF MOTION RENOTED |
| v. | |
| BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., | |
| Defendants. | |

TO:     THE CLERK OF THE ABOVE ENTITLED COURT;

AND TO:     ALL COUNSEL OF RECORD

The clerk is requested to place the following motion on the docket for the day indicated below:

MOTION:     State Defendants' Motion to Compel Third-Party William English to Comply with Subpoena

DATE:     February 2, 2024

DATED this 12th day of January 2024.

ROBERT W. FERGUSON
Attorney General

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

NOTICE OF MOTION RENOTED --
NO. 3:23-cv-05364-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  KRISTIN BENESKI, WSBA #45478
   First Assistant Attorney General
2  R. JULY SIMPSON, WSBA #45869
   WILLIAM MCGINTY, WSBA #41868
3  Assistant Attorneys General
   800 Fifth Avenue, Suite 2000
4  Seattle, WA  98104-3188
   (206) 464-7744
5  Andrew.Hughes@atg.wa.gov
   Kristin.Beneski@atg.wa.gov
6  July.Simpson@atg.wa.gov
   William.McGinty@atg.wa.gov
7  *Attorneys for State Defendants*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF MOTION RENOTED --
NO. 3:23-cv-05364-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744