The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants. | NO. 3:23-cv-05364-RJB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE ADMISSIBILITY OF SURVEYS AUTHORED BY WILLIAM ENGLISH |

## I. RECITALS

1. In their Complaint in this matter, Plaintiffs cite an unpublished study authored by William English entitled "2021 National Firearm Survey: Updated Analysis Including Types of Firearms Owned," dated May 13, 2022. Dkt. # 1, ¶¶ 37, 41, 50. Plaintiffs also relied on this study in their Motion for Preliminary Injunction. Dkt. # 10 at 9.

2. State Defendants issued a subpoena duces tecum to Mr. English under Fed. R. Civ. P. 45 to obtain information about, *inter alia*, the bases of the conclusions in the study (including all versions thereof) and the methodology used for the study.

3. On January 11, 2024, State Defendants filed a motion to compel a response to the subpoena. Dkt. # 79.

STIPULATION AND [~~PROPOSED~~]
ORDER -- NO. 3:23-cv-05364-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

4.     On January 12, Attorney Chad Flores accepted service of the subpoena on Mr. English's behalf, and the parties agreed to a production date of January 23, 2024.

5.     On January 22, 2024, State Defendants agreed to withdraw their subpoena and their pending motion to compel if Plaintiffs agreed that they would not rely on Mr. English's work in any respect in this lawsuit.

## II. STIPULATION

The Plaintiff and the State Defendants, by and through their respective attorneys of record, hereby stipulate to the following:

1.     The Plaintiffs shall not cite to or rely upon the following studies (collectively, the Covered Studies) by Mr. English:

   a. "2021 National Firearms Survey," *Georgetown McDonough School of Business Research Paper No. 3887145*, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3887145;

   b. "2021 National Firearms Survey: Updated Analysis Including Types of Firearms Owned," *Georgetown McDonough School of Business Research Paper No. 4109494*, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4109494; and

   c. "2021 National Firearms Survey: Analysis of Magazine Ownership and Use," *Georgetown McDonough School of Business Research Paper No. 4444288*, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4444288.

2.     Plaintiffs also shall not rely on any finding, conclusion, or other statement from any court or case to the extent such finding, conclusion, or statement is based solely on any of the Covered Studies.

STIPULATION AND [PROPOSED] ORDER -- NO. 3:23-cv-05364-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

3. To the extent any third party (e.g., an amicus) files a brief relying on the Covered Studies, Plaintiffs agree not to rely on any assertion in the amicus brief based on the Covered Studies in their briefing in this case.

4. State Defendants hereby WITHDRAW their subpoena duces tecum to Mr. English.

5. Within three days of the Court's acceptance of this stipulation, the State Defendants shall strike their Motion to Compel, Dkt. # 79.

DATED this 25th day of January 2024.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | ARD LAW GROUP PLLC |
| /s/ Andrew Hughes<br>KRISTIN BENESKI, WSBA #45478<br>First Assistant Attorney General<br>ANDREW R.W. HUGHES, WSBA #49515<br>R. JULY SIMPSON, WSBA #45869<br>WILLIAM MCGINTY, WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>Kristin.Beneski@atg.wa.gov<br>Andrew.Hughes@atg.wa.gov<br>July.Simpson@atg.wa.gov<br>William.McGinty@atg.wa.gov<br>*Counsel for State Defendants* | /s/ Joel B. Ard<br>JOEL B. ARD, WSBA #40104<br>PO Box 11633<br>Bainbridge Island, WA 98110-5633<br>joel@ard.law<br>*Counsel for Plaintiffs* |

FLORES LAW PLLC

/s/ Chad Flores
CHAD FLORES, Texas Bar #24059759
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640
cf@chadflores.law
*Counsel for William English*

### III. ORDER

SO ORDERED.

DATED this 29th day of Jan 2024

_____
The Honorable Robert J. Bryan
United States District Judge

STIPULATION AND [PROPOSED] ORDER -- NO. 3:23-cv-05364-RJB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744