**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE AT UNION STATION
1717 Pacific Avenue, Room 4427
Tacoma, Washington 98402-3224

**ROBERT J. BRYAN**　　　　　　　　　　　　　　　　　　　　　　　Telephone:
United States District Judge　　　　　　　　　　　　　　　　　　(253) 882-3870

January 29, 2024

CASE:　　　3:23-cv-05364-RJB, <u>Hartford v Ferguson</u>
TO:　　　　All Counsel:

    I today signed the Stipulation and Proposed Order Regarding the Admissibility of Surveys Authored by William English (see Dkt. 83).   In preparing to sign that Order, I noted that parties other than the State Defendants did not join in the stipulation.  I therefore modified the stipulation on page 2 at line 7, to read, "The Plaintiff and the State Defendants, by and through their respective attorneys of record, hereby stipulate to the following:".

    If that amendment is not satisfactory, showing that this is an agreement between Plaintiff and the State Defendants only, please advise me and we can make adjustments, if any, that are appropriate.

Sincerely

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

RJB/jvl

cc:　　　Court File