The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants. | NO. 3:23-cv-05364-RJB<br><br>STATE DEFENDANTS' NOTICE TO WITHDRAW PENDING MOTION TO COMPEL THIRD-PARTY WILLIAM ENGLISH TO COMPLY WITH SUBPOENA<br><br>**(CLERK'S ACTION REQUIRED)** |

**NOTICE TO WITHDRAW PENDING MOTION**

On January 11, 2024, State Defendants filed a Motion to Compel Third-Party William English to Comply with Subpoena. Dkt. # 79. On January 12, 2024, State Defendants filed a Notice of Motion Renoted, re-noting the Motion to Compel to be heard on February 2, 2024. Dkt. # 82. On January 25, 2024, State Defendants filed a Stipulation and [Proposed] Order Regarding the Admissibility of Surveys Authored by William English. Dkt. # 83. The Court signed and entered a modified Order on January 29, 2024. Dkt. # 84.

In accordance with the Stipulation and Order, and pursuant to Local Rule 7(l), State Defendants' pending Motion to Compel Third-Party William English to Comply with Subpoena, Dkt. # 79, is hereby withdrawn.

STATE DEFENDANTS' NOTICE TO
WITHDRAW PENDING MOTION TO
COMPEL -- NO. 3:23-cv-05364-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1 | DATED this 29th day of January, 2024.

2 | ROBERT W. FERGUSON
Attorney General

*/s/ Andrew Hughes*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
ANDREW R.W. HUGHES, WSBA #49515
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
Kristin.Beneski@atg.wa.gov
Andrew.Hughes@atg.wa.gov
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
*Attorneys for State Defendants*

STATE DEFENDANTS' NOTICE TO WITHDRAW PENDING MOTION TO COMPEL -- NO. 3:23-cv-05364-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744