The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants. | NO. 3:23-cv-05364-RJB <br><br> STIPULATION AND ORDER REGARDING A CONTINUANCE |

## I.  RECITALS

1. On January 24, 2024, the Ninth Circuit heard argument in *Miller v. Bonta*, Case No. 23-2979, a case concerning the constitutionality of California's assault weapon restriction statute.

2. Following argument, the Ninth Circuit decided to hold *Miller* in abeyance pending the outcome of *Duncan v. Bonta*, Case No. 23-55805, a case concerning the constitutionality of California's large-capacity magazine restriction statute. *See* DktEntry: 61.1, *Miller v. Bonta*, Case No. 23-2979 (Jan. 26, 2024). *Duncan* will be heard by an *en banc* panel of the Ninth Circuit in March 2024.

STIPULATION AND ORDER --
NO. 3:23-cv-05364-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

3. Both *Miller* and *Duncan* are likely to have a significant impact on this case. However, they are highly unlikely to be decided prior to the summary judgment deadline in this case.

4. In order to give the Parties and this Court the benefit of the Ninth Circuit's guidance in *Duncan* and *Miller*, the Parties seek to continue the deadlines in this case until after the Ninth Circuit rules in *Miller*.

## II. STIPULATION

The Parties, by and through their respective attorneys of record, hereby stipulate to the following:

1. Responses to the State of Washington's outstanding discovery requests to Plaintiffs, previously due February 12, 2024, shall now be due seven days after the Ninth Circuit issues its opinion in *Miller v. Bonta*, Case No. 23-2979. Should the seven-day deadline fall on a weekend or holiday, the deadline should be continued to the following court day.

2. The deadline for filing discovery motions of March 11 (ECF # 75) should be continued until 21 days after the Ninth Circuit issues its opinion in *Miller v. Bonta*, Case No. 23-2979. Should the 21-day deadline fall on a weekend or holiday, the deadline should be continued to the following court day.

3. The discovery completion deadline of April 1 (ECF # 75) should be continued until 45 days after the Ninth Circuit issues its opinion in *Miller v. Bonta*, Case No. 23-2979. Should the 45-day deadline fall on a weekend or holiday, the deadline should be continued to the following court day.

4. The dispositive motion deadline of April 30, 2024 (ECF # 75) should be continued until 75 days after the Ninth Circuit issues its opinion in *Miller v. Bonta*, Case No. 23-2979. Should the 75-day deadline fall on a weekend or holiday, the deadline should be continued to the following court day.

STIPULATION AND ORDER --
NO. 3:23-cv-05364-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

5. Within three court days of such ruling, the parties will notify the Court of the new deadlines for discovery motions, discovery completion, and dispositive motions.

6. The following case deadlines should be continued indefinitely: motion in limine deadline (currently July 1, 2024), pretrial order deadline (currently July 12, 2024), pretrial conference (currently July 18, 2024), and trial brief deadline (currently July 18, 2024). These deadlines should be reset, if necessary, following this Court's ruling on summary judgment.

DATED this 14th day of February 2024.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br><br>/s/ Andrew R.W. Hughes<br>KRISTIN BENESKI, WSBA #45478<br>First Assistant Attorney General<br>ANDREW R.W. HUGHES, WSBA #49515<br>R. JULY SIMPSON, WSBA #45869<br>WILLIAM MCGINTY, WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>Kristin.Beneski@atg.wa.gov<br>Andrew.Hughes@atg.wa.gov<br>July.Simpson@atg.wa.gov<br>William.McGinty@atg.wa.gov<br>*Counsel for State Defendants* | ARD LAW GROUP PLLC<br><br>/s/ Joel B. Ard<br>JOEL B. ARD, WSBA #40104<br>PO Box 11633<br>Bainbridge Island, WA 98110-5633<br>joel@ard.law<br>*Counsel for Plaintiffs* |
| KITSAP COUNTY PROSECUTING ATTORNEY<br><br>/s/ Katherine A. Cummings<br>KATHERINE A CUMMINGS<br>614 Division Street, MS-35A<br>Port Orchard, WA 98366-4614<br>KACummings@kitsap.gov<br>*Counsel for Defendants Chad Enright and John Gese* | KITTITAS COUNTY PROSECUTOR'S OFFICE<br><br>/s/ Christopher Horner<br>CHRISTOPHER HORNER<br>205 West Fifth, Suite 213<br>Ellensburg, WA 98926-2887<br>Christopher.Horner@co.kittitas.wa.us<br>*Counsel for Defendants Clayton Myers and Gregory L. Zempel* |
| CLARK COUNTY PROSECUTING ATTORNEY, CIVIL DIVISION<br><br>/s/ Leslie A. Lopez<br>LESLIE A. LOPEZ<br>AMANDA M. MIGCHELBRINK<br>1300 Franklin Street, Suite 380 | SNOHOMISH COUNTY PROSECUTOR'S OFFICE<br><br>/s/ Lyndsey M. Downs<br>LYNDSEY M. DOWNS<br>MARGARET A. DUNCAN<br>3000 Rockefeller Avenue, M/S 504 |

STIPULATION AND ORDER --
NO. 3:23-cv-05364-RJB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Vancouver, WA 98666-5000
Leslie.Lopez@clark.wa.gov
Amanda.Migchelbrink@clark.wa.gov
*Counsel for Defendants John Horch and Tony Golik*

Everett, WA 98201-4046
Lyndsey.Downs@co.snohomish.wa.us
Margaret.Duncan@co.snohomish.wa.us
*Counsel for Defendants Jason Cummings and Adam Fortnoy*

PACIFICA LAW GROUP

*/s/ Kai A. Smith*
KAI A. SMITH
MEHA GOYAL
ZACHARY J. PEKELIS
1191 Second Avenue, Suite 2000
Seattle, WA 98101-3404
Kai.Smith@pacificalawgroup.com
Meha.Goyal@pacificalawgroup.com
Zach.Pekelis@pacificalawgroup.com
*Counsel for Intervenor-Defendant Alliance for Gun Responsibility*

STIPULATION AND ORDER --
NO. 3:23-cv-05364-RJB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**III. ORDER**

1. Responses to the State of Washington's outstanding discovery requests to Plaintiffs, previously due February 12, 2024, shall now be due seven days after the Ninth Circuit issues its opinion in *Miller v. Bonta*, Case No. 23-2979. Should the seven-day deadline fall on a weekend or holiday, the deadline shall be continued to the following court day.

2. The deadline for filing discovery motions of March 11 (ECF # 75) is hereby continued until 21 days after the Ninth Circuit issues its opinion in *Miller v. Bonta*, Case No. 23-2979. Should the 21-day deadline fall on a weekend or holiday, the deadline shall be continued to the following court day.

3. The discovery completion deadline of April 1, 2024 (ECF # 75) is hereby continued until 45 days after the Ninth Circuit issues its opinion in *Miller v. Bonta*, Case No. 23-2979. Should the 45-day deadline fall on a weekend or holiday, the deadline shall be continued to the following court day.

4. The dispositive motion deadline of April 30, 2024 (ECF # 75) is hereby continued until 75 days after the Ninth Circuit issues its opinion in *Miller v. Bonta*, Case No. 23-2979. Should the 75-day deadline fall on a weekend or holiday, the deadline shall be continued to the following court day.

5. Within three court days of such ruling, the Parties shall notify the Court of the new deadlines for discovery motions, discovery completion, and dispositive motions.

6. The following case deadlines are hereby continued indefinitely: motion in limine deadline (currently July 1, 2024), pretrial order deadline (currently July 12, 2024), pretrial conference (currently July 18, 2024), and trial brief deadline (currently July 18, 2024). These deadlines will be reset, if necessary, following this Court's ruling on summary judgment.

IT SO ORDERED.

STIPULATION AND ORDER --
NO. 3:23-cv-05364-RJB

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  DATED this 14th day of February, 2024.

*[Signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER --
NO. 3:23-cv-05364-RJB

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744