THE HONORABLE JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br><br>Plaintiffs,<br><br>-vs-<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants. | NO. 3:23-cv-05364-RJB<br><br>NOTICE OF APPEARANCE |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that ANNA K. ARUIZA, Senior Deputy Prosecuting Attorney, hereby appears as co-counsel of record for CHAD M. ENRIGHT and JOHN GESE in the above-captioned matter, and requests all further pleadings, except original process, be served on the undersigned.

Respectfully submitted this 22nd of May, 2024.

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney

*/s/ Anna K. Aruiza*
ANNA K. ARUIZA, WSBA NO. 39663
Senior Deputy Prosecuting Attorney
Attorney for Defendants Chad Enright and John Gese

NOTICE OF APPEARANCE
(3:23-cv-05364-RJB) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

SIGNED in Port Orchard, Washington this 22nd day of May, 2024.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

NOTICE OF APPEARANCE
(3:23-cv-05364-RJB) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros