Hon. Robert J. Bryan

# In The United States District Court
# For The Western District Of Washington

Lawrence Hartford; Douglas Mitchell; Brett Bass; Sporting Systems Vancouver, Inc.; Second Amendment Foundation; and Firearms Policy Coalition, Inc.,

*Plaintiffs*,

v.

Bob Ferguson, in his official capacity as Washington State Attorney General; John R. Batiste, in his official capacity as Chief of the Washington State Patrol; John Gese, in his official capacity as Sheriff for Kitsap County, Washington; Clayton Myers, in his official capacity as Sheriff for Kittitas County, Washington; John Horch, in his official capacity as Sheriff for Clark County, Washington; Adam Fortnoy, in his official capacity as Sheriff for Snohomish County, Washington; Chad M. Enright, in his official capacity as County Prosecutor for Kitsap County, Washington; Greg Zempel, in his official capacity as County Prosecutor for Kittitas County, Washington; Tony Golik, in his official capacity as County Prosecutor for Clark County, Washington; Jason Cummings, in his official capacity as County Prosecutor for Snohomish County, Washington, and The Alliance For Gun Responsibility,

*Defendants*.

No. 3:23-cv-05364-RJB

Status Report

Status Report - 1

*Hartford v. Ferguson*, No. 3:23-cv-05364-RJB

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1   Pursuant to this Court's Order of February 14, 2024 (Dkt. No 89), Plaintiffs hereby submit
2   this Status Report with the concurrence of the Defendants.
3   1. There has been no decision in the Ninth Circuit Court of Appeals case of *Duncan v.*
4   *Bonta*, Cause Number 23-55805.
5   2. There has been no other activity or change in status on this matter.
6   ///
7   ///
8   ///
9   May 24 2024.

Ard Law Group PLLC

By: _____

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys For Plaintiffs

Status Report - 2

*Hartford v. Ferguson*, No. 3:23-cv-05364-RJB

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243