The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>        Defendants. | NO. 3:23-cv-05364-RJB<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>**CLERK'S ACTION REQUIRED** |

TO:        CLERK OF THE ABOVE-ENTITLED COURT

AND TO:    COUNSEL FOR PLAINTIFFS

      PLEASE TAKE NOTICE that R. JULY SIMPSON, Assistant Attorney General, hereby withdraws as attorney for Defendants Robert Ferguson, in his official capacity as Washington State Attorney General, and John R. Batiste, in his official capacity as Chief of the Washington State Patrol (State Defendants), in the above-entitled action, effective immediately. First Assistant Attorney General Kristin Beneski and Assistant Attorneys General Andrew R.W. Hughes and William McGinty remain counsel of record for State Defendants.

NOTICE OF WITHDRAWAL OF
COUNSEL -- NO. 3:23-cv-05364-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1     DATED this 9th day of September 2024.

2                         ROBERT W. FERGUSON
Attorney General

*s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General
Complex Litigation Division
1250 Pacific Avenue, Suite 105
Tacoma, WA  98402-4318
July.Simpson@atg.wa.go

I certify that this memorandum contains 84 words, in compliance with the Local Civil Rules.