# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants. | NO. 3:23-cv-05364-RJB <br><br> NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL <br><br> **CLERK'S ACTION REQUIRED** |

TO: CLERK OF THE ABOVE-ENTITLED COURT; and

AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that CHRISTOPHER E HORNER, Kittitas County Prosecutor's Office, hereby withdraws as counsel for Defendants Greg Zempel, in his official capacity as Elected Prosecutor of Kittitas County and Clayton Meyers, in his official capacity as Elected Sheriff of Kittitas County, in the above-entitled action, effective immediately. PLEASE TAKE NOTICE that PATRICIA D. TODD, Kittitas County Prosecutor's Office, will be entered as counsel of record for Greg Zempel and Clay Myers. All further papers and pleadings, exclusive of original process, be served upon the undersigned at the address below.

NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL

GREGORY L. ZEMPEL
KITTITAS COUNTY PROSECUTOR
KITTITAS COUNTY COURTHOUSE - ROOM 213
ELLENSBURG, WASHINGTON 98926-3129
TELEPHONE 509 962-7520

Page | 1

DATED this ____ day of March, 2025.

| | |
|---|---|
| CHRISTOPHER HORNER<br>Withdrawing Attorney<br>WSBA # 42152 | PATRICIA D. TODD, WSBA #38074<br>Substituting Deputy Prosecuting Attorney<br>Kittitas County, Washington<br>Room 213, Kittitas County Courthouse<br>205 West Fifth<br>Ellensburg, WA 98926<br>Telephone: (509) 962-7520<br>Patricia.todd@co.kittitas.wa.us |

NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL

GREGORY L. ZEMPEL
KITTITAS COUNTY PROSECUTOR
KITTITAS COUNTY COURTHOUSE - ROOM 213
ELLENSBURG, WASHINGTON 98926-3129
TELEPHONE 509 962-7520

Page | 2