Hon. Robert J. Bryan

# In The United States District Court
## For The Western District Of Washington

Lawrence Hartford; Douglas Mitchell; Brett Bass; Sporting Systems Vancouver, Inc.; Second Amendment Foundation; and Firearms Policy Coalition, Inc.,

*Plaintiffs,*

v.

Nick Brown, in his official capacity as Washington State Attorney General; John R. Batiste, in his official capacity as Chief of the Washington State Patrol; John Gese, in his official capacity as Sheriff for Kitsap County, Washington; Clayton Myers, in his official capacity as Sheriff for Kittitas County, Washington; John Horch, in his official capacity as Sheriff for Clark County, Washington; Adam Fortnoy, in his official capacity as Sheriff for Snohomish County, Washington; Chad M. Enright, in his official capacity as County Prosecutor for Kitsap County, Washington; Greg Zempel, in his official capacity as County Prosecutor for Kittitas County, Washington; Tony Golik, in his official capacity as County Prosecutor for Clark County, Washington; Jason Cummings, in his official capacity as County Prosecutor for Snohomish County, Washington, and The Alliance For Gun Responsibility,

*Defendants.*

No. 3:23-cv-05364-RJB

Status Report

Status Report - 1

*Hartford v. Ferguson*, No. 3:23-cv-05364-RJB

Ard Law Group PLLC

P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243

1    Pursuant to this Court's Order of April 7, 2025 (Dkt. No. 103), Plaintiffs hereby submit
2  this Status Report with the concurrence of the Defendants.
3    1. There has been no decision in the Ninth Circuit Court of Appeals case of *Miller v. Bonta*,
4  Cause Number 23-2979, on which basis this Court earlier stayed proceedings in this matter.
5    2. There has been no other activity or change in status on this matter. The parties
6  respectfully request that this case remain stayed.
7  ///
8  ///
9  ///
10 July 10, 2025.

                                                    ARD LAW GROUP PLLC

By: /s/ Joel B. Ard

Joel B. Ard, WSBA # 40104
ARD LAW GROUP PLLC
P.O. Box 281
Kingston, WA 98346
206.701.9243
Joel@Ard.law
ATTORNEYS FOR PLAINTIFFS

STATUS REPORT - 2

*HARTFORD V. FERGUSON*, No. 3:23-cv-05364-RJB

ARD LAW GROUP PLLC
P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243