UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION, INC.; AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NICK BROWN, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington, et. al., <br><br> Defendants. | CASE NO. 3:23-cv-05364-RJB <br><br> ORDER EXTENDING STAY OF CASE AND FOR FURTHER STATUS REPORT |

This matter has been stayed for some time. *See* Order Setting Deadline (Dkt. 103). In the Status Report filed July 10, 2025 (Dkt. 104), the parties request that the stay be continued. The showing is sufficient and it is now ORDERED as follows:

This stay in this case is hereby continued pending the Ninth Circuit Court of Appeals decision in the case of *Miller v. Bonta*, Cause Number 23-2979.

ORDER EXTENDING STAY OF CASE AND FOR FURTHER STATUS REPORT - 1

The parties shall file a further status report within two weeks of the Ninth Circuit decision in *Miller v. Bonta*, or in any case not later than December 30, 2025, whichever shall first occur.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 10th day of July, 2025.

_____
ROBERT J. BRYAN
United States District Judge

ORDER EXTENDING STAY OF CASE AND FOR FURTHER STATUS REPORT - 2