Hon. David G. Estudillo

# In The United States District Court
# For The Western District Of Washington

| | |
|---|---|
| Lawrence Hartford; Douglas Mitchell; Brett Bass; Sporting Systems Vancouver, Inc.; Second Amendment Foundation; and Firearms Policy Coalition, Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Nick Brown, in his official capacity as Washington State Attorney General; John R. Batiste, in his official capacity as Chief of the Washington State Patrol; John Gese, in his official capacity as Sheriff for Kitsap County, Washington; Clayton Myers, in his official capacity as Sheriff for Kittitas County, Washington; John Horch, in his official capacity as Sheriff for Clark County, Washington; Adam Fortnoy, in his official capacity as Sheriff for Snohomish County, Washington; Chad M. Enright, in his official capacity as County Prosecutor for Kitsap County, Washington; Greg Zempel, in his official capacity as County Prosecutor for Kittitas County, Washington; Tony Golik, in his official capacity as County Prosecutor for Clark County, Washington; Jason Cummings, in his official capacity as County Prosecutor for Snohomish County, Washington, and The Alliance For Gun Responsibility,<br><br>*Defendants*. | No. 3:23-cv-05364-DGE<br><br>Status Report |

Status Report - 1

*Hartford v. Ferguson*, No. 3:23-cv-05364-DGE

Ard Law Group PLLC
P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243

1 | Pursuant to this Court's Order of July 10, 2025 (Dkt. No. 105), Plaintiffs hereby submit
2 | this Status Report with the concurrence of the Defendants.
3 | 1. There has been no decision in the Ninth Circuit Court of Appeals case of *Miller v. Bonta*,
4 | Cause Number 23-2979, on which basis this Court earlier stayed proceedings in this matter.
5 | 2. There has been no other activity or change in status on this matter. The parties
6 | respectfully request that this case remain stayed.
7 | ///
8 | ///
9 | ///
10 | December 30, 2025.

Ard Law Group PLLC

By: /s/ Joel B. Ard

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 281
Kingston, WA 98346
206.701.9243
Joel@Ard.law
Attorneys For Plaintiffs

Status Report - 2
*Hartford v. Ferguson*, No. 3:23-cv-05364-DGE

Ard Law Group PLLC
P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243