Hon. David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LAWRENCE HARTFORD; DOUGLAS MITCHELL; BRETT BASS; SPORTING SYSTEMS VANCOUVER, INC.; SECOND AMENDMENT FOUNDATION; AND FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

NICK BROWN, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; CLAYTON MYERS, in his official capacity as Sheriff for Kittitas County, Washington; JOHN HORCH, in his official capacity as Sheriff for Clark County, Washington; ADAM FORTNOY, in his official capacity as Sheriff for Snohomish County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; GREG ZEMPEL, in his official capacity as County Prosecutor for Kittitas County, Washington; TONY GOLIK, in his official capacity as County Prosecutor for Clark County, Washington; JASON CUMMINGS, in his official capacity as County Prosecutor for Snohomish County, Washington, and THE ALLIANCE FOR GUN RESPONSIBILITY,

Defendants.

No. 3:23-cv-05364-DGE

STATUS REPORT

STATUS REPORT - 1

*Hartford v. Ferguson*, No. 3:23-cv-05364-DGE

ARD LAW GROUP PLLC

P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243

Pursuant to this Court's Order of May 18, 2026, Plaintiffs hereby submit this Status Report with the concurrence of the Defendants.

1. In an Order dated July 1, 2026, the Ninth Circuit Court of Appeals vacated submission of *Miller v. Bonta*, Cause Number 23-2979, pending the Supreme Court's resolution of *Viramontes v. Cook County*, No. 24-1437 (7th Cir. June 2, 2025), *cert. granted*, No. 25-238 (U.S. June 30, 2026), and *National Ass'n for Gun Rights v. Lamont*, 153 F.4th 213 (2d Cir. 2025), *cert. granted sub nom. Grant v. Higgins*, No. 25-566 (U.S. June 30, 2026). That Order is attached hereto.

2. There has been no other activity or change in status on this matter. The parties respectfully request that this case remain stayed.

///

///

///

July 15, 2026.

Ard Law Group PLLC

By: _____

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 281
Kingston, WA 98346
206.701.9243
Joel@Ard.law
Attorneys For Plaintiffs

Status Report - 2

*Hartford v. Ferguson*, No. 3:23-cv-05364-DGE

Ard Law Group PLLC

P.O. Box 281
Kingston, WA 98346
Phone: (206) 701-9243

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES MILLER, et al., | No. 23-2979 |
| Plaintiffs - Appellees, | D.C. No. 3:19-cv-01537-BEN-JLB Southern District of California, San Diego |
| v. | |
| ROB BONTA, in his official capacity, et al., | ORDER |
| Defendants - Appellants. | |
| ----------------------------------------- | |
| EVERYTOWN FOR GUN SAFETY, et al., | |
| Amici Curiae. | |

Before: BERZON, NGUYEN, and MILLER, Circuit Judges.

Submission of this case is vacated pending the Supreme Court's resolution of *Viramontes v. Cook County*, No. 24-1437 (7th Cir. June 2, 2025), *cert. granted*, No. 25-238 (U.S. June 30, 2026), and *National Ass'n for Gun Rights v. Lamont*, 153 F.4th 213 (2d Cir. 2025), *cert. granted sub nom. Grant v. Higgins*, No. 25-566 (U.S. June 30, 2026).